**08 CV 01159**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDIN INTERNATIONAL, INC.,                :

                Plaintiff,           :

v.                                                                    :           Civil Action No.

YURMAN STUDIO, INC.,                              :

                Defendant.        :
------------------------------------------------------------X

## PLAINTIFF'S STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for **Plaintiff ANDIN INTERNATIONAL, INC.** (a non-governmental entity) certifies that the following are corporate parents, subsidiaries or affiliates of that party, which are publicly held.

**NONE**

                                    GOTTLIEB, RACKMAN & REISMAN
                                    Attorneys for Plaintiff
                                    270 Madison Avenue, 8th Floor
                                    New York, New York 10016
                                    (212) 684-3900

                                    George Gottlieb (GG 5761)
Dated:   New York, New York    Marc P. Misthal (MM 6636)
            February 5, 2008