AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 02/5/08 |
| NAME OF SERVER (PRINT) Koenig Pierre | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Yurman Studio, Inc. 24 Vestry Street New York, NY 10013. A copy of the Summons and Complaint was left at the Security guard / receptionist booth.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/5/2008
             Date

Signature of Server

270 Madison Avenue 8th Floor, New York NY
Address of Server                      10016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure