UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

ANDIN INTERNATIONAL, INC.

      Plaintiff,

      - against -

YURMAN STUDIO, INC.

      Defendant.

--------------------------------------------------------------- x

YURMAN STUDIO, INC.

      Defendant- Counterclaimant,

      - against -

ANDIN INTERNATIONAL, INC. and
WAL-MART STORES, INC.

      Counterclaim-Crossclaim
      Defendants.

--------------------------------------------------------------- x

Civil Action No.

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Yurman Studio, Inc. (a private non-governmental party) certifies that Yurman Studio, Inc. does not have publicly held corporate parents, affiliates and/or subsidiaries.

Dated: New York, New York
      February 8, 2007

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
399 Park Avenue
New York, New York 10022
(212) 715-1000
Attorneys for Yurman Studio, Inc.