Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000
Attorneys for Defendant-Counterclaimant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

ANDIN INTERNATIONAL, INC.

    Plaintiff,

- against -

YURMAN STUDIO, INC.

    Defendant.

---------------------------------------------------------------- x

YURMAN STUDIO, INC.

    Defendant-Counterclaimant,

- against -

ANDIN INTERNATIONAL, INC. and WAL-MART STORES, INC.

    Counterclaim-Crossclaim Defendants.

---------------------------------------------------------------- x

Civil Action No. 08 cv 1159

**DEFENDANT-COUNTERCLAIMANT YURMAN STUDIO, INC.'S DEMAND FOR A TRIAL BY JURY AS TO ALL ISSUES**

Pursuant to Rules 38 and 57 of the Federal Rules of Civil Procedure, defendant-counterclaimant Yurman Studio, Inc., by and through its attorneys Arnold & Porter LLP, hereby demands a trial by jury of each and every one of the causes of action in the Complaint filed

- 2 -

February 5, 2008; each and every answer, affirmative defense, counterclaim and crossclaim in its Answer, Counterclaim and Crossclaim filed February 8, 2008; and all issues in this action triable of right by jury.

Dated: New York, New York
      February 11, 2008

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
399 Park Avenue
New York, New York 10022
(212) 715-1000
Attorneys for Defendant-Counterclaimant

To:    George Gottlieb, Esq.
       Gottlieb, Rackman & Reisman, P.C.
       270 Madison Avenue
       New York, NY 10016-0601
       (212)

       Attorneys for Plaintiff