AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

ANDIN INTERNATIONAL, INC.

        Plaintiff,

v.

YURMAN STUDIO, INC.

        Defendant.

**APPEARANCE**

Case Number: 08 cv 1159

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   ANDIN INTERNATIONAL, INC.

I certify that I am admitted to practice in this court.

| 2/13/2008 | *Marc P. Misthal* (signature) |
|---|---|
| Date | Signature |

MARC P. MISTHAL      MM6636
Print Name      Bar Number

270 Madison Avenue, 8th Floor
Address

| New York | NY | 10016 |
|---|---|---|
| City | State | Zip Code |

| (212) 684-3900 | (212) 684-3999 |
|---|---|
| Phone Number | Fax Number |