| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| ANDIN INTERNATIONAL, INC.<br><br>    Plaintiff,<br><br>v.<br><br><br>YURMAN STUDIO, INC.<br><br>    Defendants. | Case No. 08-CV-01159 (MGC)<br><br>*Electronically Filed Document*<br><br>**<u>NOTICE OF APPEARANCE</u>** |
| YURMAN STUDIO, INC.,<br><br>    Defendant-<br>    Counterclaimant<br><br>v.<br>.<br><br>ANDIN INTERNATIONAL, INC. and<br>WAL-MART STORES, INC.,<br><br>    Counterclaim-<br>    Crossclaim Defendants | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Wal-Mart Stores, Inc.

PLEASE TAKE FURTHER NOTICE that Wal-Mart did not receive a copy of the Complaint and Answer and Counterclaims served in this matter until February 11, 2008. Wal-Mart's Answer to Yurman's Studio's counterclaim is not due, at the earliest, for weeks. Wal-Mart was not notified of or present at the hearing held on February 8, 2008, at which we understand a trial was set for March 19, 2008. Whatever other parties may have stated at that hearing, Wal-

Mart does not consent to trial on that date, or to resolution of the merits of any claim against it without the opportunity to take discovery and develop expert testimony.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
    February 14, 2008

Of Counsel:

Thomas P. Olson, Esq.
WILMER CUTLER PICKERING HALE
    AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (fax)

Respectfully submitted,

WILMER CUTLER PICKERING HALE
    AND DORR LLP

 s/ Nels T. Lippert
Nels T. Lippert
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (fax)
nels.lippert@wilerhale.com