*(Cc:) ARBAUM, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ANDIN INTERNATIONAL, INC.

       Plaintiff,

- against -

YURMAN STUDIO, INC.

       Defendant.

------------------------------------------------------------ x

YURMAN STUDIO, INC.

       Defendant-Counterclaimant,

- against -

ANDIN INTERNATIONAL, INC. and WAL-MART STORES, INC.

       Counterclaim-Crossclaim Defendants.

------------------------------------------------------------ x

Civil Action No. 08 cv 1159 (MGC)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

## ORDER TO SHOW CAUSE

Upon reading the attached Declaration of Scott Vogel dated February 13, 2008, the attached Declaration of Louis S. Ederer dated February 13, 2008, and the accompanying Memorandum of Law in Support of Defendant-Counterclaimant's Motion To Disqualify George Gottlieb and his firm Gottlieb, Rackman & Reisman, P.C. as Counsel for Andin International, Inc., and for other relief, and there appearing to be good and sufficient cause to this Court to schedule an immediate hearing on the requested relief, it is hereby

ORDERED, that on *FEB. 26*, 2008, at *11 AM* the Plaintiff-Crossclaim Defendant or any other party in interest shall appear and show cause before the Honorable ~~Miriam Goldman Cedarbaum~~ *Lawrence M. McKenna*, United States District Judge, at ~~her~~ *Is* Courtroom located in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 14A, New York, New York 10007, why this Court should not disqualify George Gottlieb and his firm Gottlieb, Rackman & Reisman, P.C. as counsel for Andin International, Inc. and it is further

ORDERED, that Plaintiff-Crossclaim Defendant or any other party interested shall appear and show cause why the Court should not stay discovery in this action pending its decision on the motion to disqualify; and it is further

ORDERED, that Plaintiff-Crossclaim Defendant or any other party interested shall appear and show cause why the Court should not reconsider the schedule it set for the trial of this action for the reasons set forth in Louis S. Ederer's February 11, 2008 Letter to the Court; and it is further

ORDERED, that any and all objections or opposition of any kind or nature to this Order to Show Cause must, in order to be valid and considered by the Court, be made in writing and must be served and filed on or before *February 19*; and it is further

ORDERED that sufficient reason having been shown therefore, pending the hearing and determination of Defendant-Counterclaimant's motion, discovery in this action is hereby stayed; and it is further

-2-

ORDERED, that service of this Order to Show Cause, together with the Declarations and supporting Memorandum of Law, by hand on or before February 19 2008, upon counsel for Counterclaim-Crossclaim Defendants, shall be deemed good and sufficient service.

Dated: New York, New York
February 19, 2008

SO ORDERED:

_____
U.S.D.J.

-3-