# AFFIDAVIT OF SERVICE

R.D. WELLS SERVICES

Index # 08 CIV 1159

STATE OF NEW YORK   UNITED STATES DISTRICT Court,   SOUTHERN DISTRICT OF NEW YORK

ANDIN INTERNATIONAL, INC.,

Plantiff

against

YURMAN STUDIO, INC,

Defendant

STATE OF NEW YORK
County of: ALBANY

**Robert Wells**, being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on: 2/13/2008 at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he/she served the annexed *Summons & 1st Amended Answer, Counterclaim & Crossclaims* on *VARDI GEM LUSTRE LLC*

Defendant in this action, by delivering to and leaving with *Carol Vogt* an authorized agent in the Office of the Secretary of State, of the State of New York, personally at the Office of Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was made pursuant to Section 303 LLC.

Deponent further says that he/she knew the person so served as aforesaid to be an authorized agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex:  Skin Color:  Hair Color:  Age (Approx.)  Height (Approx.)  Weight (Approx.)

Female  White  Brown  50  5'2  135

Other Identifying Features: Glasses

*Robert Wells*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: 2/25/08
DATE

R. D. WELLS SERVICES
P.O. BOX 3931
ALBANY, NY 12203