UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

ANDIN INTERNATIONAL, INC.

              Plaintiff,

- against -

YURMAN STUDIO, INC.

              Defendant.

-------------------------------------------------------------- x

YURMAN STUDIO, INC.

              Defendant-
              Counterclaimant,

- against -

ANDIN INTERNATIONAL, INC. and WAL-MART STORES, INC.

              Counterclaim-
              Crossclaim Defendants.

-------------------------------------------------------------- x

Civil Action No. 08 cv 1159 (HB)

**MEMO ENDORSED**

Defendant's motion for disqualification of George Gottlieb, Esq. and the firm of Gottlieb, Rackman & Reisman is granted. Plaintiff is to retain new counsel within 14 days or such shorter or longer time as Judge Baer may direct. So ordered.

[signature] 2/26/08
[KNF] Part I

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

**DEFENDANT-COUNTERCLAIMANT YURMAN STUDIO INC.'S MOTION
TO DISQUALIFY GEORGE GOTTLIEB, ESQ. AND HIS FIRM GOTTLIEB,
RACKMAN & REISMAN, P.C. AS COUNSEL FOR ANDIN INTERNATIONAL, INC.**

**PRELIMINARY STATEMENT**

Defendant-Counterclaimant Yurman Studio, Inc. ("Yurman") moves to disqualify George Gottlieb, Esq. and his firm Gottlieb, Rackman & Reisman, P.C. as counsel for Andin International, Inc. ("Andin") in the above-captioned action involving intellectual property rights relating to a Yurman jewelry design.

1

c for 2/26/08