UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ANDIN INTERNATIONAL, INC.

    Plaintiff,

- against -

YURMAN STUDIO, INC.

    Defendant.

------------------------------------------------------------ x

YURMAN STUDIO, INC.

    Defendant-Counterclaimant,

- against -

ANDIN INTERNATIONAL, INC.,
WAL-MART STORES, INC., and
VARDI GEM LUSTRE, LLC

    Counterclaim-Crossclaim Defendants.

------------------------------------------------------------ x

Civil Action No. 08 cv 1159 (HB)

**ECF CASE**

**<u>NOTICE OF DISMISSAL WITH PREJUDICE</u>**

    WHEREAS, counsel for the plaintiff Andin International, Inc. ("Andin"), defendant-counterclaimant Yurman Studio, Inc. ("Yurman"), and crossclaim defendant Wal-Mart Stores, Inc. /Sam's Club ("Wal-Mart"), have agreed on procedures for dealing with certain issues relating to this action; and

    WHEREAS, such agreement was submitted to the Court in the form of a Stipulation and Order, which was subsequently entered by the Court on February 29, 2008 (the "February 29, 2008 Order");

    NOW THEREFORE PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), and in accordance with the terms of the February 29, 2008 Order, Yurman

1

hereby dismisses the above-entitled action, with prejudice and without costs to either party, against crossclaim defendant Wal-Mart, which has neither answered nor moved for summary judgment in this action.

Dated: New York, New York
       March 5, 2008

                                                ARNOLD & PORTER LLP

By: _____
Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
399 Park Avenue
New York, New York 10022
(212) 715-1000
*Attorneys for Defendant-Counterclaimant
Yurman Studio, Inc.*

2