AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

ANDIN INTERNATIONAL, INC.

          Plaintiff,

v.

YURMAN STUDIO, INC.

          Defendant.

**APPEARANCE**

**ECF CASE**

Case Number:  08 cv 1159

To the Clerk of this court and all parties of record:

Please enter our appearance as counsel in this case for   ANDIN INTERNATIONAL, INC.

We certify that we are admitted to practice in this court.

| March 10, 2008 | | |
|---|---|---|
| Date | | |

*[Signature]*
MARK M. ROTTENBERG — SIGNATURE / PRINT NAME

*[Signature]*
THOMAS E. CHASE — SIGNATURE / PRINT NAME

369 LEXINGTON AVENUE, 16TH FLOOR
Address

NEW YORK, NEW YORK     10017
City            State            Zip Code

212-661-3080        212-867-1914
Phone Number        Fax Number