UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDIN INTERNATIONAL, INC.

                Plaintiff,

      v.

YURMAN STUDIO, INC.,

                Defendant.
------------------------------------------------------------X
YURMAN STUDIO, INC.
      Defendant-
      Counterclaimant,

      v.

ANDIN INTERNATIONAL, INC. and
WAL-MART STORES, INC., and
VARDI GEM LUSTRE, LLC

           Counterclaim-
           Crossclaim Defendants.
------------------------------------------------------------X

CIVIL ACTION NO. O8 CV 01159(HB)

ECF CASE

## NOTICE OF WITHDRAWAL OF COUNSEL

Please be advised that George Gottlieb, Esq., and Marc P. Misthal, Esq., of the firm of Gottlieb, Rackman & Reisman, P.C. hereby withdraw as counsel for Plaintiff Andin International, Inc.

Dated: March 13, 2008
       New York, New York

GOTTLIEB, RACKMAN & REISMAN, P.C.

By: _____
     George Gottlieb (GG 5761)
     270 Madison Avenue, 8th Floor
     New York, New York 10016
     (212) 684-3900

GOTTLIEB, RACKMAN & REISMAN, P.C.

By: _____
     Marc P. Misthal (MM 6636)
     270 Madison Avenue, 8th Floor
     New York, New York 10016
     (212) 684-3900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDIN INTERNATIONAL, INC.,

        Plaintiffs,

vs.

YURMAN STUDIO, INC.                Civil Action No. 08 CV 01159

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document entitled Notice of Withdrawal of Counsel was served via first class mail on March 13, 2008, on:

Louis S. Ederer
Arnold & Porter, LLP.
Attorneys for Defendant
Yurman Studio, Inc.
399 Park Avenue 10022
New York, NY

And

Mark Rottenberg
Rottenberg, Lipman, Rich, P.C.
Attorneys for Plaintiff Andin
International, Inc.
369 Lexington Avenue, 16th Fl.
New York, NY 10017

_____
Koenig Pierre