**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

ANDIN INTERNATIONAL, INC.

        Plaintiff,

- against -

YURMAN STUDIO, INC.

        Defendant.

------------------------------------------------------------- x

YURMAN STUDIO, INC.

        Defendant-Counterclaimant,

- against -

ANDIN INTERNATIONAL, INC.,
WAL-MART STORES, INC., and
VARDI GEM LUSTRE, LLC

        Counterclaim-Crossclaim Defendants.

------------------------------------------------------------- x

Civil Action No. 08 cv 1159

**ECF CASE**

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2008, I caused to be served a true and correct copy of the Reply to Counterclaims of Andin International, Inc., via e-mail, as well as in a sealed pre-paid envelope by US Mail upon:

ARNOLD & PORTER, LLP
Louis S. Ederer, Esq.
louis.ederer@aporter.com
399 Park Avenue
New York, New York 10022
(212) 715-1102
Attorneys for Yurman Studio, Inc.

                                /s/ Mark M. Rottenberg
                                Mark M. Rottenberg