Oren J. Warshavsky
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, New York 10174
Tel: (212) 704-6000
Fax: (212) 704-6288
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------- x

ANDIN INTERNATIONAL, INC.,

     Plaintiff,

   -against-

YURMAN STUDIO, INC.,

     Defendant.

------------------------------------------------- x

YURMAN STUDIO, INC.,

     Defendant-
     Counterclaimant,

   -against-

ANDIN INTERNATIONAL, INC. and
VARDI GEM LUSTRE, LLC

     Counterclaim-
     Crossclaim Defendants.

**NOTICE OF APPEARANCE**

Civil Action No. 08 cv 1159 (HB)

  PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for Plaintiff, Andin International, Inc. in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Date: New York, New York
   April 2, 2008

               Respectfully submitted,

                /s/ Oren J. Warshavsky
               Oren J. Warshavsky
               Troutman Sanders LLP
               The Chrysler Building
               405 Lexington Avenue
               New York, New York 10174