Allison Caire Aucoin
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, New York 10174
Tel: (212) 704-6000
Fax: (212) 704-6288
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------ x

ANDIN INTERNATIONAL, INC.,

          Plaintiff,

          -against-

YURMAN STUDIO, INC.,

          Defendant.

------------------------------ x

YURMAN STUDIO, INC.,

          Defendant-Counterclaimant,

          -against-

ANDIN INTERNATIONAL, INC. and VARDI GEM LUSTRE, LLC

          Counterclaim-Crossclaim Defendants.

**NOTICE OF APPEARANCE**

Civil Action No. 08 cv 1159 (HB)

      PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for Plaintiff, Andin International, Inc. in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Date:   New York, New York
          April 2, 2008

                                           Respectfully submitted,

                                              /s/ Allison Caire Aucoin
                                          Allison Caire Aucoin
                                          Troutman Sanders LLP
                                          The Chrysler Building
                                          405 Lexington Avenue
                                          New York, New York 10174