# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-8288

Oren Warshavsky
oren.warshavsky@troutmansanders.com

Direct Dial: 212-704-0213
Direct Fax: 212-704-9358

April 21, 2008

**VIA FACSIMILE (212) 805-7901**

Hon. Harold Baer, Jr., U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 2230
New York, New York 10007

> RE: *Andin International, Inc. v. Yurman Studio, Inc.*
> Civil Action No. 08 cv 1159 (HB)

Dear Judge Baer:

This firm represents Andin International, Inc. ("Andin"), the plaintiff in the above captioned action. On behalf of both parties, we request that the deadline for submitting dispositive motions be extended.

Pursuant to Your Honor's Order of March 17, 2008, discovery concludes on May 15, 2008 and trial is to commence in September, 2008. Currently, the schedule calls for dispositive motions to be fully briefed by June 1, 2008. As such, discovery will not be complete prior to a moving party submitting a dispositive motion. Given that trial will not commence until at least September, the parties request that the briefing schedule for summary judgment be altered and extended as follows:

- Moving papers, if any, will be served by May 30, 2008;
- Opposition papers, if any, will be served by June 13, 2008; and
- Reply papers, if any, will be served by June 20, 2008.

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

NEWYORK01 1282409v2 232544-000001

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Hon. Harold Baer, Jr.
April 21, 2008
Page 2

    This is the first request for an extension.

    Pursuant to Your Honor's individual rules, a copy of the docket sheet is included herewith.

    We appreciate Your Honor's attention to this matter.

Respectfully submitted,

Oren J. Warshavsky

cc: Louis S. Ederer, Esq.
    Marla Eisland Sprie, Esq.

*[Handwritten note:]* The briefing schedule you have sought is fine w me.

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
4/23/08

1282409_2.DOC
NEWYORK01 1282405v2 232544-000001