**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Allison Caire Aucoin
allison.caire.aucoin@troutmansanders.com

Direct Dial: 212-704-8190
Direct Fax: 212-704-8361

May 13, 2008

**VIA FACSIMILE (212) 805-7901**

Hon. Harold Baer, Jr., U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 2230
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08
```

RE: *Andin International, Inc. v. Yurman Studio, Inc.*
Civil Action No. 08 cv 1159 (HB)

Dear Judge Baer:

This firm represents Andin International, Inc. ("Andin"), the plaintiff in the above captioned action. On behalf of both parties, we request that certain deadlines in Your Honor's March 17, 2008 and April 23, 2008 Orders be extended.

Pursuant to Your Honor's Order of March 17, 2008, discovery is scheduled to be completed by May 15, 2008, a Joint Pretrial Order shall be submitted by August 15, 2008, and a trial is to commence in September, 2008. Pursuant to Your Honor's Order of April 23, 2008, dispositive motions are to be fully briefed by June 20, 2008, with any moving papers served by May 30, 2008, any opposition papers served by June 13, 2008, and any reply papers served by June 20, 2008. At this time, the parties request that the deadlines for discovery and for dispositive motions be extended by approximately 3 weeks. This is the second request for an extension of the dates for submitting dispositive motions.

It is with great hesitancy that the parties request these deadline extensions. However, the parties have been dealing with third party discovery, as well as multiple depositions of both parties, with several depositions already scheduled for the coming weeks. This situation has created the need for additional time in order to complete discovery. Accordingly, the parties request that the schedule be altered to provide that all discovery (except that which may be ordered in response to a motion to compel or other application) shall be completed by June 6, 2008 and that motions or other applications to compel, if any, shall be served by June 12, 2008. In addition, as discovery would not be completed by the current date for submitting dispositive

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

NEWYORK01 1286380v1 232544-000001

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Hon. Harold Baer, Jr.
May 13, 2008
Page 2

motions, the parties also request that the deadlines for submitting dispositive motions be extended accordingly.

The parties therefore request that the schedule be altered and extended as follows:

|  | Current Date | Requested Date |
|---|---|---|
| Close of Discovery (except that which may be ordered in response to a motion to compel or other application): | May 15, 2008 | June 6, 2008 |
| Motions or Other Applications to Compel: | no date | June 12, 2008 |
| Moving papers, if any, served by: | May 30, 2008 | June 19, 2008 |
| Opposition papers, if any, served by: | June 13, 2008 | July 3, 2008 |
| Reply papers, if any, served by: | June 20, 2008 | July 10, 2008 |
| Pretrial Order submitted: | August 15, 2008 | remains the same |
| Commencement of Trial: | September, 2008 | remains the same |

Pursuant to Your Honor's individual rules, a copy of the docket sheet is included herewith.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

Allison Caire Aucoin

cc: Oren J. Warshavsky, Esq.
Louis S. Ederer, Esq.
Marla Eisland Sprie, Esq.

1286380_1.DOC
NEWYORK01 1286380v1 232544-000001

[Handwritten note by Judge: So long as you keep me + I have Trial 60 days + I indeed this 60 days for motions depending on when you find my Calendar w/o a decision SO ORDERED]

Harold Baer, Jr., U.S.D.J.
Date: 5/14/08

Endorsement:

So long as you keep the same trial month and I have 60 days for motions this is fine but close. Indeed the 60 days for motions depending on where you are on the calendar may find you on trial without a decision but I doubt.