UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Andin International, Inc.,
Plaintiff,

-v-

Yurman Studio, Inc.,
Defendant.

------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 cv 1159 (HB)(KNF)

Kevin N. Fox

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus
___ Social Security
___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-13-08

* Do not check if already referred for general pretrial.
Dated _____

SO ORDERED:
_____
United States District Judge

Nothing the Magistrate Judge does will extend the dates in the PTSO save for a further Order of this Court. Please contact the parties at your earliest convenience although they will likely reach you first.  /s/ ABr

Endorsement:

Nothing the Magistrate Judge does will extends the dates in the PTSO save for a further order of this Court. Please contact the parties at your earliest convenience although they will likely reach you first.