**MEMO ENDORSED**

ARNOLD & PORTER LLP



**Marla Eisland Sprie**
Marla_Sprie@aporter.com

212.715.1009
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

June 16, 2008

**By Hand**

RECEIVED JUN 16 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

Honorable Kevin N. Fox
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
Room 540
New York, New York  10007

   Re: *Andin International, Inc. v. Yurman Studio, Inc.*, No. 08 cv 1159 (HB) (KNF)

Dear Judge Fox:

  We represent Yurman Studio, Inc. ("Yurman"), defendant-counterclaimant in the above-referenced action. We understand that Judge Baer has referred this action to Your Honor for discovery purposes. On June 12, 2008, prior to that referral, we wrote to Judge Baer pursuant to Local Civil Rule 37.2 to request a conference with the Court to discuss several disputes concerning discovery requests that Yurman issued to Wal-Mart Stores, Inc. A copy of that letter is attached. We respectfully request a conference with Your Honor to discuss the discovery matters raised in that letter.

           Respectfully submitted,

           Marla Sprie
           Marla Eisland Sprie

cc: David S. Molot, Esq. (by electronic mail)
  Oren J. Warshavsky, Esq. (by electronic mail)
  Louis S. Ederer, Esq.

6/17/08
Application granted. A telephonic conference will be held with the parties on June 19, 2008 at 10:30 a.m. Counsel to the defendant shall initiate the conference to (212) 805-6705 on that date.
SO ORDERED:
Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.