UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ANDIN INTERNATIONAL, INC., :
:
      Plaintiff, :
:
    -against- :   Civil Action No. 08 cv 1159 (HB)
:
YURMAN STUDIO, INC., :
:
      Defendant. :
------------------------------------- x
YURMAN STUDIO, INC., :
:
      Defendant- :
      Counterclaimant, :
:
    -against- :
:
ANDIN INTERNATIONAL, INC. and :
VARDI GEM LUSTRE, LLC :
:
      Counterclaim- :
      Crossclaim Defendants.
------------------------------------- x

### PLAINTIFF ANDIN INTERNATIONAL, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Andin International Inc.'s Motion for Summary Judgment, Plaintiff's Rule 56.1 Statement, as well as the declarations of Ofer Azrielant, Allison Caire Aucoin, Marilyn Williams, Scott Lyle, Ramona Azulay and exhibits thereto; and upon all the pleadings herein, and in accordance with the Court's schedule in this matter, Plaintiff Andin International, Inc., by and through its undersigned attorneys, Troutman Sanders, shall move before the Honorable

Harold Baer, Jr., U.S.D.J. at the United States District Court for the Southern District of New York, located at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, for the entry of an Order granting Plaintiff's Motion for summary judgment that: (1) Andin's products do not infringe the copyright owned by defendant Yurman Studio, Inc.'s ("Yurman"); (2) Andin's products were created independently from Yurmam's alleged copyright; (3) Yurman does not have a protectable trade dress; (4) even if Yurman has a protectable trade dress, it is not infringed by Andin; and (5) Yurman is not entitled to damages on its trade dress claim.

Respectfully submitted,

**TROUTMAN SANDERS LLP**

**Dated:** June 19, 2008
New York, New York

By: _____
Oren J. Warshavsky (OW 9469)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 704.6213
Facsimile: (212) 704-8356
e-mail: Oren.Warshavsky@troutmansanders.com

*Attorneys for Plaintiff Andin International, Inc.*