UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANDIN INTERNATIONAL, INC.,

            Plaintiff,

          -against-

YURMAN STUDIO, INC.,

           Defendant.
------------------------------------------------------------X

ORDER

08 Civ. 1159 (HB)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held on June 19, 2008, to address certain discovery disputes in the above-captioned action that had been brought to the Court's attention via correspondence. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. Wal-Mart Stores, Inc. shall disclose to the parties any policies and procedures it has adopted to insure that items it sells do not infringe the intellectual property rights of others; and

2. Wal-Mart Stores, Inc. shall disclose to the parties documents concerning any legal actions that were commenced or threatened against it for copyright or trade dress infringement, with respect to jewelry, during the last five (5) years;

Dated: New York, New York
       June 19, 2008

Copy sent via facsimile to:

Nels T. Lippert, Esq.

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE