## CERTIFICATE OF SERVICE

I, Naitrani Lugo, do hereby certify that on June 19, 2008, a true and

correct copy of Plaintiffs' Notice of Motion,  Motion for Summary Judgment, Rule 56.1

Statement, Declaration of Ofer Azrielant, Declaration of Ramona Azulay, Declaration of

Scott Lyle, and Declaration of Marilyn Williams, to be served upon counsel of record by

with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to:

> Marla Eisland Sprie, Esq
> Arnold & Porter LLP
> 399 Park Avenue
> New York, New York 10022
> Marla.Sprie@aporter.com

> Louis S. Ederer, Esq.
> Arnold & Porter LLP
> 399 Park Avenue
> New York, New York 10022
> Louis.Ederer@aporter.com

Dated: New York, New York
     June 19, 2008

Naitrani Lugo