TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

RECEIVED
JUN 25 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

Allison Caire Aucoin
allison.caire.aucoin@troutmansanders.com

Direct Dial: 212-704-6190
Direct Fax: 212-704-8361

June 25, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/08

**By Facsimile**

Honorable Harold Baer, Jr.
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
Chambers 2230
New York, New York 10007

RE: *Andin International, Inc. v. Yurman Studio, Inc.*
No. 08 cv 1159 (HB) (KNF)

Dear Judge Baer:

This firm represents Andin International Inc. ("Andin"), the plaintiff in the above-referenced action. We write to clarify Andin's position regarding the schedule extension requested in the letter that Marla Eisland Sprie, counsel for Yurman Studio, Inc. ("Yurman"), submitted to Your Honor earlier today, June 25, 2008.

Put simply, although we seek to extend any professional courtesy to Yurman, we are unable to consent to Yurman's requested schedule extension if doing so will jeopardize Andin's ability to have its summary judgment motion resolved before trial. As Your Honor is aware from Ms. Sprie's letter, the requested extension may result in Your Honor not having sixty (60) days to decide the motion prior to trial. We also note that the current summary judgment schedule was set by Your Honor in an Order on May 14, 2008, so that Yurman should have been able to anticipate the current dilemma. Though we strive to be amenable regarding requests from opposing counsel, under the circumstances we can not agree to the requested schedule change if doing so will jeopardize our client's rights. However, this is Andin's sole protest. If the motion can be resolved within Your Honor's required time frame and prior to the commencement of trial in September, we have no objection to the requested extension.

ATLANTA • HONG KONG • LONDON • NEW YORK • NEWARK • NORFOLK • RALEIGH
RICHMOND • SHANGHAI • TYSONS CORNER • VIRGINIA BEACH • WASHINGTON, D.C.

NEWYORK01 1294290v1 232544-000001

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Honorable Harold Baer, Jr.
June 25, 2008
Page 2

Respectfully submitted,

Allison Caire Aucoin

cc: Marla Eisland Sprie, Esq. (by electronic mail)
Louis S. Ederer, Esq. (by electronic mail)
Oren J. Warshavsky, Esq. (by electronic mail)

How can I possibly tell if the matter can or cannot "... be resolved w/in your honors time frame" I will certainly try but since July is my vacation that is no guaranty, thats the reason for the rule i.e. being sure I can get the work done – far faster I might add than some of my colleagues so to try straight, lest wait for years – Denied their [illegible] –

SO ORDERED:

Harold Baer

Harold Baer, Jr., U.S.D.J.

Date: 6/30/08

1294290_1.DOC
NEWYORK01 1294290v1 232544-000001

Endorsement:

How can I possibly tell if the motion can or cannot "... be resolved within Your Honor's time frame" I will certainly try but since July is my vacation there is no guaranty, that's the reason for the rule, i.e., being sure I can get the work done - far faster I might add then some of my colleagues and so litigations don't wait for years to try their case.   DENIED.