**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANDIN INTERNATIONAL, INC.            :            Civil Action No. 08 cv 1159 (HB)

       Plaintiff,            :

    - against -            :

YURMAN STUDIO, INC.            :

       Defendant.            :

               :

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x            :

YURMAN STUDIO, INC.            :

       Defendant-            :
       Counterclaimant,            :

    - against -            :

ANDIN INTERNATIONAL, INC. and            :
VARDI GEM LUSTRE, LLC            :

       Counterclaim-            :
       Crossclaim Defendants.            :

               :

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF JANET HAYWARD

    I, Janet Hayward, pursuant to 28 U.S.C. § 1746, hereby declare the following under penalty of perjury:

    1.    I am Vice President of Design for the Women's Jewelry Division of Yurman Studio, Inc. ("Yurman"). I have been affiliated with Yurman in various capacities for over eighteen years. For many years, I served as Yurman's Director of Merchandising. I have also served as Vice President of Training and Education, Vice

President of Creative Services, and in various sales and management capacities. I am intimately familiar with all of the designs that make up the Yurman jewelry design catalog. In addition, in all of my positions, I have been involved in and consulted with respect to the product design and development process and I am personally aware of the time, expense and attention to detail and aesthetic intent that goes into the creation of each Yurman jewelry design. I make this declaration in opposition to the motion of Andin International Inc. ("Andin") for summary judgment. I have personal knowledge of the facts set forth below.

### Yurman's Famous Jewelry Designs

2.    Yurman is a world renowned supplier of fine jewelry and luxury watches sold under the DAVID YURMAN brand name. Since its inception in 1980, Yurman has set new standards for designing and marketing jewelry, infusing the disciplines of art and fashion into the jewelry making process.

3.    David Yurman, the principal jewelry designer at Yurman, is widely considered to be one of the most innovative jewelry designers of his time, and is well-known for his unique design work. While Mr. Yurman's work is widely admired for its simple, clean lines, each of his designs contains many artistic intricacies, reflecting numerous creative choices, including not only the artistic detail of the components of the particular design, but the manner in which the components inter-relate with each other to create a certain integration, or "flow," that runs throughout the piece. Each final jewelry design is an expression of David Yurman's aesthetic intent as an artist.

4.    From initial design sketch to wax model to final production item, Yurman's jewelry designs are painstakingly designed and constructed with the utmost

attention to scale, proportion, and overall appearance. It is only when Mr. Yurman is completely satisfied with not only the unique design of each component or element of a new jewelry design, but also how the design elements and components work together to make an overall design that is new, fresh, and distinct, that a new item is released for production.

5.      It is clear that Yurman's commitment to innovation in design has not gone unnoticed. Yurman's jewelry designs are highly acclaimed in the jewelry trade and have received several international design awards. Further, Yurman has achieved unparalleled success at the consumer level. Since its founding in 1980, Yurman and its authorized retailers have experienced double digit sales growth, and Yurman typically ranks as the top selling brand in overall sales among authorized retailers.

6.      From a marketing standpoint, Yurman's approach to branding is akin to the branding paradigm of the clothing and fashion industry. While many jewelry makers are known for the quality of their products, Yurman also seeks to be recognized for the distinctiveness of its designs. Yurman uses gold, silver, diamonds and other precious metal and colored gemstones to create original individual jewelry items and entire collections with a common thematic point of view.

7.      Yurman's jewelry items are sold in specialty retail stores and department stores, such as Neiman Marcus, Saks Fifth Avenue, Nordstrom's, and Bloomingdales, in independent retailers throughout the country, in Yurman company-owned stores, and through Yurman's own website -- www.davidyurman.com. as well as through Saks Fifth Avenue's website and Neiman Marcus's website. Yurman products are widely accepted

by consumers for the quality of the products and the innovation and uniqueness of the jewelry designs.

### The Launch Of The Original Products At Issue In This Case

8.     The five Yurman products that most directly match up to the ensemble sold by Andin -- a copyrighted enhancer (D06384), a larger enhancer (D06390), a large earring (E06305), a small earring (E06597), and a ring (R07000) -- are part of what Yurman calls its Silver Ice Collection. Photographs of these items are attached to the accompanying Declaration of David Yurman. The common characteristic of items in the Silver Ice Collection is the combination of diamonds and silver.

9.     Before Mr. Yurman launched the Silver Ice Collection in 1997, it was traditional for diamonds to be used in combination with gold or platinum. Silver was not considered to be a precious enough metal to combine with diamonds. Thus, combining diamonds and silver was not seen in the fine jewelry industry. Silver Ice was an example of David Yurman's extraordinary innovation and vision.

10.     The launch of the Silver Ice collection in 1997 consisted of approximately 12 items, including the first three items identified in paragraph 8 above. Those three items all have the same unique combination of design features -- a cushion shaped focal point consisting of pave diamonds, surrounded or framed by a rim of gold, which in turn is surrounded or framed by cable, or twisted wire, in sterling silver.

11.     Because of the extreme popularity of the Silver Ice Collection, and in particular, the first three items identified in paragraph 8 above, Mr. Yurman continued to add to the collection. Among other Silver Ice designs, in 2001, he added another earring (E06597) (which is a smaller version of item E06305), and, in 2004, he added a ring

(R07000), both of which incorporate the same unique combination of design elements described above.

12.    At the time of the Silver Ice Collection launch in 1997, I had day-to-day responsibility for Yurman's important Neiman Marcus retail account, with respect to both sales and marketing. Shortly thereafter, I became the Director of Merchandising for the whole company. In that capacity, I was responsible for deciding how the entire Yurman line would be presented to retailers, including determining what products would be featured in advertising and catalogs (both Yurman's and those of Yurman's retailers), identifying pieces that should be added to a particular collection, and preparing the presentation of Yurman products at trade shows. In both of these positions I played an integral role in Yurman's Silver Ice Collection.

13.    Initially, when the Silver Ice Collection was launched, Yurman gave Neiman Marcus the exclusive right to retail Silver Ice jewelry. The exclusive was originally intended to last for one season (six months), but because of the substantial marketing and promotional support Neiman Marcus provided, including print advertising and in-store events, as well as their sales success with the collection, Yurman extended the Neiman Marcus exclusive. I know Yurman extended the exclusive for at least an additional season (six months), and I believe, to the best of my recollection, that Yurman extended the exclusive for an additional two seasons (a full year). During that time (a total of 12-18 months), Neiman Marcus featured the original Silver Ice items, including the three items referred to in paragraph 8 above, in advertising circulars sent to customers, and in newspaper and other print advertisements. In addition, it also hosted

special "trunk shows" and other events at its stores, where customers could view the new Silver Ice Collection, featured prominently in displays in its stores.

14.     After the exclusive period with Neiman Marcus ended, Yurman expanded its distribution of the Silver Ice Collection to other specialty stores such as Saks Fifth Avenue and Bloomingdales, and to Yurman's independent retailers.  On numerous occasions, these retailers also featured the original Silver Ice jewelry items, including the three items identified in paragraph 8 above, in advertising circulars sent to customers and in print advertisements, and they too hosted events such as "trunk shows" where customers could view the collection.

15.     Attached as Exhibit 1 are examples of catalogs from the retailers Neiman Marcus, Saks Fifth Avenue, Bloomingdales, and La Viano, which advertise the Silver Ice Collection items, including the items identified in paragraph 8 above.  As these catalogs date back over seven years, these are the only examples Yurman was able to locate.  I can personally attest, however, to the fact that these items were featured in literally dozens of additional store catalogs and local and regional print advertisements during this period, which, unfortunately, Yurman has not retained in its archives.

16.     In the years immediately following their launch, Yurman also featured the Silver Ice collection and the items that Andin has copied in its own David Yurman catalogs, in print advertising, and on regional billboards.  Attached as Exhibit 2 are examples of such Yurman catalogs.  Again, this is just a representative sample, as during that time period, Yurman did not have a procedure for retaining such materials in its archives.

17.     Like any company in the fashion industry, Yurman focuses its promotion efforts primarily on its newest and most current designs. New designs are generally promoted heavily for six months to a year after their launch. The Silver Ice Collection and the items identified in paragraph 8 are actually the exception. As they are iconic classics of the brand, these items continued to be featured in print advertising for at least two years after they were introduced.

18.     In addition to including new jewelry designs in catalogs and other advertisements, Yurman's new products are featured in celebrity placements where a celebrity will be photographed or appear at events wearing Yurman jewelry. Thus, in the period following the launch of the Silver Ice Collection, I am personally aware that several celebrities were photographed wearing jewelry from the Silver Ice Collection.

19.     In addition, when a new line such as the Silver Ice Collection is launched, it also is common for articles and editorials to appear in the trade and consumer fashion media, reporting on the new line and informing readers of upcoming events where they can see the collection. The Silver Ice Collection launch in particular generated a tremendous amount of editorial coverage, because the designs were new and a real departure from conventional jewelry designs. Attached as Exhibit 3 is a compilation of newspapers and other print publications from the period 1997-2000 reporting on the Silver Ice Collection or informing readers of events featuring Silver Ice. These reports were recently obtained from a computer database. Once again, Yurman did not, at that time, maintain press clippings in its archives, so the attached articles retrieved from an internet database are not in their original form. Many of the original articles about the Silver Ice Collection, and the Yurman items included in this case, contained photographs

of the actual items, which were seen by millions of readers. In addition, the press items in Exhibit 3 are not necessarily all of the written press items that appeared at that time.

20.     I have been in the jewelry industry for over twenty-five years, and have been exposed to the design process in all of my positions during that period, leading up to my current position as Vice President of Design at Yurman. I am acutely aware of the trends in modern jewelry design. In all my years of exposure to jewelry design and time in the industry, and until these particular designs began to be knocked off by companies like Andin, I had never seen jewelry items that incorporated this unique combination of design features in the marketplace. It is a design combination that stood the test of time, with the items incorporating this design combination continuing to sell steadily without significant promotion, ten years after they were introduced.

Declared under penalty of perjury, this _27_ day of June, 2008.

Janet Hayward

**EXHIBIT 1**

DAVID YURMAN

DY-0008





Introducing **The Midnight Ice Collection™** exclusively at Neiman Marcus, pavé diamonds and black onyx in sterling silver and 18kt gold: Earrings, $1,900. Bracelet, $2,200. Ring, $1,550. Pendant, $995.

Pearl icon chain in sterling silver and 18kt gold in 7'2", $1,075. Also available in 16", $325 and 42", $495.) From **The Silver Ice Collection™**, pavé diamonds in sterling silver and 18kt gold: X bracelet, $1,650. Pavé stack ring, $475. Stack ring, $1,250. Sterling silver sports watch with pavé diamond bezel, Nácre and black mother of pearl dial on a black American alligator strap, $4,750.

Opposite
From **The Midnight Ice Collection™** exclusively at Neiman Marcus, pavé diamonds and black onyx in sterling silver and 18kt gold: Earrings, $1,575. Necklace, $2,250. Ring $1,575. Bracelet, $2,975. From **The Silver Ice Collection™**, pavé diamonds in sterling silver and 18kt gold: Buckle bracelet, $2,975. Gold dome bracelet, $2,600. Ring, $2,275.

DY-0009



From the **Silver Ice Collection™**, pavé diamonds in sterling silver and 18kt gold: 16" wheat chain, $2,650. Earrings, $1,995. Bracelet, $2,100. Quartz watch with pavé diamond bezel, décor, mother of pearl dial and sapphire crown, $7,250. Cuff bracelet in 18kt gold with pavé diamond beads, $5,990.

**Opposite**
From the **Silver Ice Collection™**, pavé diamonds in sterling silver and 18kt gold: Powerhand bead necklace (two featured), $2,450 each. Sixrow bead bracelet (two featured), $2,250 each. Single X bracelet, $990. Double X bracelet, $1590. X ring, $1,270. Stack ring, $1,250. Dome ring, $1,290. Earrings, $1,950. Diamond lip bracelet, $990. Sterling silver quartz watch with pavé diamond bezel and mother of pearl dial on a dove gray grosgrain strap from **The Cable Capri™ Watch Collection**, $2,700.

DY-0010



The Silver Ice Collection™, pavé diamonds in sterling silver and 18kt gold: Pearl pendant, $1,650. Pearl bracelet, $1,125. Pearl earrings, $1,125. Pearl Pendant, $985. Pearl ring, $1,350. Faceted bead necklace, $2,450. Sterling silver quartz watch with pavé diamond bezel, décor and mother of pearl dial on a royal blue grosgrain strap from The Caldé Capri Watch Collection, $4,700.

Opposite:
From The Blue Ice Collection™, pavé diamonds and blue chalcedony in sterling silver and 18kt gold: Necklace, $1,695. Earrings, $1,575. Ring, $1,350. From The Silver Ice Collection™, pavé diamonds in sterling silver and 18kt gold: Small Necklace ring, $1,350. Single X bracelet, $990. Double X bracelet, $1,900. Diamond Ip bracelet, $990. Sterling silver and pavé diamond bracelet with blue chalcedony, $725. With pearl, $725. Small Necklace ring with blue chalcedony in sterling silver and 14kt gold, $390. Quartz watch in stainless steel with sterling silver insets, pavé diamond dial and bezel, blue mother of pearl dial and sapphire crown from The Thoroughbred Watch Collection™, $6,300.

DY-0011





From **The Cable Capri Collection** in sterling silver and 14kt gold: Blue topaz pendant, $575. Large rings in amethyst, blue topaz and lemon citrine, $850 each. Bracelets in amethyst and blue topaz, $990 each. Blue topaz earrings, $1,250. Stewier necklace, $695. Pavé diamond with stock ring in sterling silver and 18kt gold from **The Silver Ice Collection®**, $1,425. Sterling silver and 14kt gold quartz watch with mother of pearl dial and rhodolite garnet accents from **The Cable Watch Collection**, $1,950.

Opposite:
In sterling silver and 14kt gold: Citrine earrings, $995. Citrine pendant, $980. Double-row wheat chain, $850. Amethyst bracelet, $1,200. Gold dome bracelet, $640. Noblesse rings in blue topaz and citrine, $690 each. Quartz watch from **The Silver Ice Collection®** in sterling silver and 18kt gold with pavé diamond bezel, mother of pearl dial and sapphire crown, $5,950.

DY-0012





The Hampton Cable Collection™, sterling silver and 14kt gold: Pearl station necklace, $895. Pearl chain in 16", $295. Pearl station earrings, $190. Gold station bracelet, $490. Pearl station bracelet, $585. Pearl lip bracelet, $310. Pearl ring, $185. Hoop earrings, $190.

Opposite
Sterling silver and 14kt gold: Necklace, $770. Gold strawa bracelet, $440. Hook bracelet, $660. Hook bracelet, $450. Band ring, $450. Pearl ring, $850. Pin, $600. Earrings, $475. Bracelet from The Midnight Ice Collection™, pavé diamonds and black onyx in sterling silver and 18kt gold exclusively at Neiman Marcus, $1,585. Sterling silver and 14kt gold sports watch with mother of pearl dial on a black American alligator strap, $1,350.

DY-0013



BULK RATE
U.S. POSTAGE
PAID
PERMIT NO. 7372
DALLAS, TX

Neiman Marcus

| | |
|---|---|
| **Atlanta** | 404 266.8200 |
| **Bal Harbour** | 305 865.6161 |
| **Beverly Hills** | 310 550.5900 |
| **Boston** | 617 536.3660 |
| **Chicago:** | |
| *Michigan Avenue* | 312 642.5900 |
| *Northbrook* | 847 564.0050 |
| *Oakbrook* | 630 572.1500 |
| **Dallas:** | |
| *Downtown* | 214 741.6911 |
| *Northpark* | 214 363.8311 |
| **Fashionmall** | 972 233.1100 |
| **Denver** | 303 329.2600 |
| **Fort Lauderdale** | 954 566.6666 |
| **Fort Worth** | 817 738.3581 |
| **Honolulu** | 808 951.8887 |
| **Houston:** | |
| *Galleria* | 713 621.7100 |
| *Town & Country* | 713 984.2100 |
| **King of Prussia** | 610 354.0500 |
| **Las Vegas** | 702 731.3636 |
| **Minneapolis** | 612 339.2600 |
| **Newport Beach** | 949 759.1900 |
| **Palo Alto** | 650 329.3300 |
| **Paramus** | 201 291.1900 |
| **St. Louis** | 314 567.9811 |
| **San Diego** | 619 692.9100 |
| **San Francisco** | 415 362.3900 |
| **Scottsdale** | 480 990.2100 |
| **Short Hills** | 973 912.0080 |
| **Troy** | 248 643.3300 |
| **Washington D.C.:** | |
| *Mazza Galleria* | 202 966.9700 |
| *Tysons Galleria* | 703 761.1600 |
| **White Plains** | 914 948.8500 |
| **The Galleries of Neiman Marcus** | |
| *Beachwood* | 216 464.6000 |
| *Phoenix* | 602 381.0400 |
| *Seattle* | 206 667.9901 |

To order by phone call 1.800.937.9146
ext. 2110 (Monday-Sunday 10am-5:30pm CST).
Visit our Website at
http://www.neimanmarcus.com

In sterling silver and 14kt gold: Citrine and
amethyst dome bracelet, $690 each. Bracelet
with cushion amethyst, $720. Amethyst
earrings, $495. Peridot ring, $740. Blue
topaz ring, $485. Amethyst ring, $485. Pavé
diamond ring in sterling silver and 18kt gold
from The Silver Ice Collection®, $1,550.

Front Cover
Pavé diamond earrings in sterling silver and
18kt gold from The Silver Ice Collection®,
$2,650.

All jewelry designs copyright 1999-2000 Kenneth Jay Lane, Inc.
All rights reserved. David Yurman, D. Yurman, D.Y., the DY logo,
Silver Ice, The Silver Ice Collection and The Cable Collection
are registered trademarks of Yurman Design, Inc.

DY-0014



Bulk Rate
U.S. Postage
P A I D
Permit No. 7552
Dallas, TX

DY-0021



DY-0029







DY-0030





DY-0031





DY-0032



THE CROSSOVER COLLECTION
18K GOLD WITH PAVE DIAMONDS.
NECKLACE $2,500
BRACELET $2,150
18K BRACELET $1,100
SAPPHIRE $2,000
RING $1,450



DY-0033





DY-0034



THE WOMEN'S THICKCHAIN FREED
WATCH COLLECTION*

DAMASCENE BEZEL AND STERLING SILVER,
MOTHER-OF-PEARL DIAL WITH DIAMONDS $7,200

PINK GALMA, WITH PAVÉ SAPPHIRE MARKERS $4,000

THE SILVER ICE COLLECTION

STERLING SILVER AND 18K GOLD
WITH PAVÉ DIAMONDS

NECKLACE $3,500 / BRACELET $995



DY-0035



THE QUATREFOIL COLLECTION®
STERLING SILVER AND 18K GOLD
NECKLACE $3950  BRACELET $4650
EARRINGS $850  SWITCH $1500
CUFFRINGS $2450  RING $1425



THE MEN'S TECHNOGHPHRED WATCH COLLECTION®
STAINLESS STEEL AND STERLING SILVER
BLACK DIAL ON BRACELET $3850
WHITE DIAL ON LIGUID STRAP $3050
STERLING SILVER BRACELET $2205
BLACK CUFFLINKS $995

DY-0036

SAKS FIFTH AVENUE
611 Fifth Avenue
New York, NY 10022-2165

PRST STD
U.S.POSTAGE
PAID
SAKS FIFTH AVENUE



THE RENAISSANCE COLLECTION
STERLING SILVER AND 14K GOLD.
PERIDOT, PINK TOURMALINE
AND IOLITE BRACELET $3,975
CITRINE, RHODOLITE GARNET
AND GREEN TOURMALINE BRACELET $2,220
BUCKLE BRACELET $1,870
CITRINE AND PERIDOT RING $580

SELECTED STYLES ALSO
AVAILABLE AT SAKS.COM
ALABAMA
BIRMINGHAM (OPENS FALL 2004)
ARIZONA
PHOENIX (602) 955-8000
CALIFORNIA
BEVERLY HILLS (310) 275-4211
CARMEL-BY-THE-SEA (831) 624-4200
FASHION VALLEY (619) 292-0200
LA JOLLA (858) 551-8100
MISSION VIEJO (949) 347-5100
PALM DESERT (760) 836-3900
PASADENA (626) 396-7100
PALOS VERDES (310) 265-2400
SANTA BARBARA (805) 884-9991
SAN FRANCISCO (415) 986-4300
SOUTH COAST PLAZA (714) 540-3933
COLORADO
DENVER (303) 294-9300
CONNECTICUT
GREENWICH (203) 862-5300
STAMFORD (203) 323-3100
FLORIDA
BAL HARBOUR (305) 865-1100
BOCA RATON (561) 393-9100
DADELAND (305) 662-8655
FORT LAUDERDALE (954) 563-7900
FORT MYERS (941) 433-0830
NAPLES (941) 597-5400
ORLANDO (407) 362-4500
PALM BEACH (561) 833-2551
PALM BEACH GARDENS (561) 694-9400
SARASOTA (941) 364-5300
TAMPA (813) 371-8100
GEORGIA
ATLANTA (404) 261-7234
ILLINOIS
CHICAGO (312) 944-6500
HIGHLAND PARK (847) 681-5100
OAKBROOK (630) 574-7200
OLD ORCHARD (847) 676-3476
LOUISIANA
NEW ORLEANS (504) 524-2200
MARYLAND
CHEVY CHASE (301) 657-9000
MASSACHUSETTS
BOSTON (617) 262-8500
MICHIGAN
FAIRLANE (313) 336-2000
TROY (248) 643-9000
MINNESOTA
MINNEAPOLIS (612) 333-7200

MISSOURI
KANSAS CITY (816) 531-6000
ST. LOUIS (314) 567-9200
NEVADA
LAS VEGAS (702) 733-8300
NEW JERSEY
RIVERSIDE SQUARE (201) 646-1810
SHORT HILLS (973) 376-7000
NEW YORK
NEW YORK (212) 753-4000
GARDEN CITY (516) 248-9000
SOUTHAMPTON (631) 283-3500
WALT WHITMAN MALL (631) 424-4100
WHITE PLAINS (914) 949-6500
OHIO
BEACHWOOD (216) 292-5500
COLUMBUS (OPENS FALL 2004)
CINCINNATI (513) 421-6600
OKLAHOMA
TULSA (918) 744-0300
OREGON
PORTLAND (503) 226-3900
PENNSYLVANIA
BALA CYNWYD (610) 667-1550
PITTSBURGH (412) 263-4800
SOUTH CAROLINA
CHARLESTON (843) 853-9893
HILTON HEAD (843) 341-0788
TEXAS
AUSTIN (512) 381-3200
DALLAS (972) 458-7000
FORT WORTH (817) 632-2600
HOUSTON GALLERIA (713) 627-0600
SAN ANTONIO (210) 341-4111
VIRGINIA
TYSONS GALLERIA (703) 761-0700

FOR INFORMATION OR TO ORDER,
CALL 1-800-347-9177
WEEKDAYS 9 TO 7, SATURDAY 9 TO 5,
SUNDAY NOON TO 5, EASTERN.

• YOUR SALES ASSOCIATE WILL
BE HAPPY TO LOCATE ANY ITEM
NOT AVAILABLE IN YOUR LOCAL STORE.
SHIPPING CHARGES MAY BE REQUIRED.
• ALL ITEMS IMPORTED UNLESS NOTED.
• PRICES SHOWN ARE REED TO
SHOW DETAIL.
• SAKS LIFETIME WARRANTY
• INDICATES SAK AVENUE CLUB

ALL JEWELRY DESIGN © COPYRIGHT YURMAN DESIGN INC.
ALL RIGHTS RESERVED. DAVID YURMAN, D. YURMAN,
THE D.Y. LOGO, THE THOROUGHBRED, RACON COLLECTION AND THE CABLE
COLLECTION ARE REGISTERED TRADEMARKS OF YURMAN DESIGN, INC.
© D. YURMAN 2004

DY-0037



DY-0038







DY-0039



DY-0040

THE MIDNIGHT ICE COLLECTION"
STERLING SILVER, 18K GOLD,
BLACK ONYX AND PAVÉ DIAMONDS.
ENHANCER $895   CHAIN $5,800
EARRINGS $1,850   RING $3,375
BRACELET $1,650   PAVÉ BRACELET $1,450



THE SILVER ICE COLLECTION®
STERLING SILVER, 18K GOLD
AND FINE DIAMONDS.
NECKLACE $1,200
BANGLE BRACELET $1,700
PAVÉ STATION BRACELET $2,900
PAVÉ TIPPED BRACELET $1,400
RING $1,250







THE MEN'S COLLECTION
STERLING SILVER AND 18K GOLD.
BRACELET $2,200
BLACK ONYX CUFFLINKS $340
RING $800
THE THOROUGHBRED
WATCH COLLECTION™
STAINLESS STEEL, STERLING SILVER
AND 18K GOLD. AUTOMATIC $3,500

DY-0041



DY-0042



DY-0043





DY-0044



THE PETITE HAMPTON COLLECTION
STERLING SILVER AND 14K GOLD
PETAL NECKLACE $2,850
PETAL BRACELET $375
RINGS $135 EACH



THE CROSSOVER COLLECTION
STERLING SILVER AND 18K GOLD
CUFF BRACELET $450  EARRINGS $375
18K GOLD BRACELET $950
18K AND DIAMOND BRACELET $2,450

THE WOMEN'S THOROUGHBRED
WATCH COLLECTION™
STAINLESS STEEL, STERLING SILVER
AND 18K GOLD $2,000

DY-0045







DY-0046



DY-0047





DY-0048





DY-0049





DY-0050



DY-0051





DY-0052



DY-0053





DY-0054





DY-0055





DY-0056



THE CABLE WATCH COLLECTION
STERLING SILVER AND 14K GOLD
WITH BLACK OR WHITE
MOTHER-OF-PEARL DIAL $1,000 EACH

DY-0057



PINK PASSION SILVER ICE, EXCLUSIVELY AT NEIMAN MARCUS.
STERLING SILVER AND 18KT GOLD WITH PINK
TOURMALINE AND PAVÉ DIAMONDS. BRACELET $1,895.

SILVER ICE COLLECTION™,
IN STERLING SILVER WITH PAVÉ DIAMONDS.
PEARL BRACELET $1,125.
BLUE CHALCEDONY BRACELET $1,300.

OPPOSITE PAGE WOMEN'S THOROUGHBRED WATCH COLLECTION™
IN STAINLESS STEEL AND STERLING SILVER, MOTHER-OF-PEARL DIAL WITH
DIAMOND BEZEL AND MARKERS ON A PINK ALLIGATOR STRAP $4,500.

PINK PASSION SILVER ICE, EXCLUSIVELY AT NEIMAN MARCUS
IN STERLING SILVER AND 18KT GOLD WITH PINK TOURMALINE AND PAVÉ DIAMONDS.
32" CHAIN WITH PEARLS $2,300. LINKED BRACELET $2,150. EARRINGS $1,350. RING $750.

DY-0071



PERUVIAN OPAL ICE COLLECTION
IN STERLING SILVER AND 18KT GOLD WITH
PERUVIAN OPAL AND DIAMONDS. ENHANCER $1,325.
32" STERLING SILVER AND
14KT GOLD PEARL ICON CHAIN $495.
BRACELET $2,500. EARRINGS $2,150. RING $1,450.

WOMEN'S THOROUGHBRED WATCH COLLECTION™
IN STAINLESS STEEL AND STERLING SILVER. PISTACHIO DIAL
WITH SAPPHIRE MARKERS AND DIAMOND BEZEL
ON A BLUE ALLIGATOR STRAP $4,500.

PINK PASSION SILVER ICE, EXCLUSIVELY AT NEIMAN MARCUS.
STERLING SILVER AND 18KT GOLD WITH PINK TOURMALINE
AND PAVÉ DIAMONDS. NECKLACE $4,200. BRACELET $3,995.
DOME BRACELET $2,250.

SILVER ICE COLLECTION®
STERLING SILVER BRACELET WITH BLUE CHALCEDONY
AND DIAMONDS $1,750.

DY-0072



SILVER ICE COLLECTION®
IN STERLING SILVER AND 18KT GOLD WITH PAVE DIAMONDS.
BUCKLE NECKLACE $2,800. BUCKLE BRACELET $1,985.
BUCKLE EARRINGS $1,750.

CABLE WATCH COLLECTION
IN STERLING SILVER AND 18KT GOLD, MOTHER-OF-PEARL
DIAL WITH DIAMOND BEZEL, $7,250.



DY-0073



SILVER ICE COLLECTION®
IN STERLING SILVER AND 18KT GOLD WITH PAVÉ DIAMONDS.
WHEAT CHAIN $2,650. DOME BRACELET $2,450.
BUCKLE BRACELET $2,795. EARRINGS $1,995.

SILVER ICE METRO COLLECTION®
IN STERLING SILVER AND 18KT GOLD WITH PAVÉ DIAMONDS.
NECKLACE $1,925. MATCHING BRACELET $1,750.
PAVÉ TIPPED BRACELET $1,450. SINGLE STATION PAVÉ
BRACELET $650. EARRINGS $1,950. RING $1,290.

DY-0074



WOMEN'S THOROUGHBRED WATCH COLLECTION™
IN STAINLESS STEEL AND STERLING SILVER, BLACK DIAL
WITH DIAMOND MARKERS AND BEZEL ON
DIAMOND STUDDED STRAP $4,900.

CABLE CAPRI WATCH COLLECTION
IN STERLING SILVER, MOTHER-OF-PEARL DIAL
WITH DIAMOND BEZEL AND DÉCOR ON
BLACK GROSGRAIN STRAP $4,700.

OPPOSITE PAGE: MIDNIGHT ICE COLLECTION™
IN STERLING SILVER AND 18KT GOLD WITH BLACK ONYX
AND PAVÉ DIAMONDS. ENHANCER $1,100.
32" STERLING SILVER AND 14KT GOLD ICON CHAIN $440.
RING $1,350. BLACK ONYX BRACELET $2,300.

SILVER ICE COLLECTION™
IN STERLING SILVER AND 18KT GOLD WITH PAVÉ DIAMONDS.
PAVÉ TIPPED BRACELET $2,100. PAVÉ BEAD BRACELET $2,350.
STACK RING $1,250. EARRINGS $2,350.

DY-0075



IN STERLING SILVER AND 18KT GOLD WITH PAVE DIAMONDS. SILVER ICE COLLECTION™
PAVE BEAD NECKLACE $750. PAVE CENTER NECKLACE $825.
MATCHING EARRINGS $895. HOOP EARRINGS $1,300. RING $925.
SINGLE STATION BRACELET $665. DOUBLE STATION BRACELET $1,150.
HOOK BRACELET $1,195. DOME BRACELET $895.

DY-0076

OPPOSITE PAGE: SILVER ICE COLLECTION™
IN STERLING SILVER AND 18KT GOLD WITH PAVÉ DIAMONDS/
SINGLE X BRACELET $990, DOUBLE X BRACELET $1,590,
PAVÉ TIPPED BRACELET $980
X RING $500, BEAD RING $925 EACH

THIS PAGE: QUATREFOIL COLLECTION™
IN STERLING SILVER AND 18KT GOLD WITH PAVÉ DIAMONDS
LARIAT $745, EARRINGS $650

DY-0077

## Neiman Marcus

ATLANTA  404 266 8200
BAL HARBOUR  305 865 6161
BEVERLY HILLS  310 550 5900
BOSTON  617 536 3660
CHICAGO:
Michigan Avenue  312 642 5900
Northbrook  847 564 0300
Oakbrook  630 572 1500
DALLAS:
Downtown  214 741 6911
Northpark  214 363 8311
Prestonwood  972 233 1100
DENVER  303 329 2600
FORT LAUDERDALE  954 566 6666
FORT WORTH  817 738 3581
HONOLULU  808 951 8887
HOUSTON:
Galleria  713 621 7100
Town & Country  713 984 2100
KING OF PRUSSIA  610 354 0500
LAS VEGAS  702 731 3636
MINNEAPOLIS  612 339 2600
NEWPORT BEACH  949 759 1900
PALM BEACH  561 805 6150
PALO ALTO  650 329 3300
PARAMUS  201 291 1920
ST LOUIS  314 567 9811
SAN DIEGO  619 692 9100
SAN FRANCISCO  415 362 3900
SCOTTSDALE  480 990 2100
SHORT HILLS  973 912 0080
TROY  248 643 3300
WASHINGTON DC:
Mazza Gallerie  202 966 9700
Tysons Galleria  703 761 1600
WHITE PLAINS  914 428 2000

THE GALLERIES OF NEIMAN MARCUS
BEACHWOOD  216 464 4000
PHOENIX  602 381 0400
SEATTLE  206 447 0901

To order by phone
call 1.800.937.9146 ext. 2110
Monday-Saturday 10am-5:30pm CDT.
SHOP:  WWW.NEIMANMARCUS.COM





WOMEN'S THOROUGHBRED WATCH COLLECTION™
IN STAINLESS STEEL AND STERLING SILVER, PINK DIAL WITH
PINK SAPPHIRE MARKERS ON A STEEL BRACELET $5,200.

SILVER ICE COLLECTION®
IN STERLING SILVER AND 18KT GOLD WITH PAVÉ DIAMONDS.
DOME BRACELET $1,650. BUCKLE BRACELET $995.

© D. YURMAN 2001

DY-0078



# LaViano

## Fine Jewelry
## Catalogue

DY-0106



**MP MARK PATTERSON, INC.**
Designing Manufacturer of Fine Jewelry

A. 18k diamond bracelet $15,800
B. 18k diamond earrings $4,200
C. Ruby and pink sapphire pendant $1,680
D. Ruby, pink sapphire, and diamond earrings $3,000
E. 18k yellow sapphire ring $2,100
F. 18k ruby ring $2,700
G. Platinum and blue sapphire ring $5,600
H. Platinum and diamond ring $4,900

*The grand essentials to happiness in this life are something to do,
something to love and something to hope for.*
— Joseph Addison

*Rosa Lunor*
for J.R. Gold Designs

A. Flexible bangle with 1.66ctw. diamonds $5,840
B. Flexible bangle with 2.62ctw. blue sapphires $8,000
C. Flexible bangle with 16ctw. diamonds $3,940
D. Pavé hoop earrings with 2.72ctw. diamonds $3,600
E. Earrings with 0.48ctw. diamonds and
   0.33ctw. sapphires $1,680
F. Necklace with 0.37ctw. diamonds and
   0.32ctw. sapphires $1,530

G. Necklace with 0.46ctw. diamonds and white gold "R" initial $1,150
   (other initials available)
H. Bracelet with 1.00ctw. diamonds $2,880
I. Heart pendant with 1.94ctw. sapphires and 0.74ctw. diamonds
   on royal blue silk cord $2,650
J. Heart pendant with 1.92ctw. diamonds on black silk cord $3,270

*All items shown are crafted in 18k white gold*

DY-0107



## GEM PLATINUM

A. Platinum and diamond necklace $9,940
B. 18K two-tone gold and diamond necklace $6,650
C. Natural fancy yellow diamond earrings in 18k two-tone gold $8,640
D. 18K two-tone gold and diamond bracelet $4,800
E. 18K yellow gold and diamond earrings $2,160
F. 18K yellow gold and platinum ring with fancy intense yellow diamonds $46,000
G. 18K white gold, sapphire, and diamond bracelet $5,040
H. Platinum and diamond pin $6,000
I. Platinum and 18k yellow gold ring with extra fine emerald $39,000
J. 18K yellow gold, diamond, and cabochon ruby ring $6,370
K. 18K yellow gold, diamond, and ruby pendant $5,760

## GEM PLATINUM

A. 18K white gold diamond earrings $1876
B. Platinum and diamond ring $28,600
C. 18K white gold diamond necklace $7,720
D. 18K white gold diamond and
   sapphire necklace $9,620
E. Platinum and diamond wedding ring $30,400
F. 18K white gold diamond earrings $3,880
G. 18K white gold diamond necklace $4,970
H. 18K white gold diamond and
   sapphire bracelet $10,550
I. Platinum and diamond earrings $20,880

DY-0108



## Christopher Designs

A. Platinum and diamond ring 1.55ctw. $8,800
B. Platinum and diamond bracelet 8.66ctw. $25,900
C. Platinum and diamond ring 0.55ctw. $3,380
D. Platinum and diamond ring 1.74ctw. $8,400
E. Platinum and diamond ring 2.75ctw. $27,700

F. Platinum and diamond ring 0.90ctw. $7,000
G. 18K white gold and diamond earrings 1.07ctw. $3,805
H. 18K white gold and diamond earrings 1ctw. $3,650
I. Platinum and diamond ring 1.07ctw. $5,200
J. 18K white gold and diamond ring 1.05ctw. $3,250
K. 14K white gold and diamond ring 0.38ctw. $2,900

*A multitude of small delights constitute happiness.*
*— Charles Baudelaire*

## MÉMOIRE
### PARIS

A. 18K 5 stone diamond band 1.00ctw.
B. 18K ideal cut 7 stone diamond band 1.00ctw.
C. 18K ideal cut 5 stone diamond band 0.75ctw.
D./E. Full round diamond eternity bands shown in platinum and 18K white and yellow gold
F. Platinum 4-stone .80 ctw. diamond semi-mount (center stone not included)
G. Platinum 7-stone 1.00 ct. t.w diamond band
H. Platinum 7-stone 1.00 ct. t.w diamond band
I. Platinum diamond bracelet 2.97 ctw.
J. Platinum diamond earrings 1.72ctw.

K. Platinum eternity band 1.00 ctw. gold sapphires
L. Platinum eternity band 1.00 ctw. blue sapphires
M. Platinum eternity band 1.00 ctw. diamonds
N. Platinum eternity band 1.00 ctw. pink sapphires
O. Platinum princess cut diamond band 1.00ctw.
P. Platinum 5 stone diamond ring 1.35ctw.
Q. Platinum eternity band 1.00 ctw. diamonds
R. Platinum eternity bracelet 10.00 ctw.
S. Platinum eternity bracelet 5.00 ctw.
T. Platinum eternity bracelet 3.00 ctw.

Prices vary according to diamond size, quality and ring size. Please call.

DY-0109



## ROBERTO COIN

*Appassionata Collection*

A. Single row two-tone band $700
B. Single row yellow gold band $450
C. Triple row necklace with white gold pavé clasp $4,950
D. Single row two-tone earrings 1560
E. Single row gold earrings $790
F. 18K yellow gold large earrings with diamond stripe .36ctw. $2,250
G. Triple row two-tone bracelet with pavé clasp $6,175
H. 18K yellow gold 5-row bracelet with diamond clasp .37ctw. $5,840
Matching necklace available .37ctw. $12,900

## SEIDEN GANG

18k yellow gold with diamonds

A. Odyssey earring $2,400
B. Tube necklace $4,680
C. Odyssey slide $2,500
D. Laurel engraved band $3,790
E. Odyssey bracelet $8,400
F. White gold diamond necklace $1,670
G. Rose gold diamond necklace $2,380
H. Yellow gold diamond necklace $1,670
I. Laurel engraved ring $1,850
J. Laurel lattice ring $5,760
K. Laurel engraved ring $2,350
L. Laurel engraved double hoop earring $5,580
M. Laurel engraved threeband ring $3,700

DY-0110



DY-0111



DAVID YURMAN

The Silver Ice Collection™ in sterling silver
and 18k gold with pavé diamonds.

A. Stack ring $1,250
B. Buckle ring $995
C. Dome ring $1,290
D. Single station bracelet $695
E. Buckle bracelet $1,195
F. Dome bracelet $925
G. Double station necklace $2,800
H. Double chain bracelet $1,985
I. Earrings $2,800

Albion Collection
in 18k gold and diamonds

G. Necklace $6,900
H. Earrings $2,750

DAVID YURMAN

Crossover Collection
in sterling silver and 14k gold

A. Necklace $775
B. Earrings in small $325 medium $375 large $425
C. Linked bracelet $495
D. Cuff bracelet $425
E. 18k ring $550
F. Ring $325

DY-0112



*"We do not remember days; we remember moments."*
— Cesare Pavese

## Pe Jay Creations

A. 18K white gold "Lemon" bracelet with 1 round diamond. 0.10ct. $860
B. 18K white gold "Lemon" bracelet with 3 round diamonds 0.30ct. $1,375
C. 18K white gold necklace with 9 round diamonds 0.93ct. $3,225
D. 18K white gold earrings with 2 round diamonds 0.75ct. $1,840
E. 18K white gold cross with 6 round diamonds 0.75ct. $2,225

F. Platinum mounting with 10 baguette diamonds 0.65ctw. $5,670*
G. Platinum wedding band with 12 baguette diamonds 0.90ctw. $5,800
H. Platinum mounting with 2 round diamonds 1.05ctw. $11,600*
I. Platinum wedding band with 3 round diamonds 1.60ctw. $12,700
J. 18K white gold bracelet with 85 round diamonds 1.25ctw. $5,500
K. 18K white gold band with 14 round diamonds 5.60ctw. $26,000
L. Platinum eternity band with 5 round diamonds .75ctw. $3,080

*Price does not include center stone

A. Chubby Bezel 18k pear shaped diamond pendant. $9,950
B. Chubby Bezel 18k diamond pavé and a center round diamond ring. $5,750
C. Chubby Bezel 18k drop diamond earrings. $5,395
D. Chubby Bezel 18k heart shaped diamond pendant. $3,125
E. Chubby Bezel 18k round diamond and pavé earrings. $5,995
F. Chubby Bezel 18k diamond earring studs. $1,775
G. Chubby Bezel 18k Mandarin garnet and diamond ring. $3,595
H. Chubby Bezel 18k diamond pavé and aquamarine ring. $6,575

Chubby Bezel™
Prices vary with diamond size and quality

DY-0113



DY-0114



## HONORA

A. *Sterling silver freshwater cultured pearls and clear quartz ajustable necklace  $150*

B. *Sterling silver 5 row grey freshwater cultured pearl stretch bracelet  $150*
C. *Sterling silver 5 row black freshwater cultured pearl stretch bracelet  $150*
D. *Sterling silver 5 row freshwater cultured pearl bracelet  $90*
E. *Sterling silver 5 row plum freshwater cultured pearl stretch bracelet  $90*

## HIDALGO

*18K gold, enamel, and diamond collection*

*Prices starting at $295*

DY-0115



*Chopard*
GENÈVE

Happy Diamond Collection
18k white and yellow gold with floating diamonds

A. Happy Diamond necklace $5,550
B. Happy Diamond ring $4,500
C. Happy Diamond round ring $2,900
D. Ladies' Deco with mother of pearl
   and diamond dial $10,550
E. Yellow gold "Happy Diamond"
   earrings $4,020
F. 18 K white gold "H" watch with
   blue crocodile strap $13,450
G. 18 K white gold "Ice Cube" with
   black crocodile strap $18,300
H. LOVE ring $2,750

...for those who love, time is not.
— Henry Van Dyke

*O·W·C*
Old World Chain

A. Yellow gold jupiter heart bracelet $1,760
B. White gold and diamond heart bracelet $3,840
C. Yellow gold and yellow sapphire bracelet $3,840

D. 18k Yellow gold and brown diamond ring $4,080
E. 18k White gold and yellow sapphire ring $3,120
F. 18k White gold diamond ring $4,800
G. Yellow and white gold diamond bracelet $7,400
H. Yellow gold classic rolo with diamond clasp $2,160
I. White gold classic rolo with diamond clasp $2,160

DY-0116



*Courage is the ladder on which all other virtues mount.*

*– Clare Booth Luce*

Large Flag Pin  Platinum, sapphire, diamond and ruby  $15,600
Small Flag Pin  Platinum, sapphire, diamond and ruby  $4,500

*Merchandise may be enlarged to show detail. Prices subject to change without notice. Not responsible for typographical errors.*

Presorted Standard
U.S. Postage
PAID
West Caldwell, NJ
Permit #12

## LaViano
### JEWELERS
*Since 1965*

175 WESTWOOD AVE., WESTWOOD, NJ
201.664.0616 • 201.664.0054 fax
www.lavianojewelers.com

Monday-Friday  9:30 – 9pm
Saturday       9:30 – 5pm

DY-0117



DY-0118



David Yurman

THIS PAGE: THE PETITE HAMPTON COLLECTION™ IN STERLING SILVER AND 14K GOLD. 3-ROW BLUE TOPAZ NECKLACE, #201, 1795.00. BLUE TOPAZ RING, #202, 155.00. PEARL RING, #203, 125.00. BLUE TOPAZ EARRINGS, #204, 195.00. PEARL TIPPED BRACELET, #205, 310.00. BLUE TOPAZ TIPPED BRACELET, #244, 310.00. PEARL BRACELET, #207, 375.00. BLUE TOPAZ BRACELET, #240, 375.00.

OPPOSITE PAGE: THE SILVER ICE COLLECTION™ IN STERLING SILVER AND 14K GOLD WITH PAVÉ DIAMONDS: 14" NECKLACE, #201, 1790.00. RING, #237, 1595.00. STACK RING, #253, 1295.00. EARRINGS, #234, 1495.00.

Photos may have been enlarged and/or enhanced to show detail. All carat weights (ct.t.w.) are approximate. Variance may be .05 carat. Colored gemstones may have been treated such as by heating, oiling, or irradiation and may require special care.



RADIANT GEMSTONES, LUMINOUS PEARLS, CLASSIC DESIGNS WITH CONTEMPORARY DETAILS... A CELEBRATION OF BEAUTY AND ELEGANCE.

DY-0119



Charriol®

THIS PAGE, THE COLUMBUS COLLECTION: LARGE STAINLESS STEEL WATCH WITH WHITE DIAL, #601, 1390.00. SMALL STAINLESS STEEL WATCH WITH WHITE DIAL AND DIAMOND BEZEL, #602, 2570.00. 18K WHITE GOLD AND DIAMOND BRACELET, C/592, 2250.00.

OPPOSITE PAGE: FLAMME BLANCHE NECKLACE IN 18K WHITE GOLD AND DIAMONDS, #401, 7790.00. FLAMME BLANCHE EARRINGS IN 18K WHITE GOLD AND DIAMONDS, #402, 1490.00. CELTIC CADRE WATCH IN STAINLESS STEEL WITH SQUARE MOTHER-OF-PEARL DIAL, #420, 1390.00. AZUR STAINLESS STEEL WATCH WITH WHITE OVAL PORCELAIN DIAL, #424, 895.00.



DY-0120



**Roberto Coin**

THE APPASSIONATA COLLECTION!
18K GOLD AND DIAMONDS:
YELLOW GOLD 3-ROW BRACELET
WITH DIAMOND STRIP AND
DIAMOND CLASP, #701, $915.00.
YELLOW GOLD NECKLACE WITH
DIAMOND CLASP, #702, $725.00.
WHITE GOLD RING, #703, $795.00.
YELLOW GOLD DIAMOND RING, #704,
706.05. WHITE GOLD PAVÉ DIAMOND
RING, #705, 1780.53. YELLOW GOLD
AND DIAMOND EARRINGS, #784,
1540.95. YELLOW GOLD 5-ROW
BRACELET WITH DIAMOND CLASP,
#707, $610.00.

Photos may have been enlarged and/or reduced to show detail. All carat weights (ct.tw.) are approximate. Variance may be .05 carat. Colored gemstones may have been treated such as by heating, oiling, or irradiation and may require special care.

**Roberto Coin**

18K GOLD AND DIAMONDS:
A. WHITE GOLD BABY HEART
DIAMOND NECKLACE, #451, 280.00.
WHITE GOLD BABY CROSS DIAMOND
NECKLACE, #452, 285.00.
WHITE GOLD BABY STAR OF DAVID
DIAMOND NECKLACE, #402, 265.00.
(BABY CHARM NECKLACES ALSO
AVAILABLE IN YELLOW GOLD;
MATCHING EARRINGS NOT PICTURED.)

B. LEFT TO RIGHT:
YELLOW GOLD WOVEN DIAMOND
BRACELET, #404, 2990.00.
WHITE GOLD WOVEN DIAMOND
BRACELET, #405, 3695.00.
YELLOW GOLD SPIRAL 2-STATION
DIAMOND BRACELET, #406, 795.00
(ALSO AVAILABLE IN WHITE GOLD.)
WHITE GOLD SPIRAL 2-STATION
DIAMOND BRACELET, #407, 975.00
(ALSO AVAILABLE IN YELLOW GOLD).

C. WHITE AND YELLOW GOLD SMALL
NABUCCO DIAMOND RING, #408, 1440.00.
WHITE AND YELLOW GOLD SMALL
NABUCCO DIAMOND EARRINGS,
#409, 1430.00. WHITE GOLD PAVÉ
DIAMOND EARRINGS, #410, 2795.00
(ALSO AVAILABLE IN YELLOW GOLD).

D. WHITE GOLD HOOP AND DOT
DIAMOND HOOP EARRINGS,
SMALL, #511, 2660.00.
LARGE, #512, 4400.00.

DY-0121

**Mikimoto 14K**
CULTURED PEARLS AND 14K GOLD.
16" 4.5-7MM STRAND WITH
SIGNATURE BOW CLASP,
#901/1420.00.
16" 7.5-8MM STRAND WITH
SIGNATURE BOW CLASP,
#902, 2340.00.
7" 4.5-7MM BRACELET
WITH SIGNATURE BOW CLASP,
#903/740.00.
7-7.5MM STUD EARRINGS,
#904, 510.00-7.5MM
EARRINGS IN WHITE
GOLD WITH DIAMONDS,
#905, 610.00.

**Kazto Platinum**
PLATINUM AND DIAMONDS.
HEART PENDANT, #901, 1165.00.
CROSS PENDANT, #902, 885.00.
STAR OF DAVID PENDANT, #903, 1210.00.
TRIPLE DROP NECKLACE, #934, 1275.00.
DOUBLE DROP EARRINGS, #985, 1430.00.
FLOWER RING, #994, 3060.00.

DY-0122





**Chariol®**
TONNEAU "JET SET LADY"
WATCH WITH CROCODILE STRAP,
MOTHER-OF-PEARL
DIAL AND DIAMOND BEZEL.
PINK, #1101, 3790.00.
BLUE, #1102, 3190.00.

Photos may have been enlarged and/or enhanced to show detail. All metal weights (ct.t.w.) are approximate. Variance may be .05 carat.
Colored gemstones may have heat treated such as by heating, oiling, or irradiation and may require special care.



**Lagos**
STERLING SILVER AND 18K GOLD.
EVERGREEN TOPAZ PENDANT,
#1001, 575.00. SHOWN ON 16"
CAVIAR ROPE NECKLACE, #1092, 395.00.
WHITE TOPAZ RING, #1900, 295.00. WHITE
QUARTZ EARRINGS WITH CULTURED
PEARL, #1094, 395.00. EVERGREEN
TOPAZ EARRINGS WITH CULTURED
PEARL, #1065, 550.00. EVERGREEN
TOPAZ RING, #1004, 550.00.

DY-0123





DY-0124



**Movado**
TOP: MEN'S STAINLESS
STEEL VALOR, #1591, 1995.00.
LADIES' STAINLESS STEEL.
SQUARE VALOR, #1602, 1595.00.
BOTTOM: MEN'S STAINLESS
STEEL EURO CHRONOGRAPH,
#1793, 1495.00.
LADIES' STAINLESS STEEL,
EURO WITH .66 CT. DIAMOND
BEZEL, #1934, 3478.20.

**Rado**
CLOCKWISE FROM LEFT:
MEN'S OVATION WITH CERAMIC
BRACELET AND BLACK
DIAMOND DIAL, #1451, 1799.00.
LADIES' OVATION WITH CERAMIC
BRACELET AND SILVER DIAL,
#1452, 1970.00.
LADIES' CERIX WITH CERAMIC
BRACELET AND .19 CT.
DIAMOND BEZEL, #1450, 4489.00.
NEW MEN'S ESENZA WITH BLACK
STRAP AND DIAL, #1454, 795.00.
AVAILABLE AT 59TH STREET,
SHORT HILLS, WILLOW GROVE,
NORTH MICHIGAN, AND
STAMFORD ONLY.



DY-0125



**Longines**

LEFT TO RIGHT: LADIES' STAINLESS STEEL MINI DOLCE VITA WITH .28 CT. DIAMOND BEZEL, #1721, 1995.00. MEN'S STAINLESS STEEL DOLCE VITA WITH WHITE DIAL, #1792, 880.00. NEW LADIES' DOLCE VITA WITH BLACK LEATHER STRAP, BLUE MOTHER-OF-PEARL DIAMOND DIAL AND .32 CT. T.W. DIAMOND BEZEL, #1755, 1795.00. (ALSO AVAILABLE WITH PINK MOTHER-OF-PEARL DIAL, NEW LADIES' LA GRANDE CLASSIQUE WITH STAINLESS STEEL BRACELET, PINK MOTHER-OF-PEARL DIAL AND .46 CT. DIAMOND BEZEL, #T56, 2150.00. AVAILABLE AT 59TH STREET, SHORT HILLS, WILLOW GROVE, AVENTURA, SHERMAN OAKS, AND STANFORD ONLY.

Photos may have been enlarged and/or enhanced to show detail. All carat weights (ct.tw) are approximate. Variance may be .05 carat. Colored gemstones may have been treated such as by heating, oiling, or irradiation and may require special care.



**Gucci**

NEW LADIES' STAINLESS STEEL LINK BRACELET WITH MOTHER-OF-PEARL DIAL AND .26 CT. DIAMOND BEZEL, #1651, 1650.00. NEW MEN'S STAINLESS STEEL BRACELET WITH SILVER DIAL, #1602, 860.00. NEW LADIES' STAINLESS STEEL BRACELET WITH SILVER DIAL AND .26 CT. DIAMOND BEZEL, #1603, 1000.00.

DY-0126



Tag Heuer

LEFT TO RIGHT, LADIES' STAINLESS
STEEL MINI LINK WITH BLUE
MOTHER-OF-PEARL DIAL, #1401, 1295.00.
MEN'S STAINLESS STEEL LINK WITH
BLUE DIAL, #1402, 1295.00.
MEN'S STAINLESS STEEL, KIRIUM
FORMULA 1 WITH BLACK DIAL, #1803, 1995.00.
NEW LADIES' STAINLESS STEEL MINI
ALTER L60 WITH MOTHER-OF-PEARL DIAL
AND .62 CT. DIAMOND BEZEL, #1804, 2495.00.
(REGULAR SIZE .69 CT, 2695.00.
NOT SHOWN.) NEW LADIES' STAINLESS
STEEL MINI ALTER L60 WITH BLUE DIAL
AND .60 CT. DIAMOND BEZEL, #1805, 2495.00.
(REGULAR SIZE .69 CT, 2695.00, NOT SHOWN.)

DY-0127



Raymond Weil
NEW! BLOOMINGDALE'S
LADIES' PARSIFAL IN 18K SOLID
GOLD WITH DIAMOND BRACELET,
DIAL AND BEZEL, .35 CT. T.W.
#2891, $9995.00.

FRONT COVER:
David Yurman
18K WHEAT CHAIN NECKLACE
WITH DIAMOND BUCKLE,
#T51, $400.00.

BLOOMINGDALE'S
1000 Third Avenue, New York, NY 10022
Postmaster: Please deliver between November 20-24, 2001.
Catalog #FC78 11/01
CURRENT RESIDENT OR:

PRSRT STD
U.S. Postage
PAID
Bloomingdale's

Photos may have been enlarged and/or reduced to show detail. All carat weights (ct.tw.) are approximate, variance may be .05 carat. Colored gemstones may have been treated such as by heating, oiling, or irradiation and may require special care.

To place an order or inquire about orders already placed, please call 1-800-555-SHOP (apparel) delivery time will apply). If your selection is not available at the Bloomingdale's nearest you, we will be happy to order it for you. We welcome your Bloomingdale's charge card and major credit cards. We also accept checks in state we cannot do so by telephone at (except if you call and you may request, for promotions, please send us your mailing label with your request to return to: Mail List: Bloomingdale's 1000 Third Avenue, 7th Floor, New York, New York 10022. Mailing lists are swapped several weeks prior to any event, and colors depend on those for subsequent catalogs to ship. Not all merchandise available in all stores.

DY-0128

**EXHIBIT 2**



DAVID YURMAN

IMMERSE YOURSELF

DY-0001



DY-0002



DY-0003



DY-0004



DY-0005



DY-0006



DAVID YURMAN

MADISON AVENUE FLAGSHIP STORE
729 Madison Avenue
New York, NY 10022

DY-0007



Luxury Living
Fall 1998

DAVID YURMAN

LEFT: Sterling silver and 14k gold. Wheat chain in 6mm. 16 inches 465, 32 inches 825. Chalcedony and kette pendant 835. Chalcedony and kette earrings 810. Chalcedony and kette bracelet 1,070.

Signature ring in chalcedony 350. Rhodalite garnet 740. Thoroughbred ring 410. Watch with rhodalite garnet 1,850. From The Mens Cable Collection. Sterling silver and 14k gold, chain bracelet 395. Band ring 460.

ABOVE: Sterling silver and 14k gold. Buckle bracelet 1870. Hematite and rhodalite garnet bracelet 1680. Watch 1500. Earrings 340. Ring 410.



FRONT COVER: From The Silver er Collection, diamonds in erling silver and 18k gold. uckle bracelet 2,895. Crown racelet 2,500. Signature ring 300. Earrings 2,700. Diamond ng in 18k gold 1,985. From he Cable Watch Collection™, diamonds in sterling silver and 8k gold 5,950.

DY-0016



ABOVE: Sterling silver and 14k gold with citrine necklace 1,855. Signature ring 725. 18k gold and rhodolite garnet ring 2,420.

RIGHT: Pavé diamonds in 18k gold: Pendant 3,400. Earrings 4,200. Ring 2,950. Chain, 32 inches 2,975.

LEFT 18k Gold: Chain, 32 inches 2,975. Pavé diamond pendant 3,400. Pavé diamond earrings 2,350. Pavé diamond ring 2,295. Cuff bracelets with diamonds 4,450. each.

DY-0017



From The Silver Ice™ Collection, diamonds in sterling silver and 14k gold: Chain 2,650. Pendant 1,475. Double row single "x" bracelet 1,650.

Single row double "x" bracelet 1,550. Double row double "x" bracelet 2,850. Single row single "x" bracelet 990. "x" ring 1,270. Stackable rings 1,165, each. Earrings 2,700. Sterling silver and 14k gold, 6mm wheel chain, 16 inches 465.

From The Mens Cable Collection: 18k gold ring 940. From The Silver Ice™ Collection, diamonds in sterling silver and 18k gold: Cufflinks 1,840. Stud set 1,760.

DY-0018



LEFT Pavé diamonds in 18k gold: Buckle Chain necklace 9,875. Buckle earrings 3,500.

BELOW From The Silver Ion™ Collection, diamonds in sterling silver and 18k gold: Necklace 3,950. Hook bracelet 970. Gold dome bracelet 1,650. Watch 7,250. Ring 1,250.

DY-0019



BELOW: Pavé diamonds in 18k gold: Buckle chain necklace 9,875. Buckle earrings 3,600. From The Mens Cable Collection, 18k gold: Black onyx cufflinks 1,770. Band ring 1,130.

FAR RIGHT: From the new Hampton Collection™, sterling silver and 14k gold with pearls: Necklace 1,550. Earrings 540. Pearl bracelet 550. From the Silver Ice Collection, diamonds in sterling silver and 18k gold: Stackable ringlet 1,155, each Signature ring 1,275. From the Mens "Series 8" Cable Collection™, in sterling silver and 18k gold: Bracelet 425. Ring 435.



DY-0020



DY-0022







Cover: **From The Cable Watch Collection:** Sterling silver and 18K gold watch with Swiss quartz movement, diamond bezel, mother of pearl dial and sapphire crown $5,950. Coil bracelet in 18K gold with pavé diamond beads $5,950.

Pavé diamonds in 18K gold: Earrings $4,350. Ring $2,995.

**From The Cable Watch Collection:** Double row bracelet watch with Swiss quartz movement, diamond bezel and décor, mother of pearl dial and sapphire crown $12,500.

DY-0023



From The Silver Ice Collection, pavé diamond is sterling silver and 18K gold. Wheat chain necklace in 18" length. Wheat chain bracelet $3,500 each. Gold dome bangle $2,600. Small ring $1,250. Earrings $1,250. Dome ring $1,200, (sterling/gold) in sterling silver and 14K gold, in 15" $465, in 33" $656. Pavé diamond ring in 18K gold $1,825.



From The Cable Capri Watch Collection, fine quartz timepieces (from left to right): 18K gold watch with mother of pearl dial and cabochon sapphire crown on a black American alligator strap $3,500. Sterling silver and 18K gold watch with mother of pearl dial on a cognac American alligator strap $2,660. Sterling silver and 14K gold watch with mother of pearl dial and pavé diamond bezel and décor on a black American alligator strap $4,750.

DY-0024



**From The Cable Capri Collection,** sterling silver and 14K gold. Blue topaz bracelet $995. Large rings in blue topaz, citrine and lemon citrine $850 each. Sterling silver and 14K gold bracelet watch with Swiss quartz movement and mother of pearl dial $1,800.



**From The Blue Ice Collection:** Blue clockwise, and pavé diamonds in sterling silver and 18K gold. Bracelet $2,500. Pendant $995. Earrings $4,980. Ring $1,350. **The Silver Ice Collection:** pavé diamonds in sterling silver and 18K gold. Watch $7,250. Stack ring $1,250. Sterling silver and 14K gold. Small box chain 32" $480. Icon chain with signature logo and pearls 33" $495. (Not shown 16" $325.)

DY-0025





DY-0026



Sterling silver and 18K gold. Gold dome bracelet $660. Earrings $620.

From The Cable Watch Collection, sterling silver and 18K gold bracelet watch with Swiss quartz movement, mother of pearl dial and sapphire crown $3,500.



From The Hampton Cable Collection, in sterling silver and 14K gold. Pearl station necklace $1,570. Pearl station bracelet $805 each. Pearl dome bracelet $550. Earrings $540.

From the Silver Ice Collection, pavé diamonds in sterling silver and 18K gold. Neck drop $1,250 each. Small Noblesse cushion ring $1,950.

From the Mesa Series 3 Collection, sterling silver and 18K gold. Bracelet $425. Ring $165.

DY-0027



**From The Hampton Cable Collection:** in 18K gold. Pearl station necklace with pavé diamond collars $7,800. Pearl station bracelet with pavé diamond collars $3,400. Bracelet with full pavé diamond stations and collars $5,750. Bracelet with pearl station $1,800. Pavé diamond bead lux chain necklace $1,150.

1997

DY-0028



DY-0029







DY-0030



DAVID YURMAN

DY-0058



DY-0059



DY-0060



DY-0061



DY-0062

DY-0063



DY-0064



DY-0065



DY-0066



DY-0067

FALL COLLECTION 2004

DY-0068



DY-0069



DY-0070



DY-0079



COVER, Cultured South Sea Pearl Necklace in 18k Gold $5,400. Pavé Diamond Albion® Ring in Sterling Silver and 18k Gold $3,550. Diamond Earrings in 18k Gold $17,950. OPPOSITE PAGE, Blue Topaz and Diamond Elongated Albion® Gold $3,850. Diamond Earrings in 18k Gold $17,950. OPPOSITE PAGE, Blue Topaz and Diamond Bracelet in Sterling Multi Row Box Chain Bracelet in Sterling Silver with London Blue Topaz $425. X Collection Silver $5,900. THIS PAGE, Linked Renaissance Earrings in Sterling Silver $660. Silver' Ice® Round Pavé Diamond Earrings in Earrings in Sterling Silver with Blue Topaz and Pavé Diamond $6,500. THIS PAGE, Linked Renaissance Earrings in Sterling Silver $1,750.

DY-0080





THIS PAGE, Linked Renaissance Enhancers: Blue Topaz and London Blue Topaz in Sterling Silver $850, Lavender Amethyst and Amethyst in Sterling Silver $650. Sterling Silver and 14k Gold Box Chains $170 - $250. OPPOSITE PAGE, Linked Renaissance Bracelet: Amethyst and Lavender Amethyst in Sterling Silver $2,250.







THIS PAGE: Top Left- Mabé Pearl and Diamond Circle™ Ring in Sterling Silver-$1,300. Cultured South Sea Pearl and Peridot Trillion Ring in 18k Gold $2,450. Cultured South Sea Pearl and Pavé Diamond Ring in 18k Gold $3,990. Top Right - Cultured South Sea Pearl and Diamond Necklace in 18k Gold-$5,950. Bottom -Cultured South Sea Pearl and Diamond Drop Toggle Necklace in Sterling Silver and 18k Gold, 16" $1,350. OPPOSITE PAGE, Cultured Freshwater Pearl Strands with Buckle Clasps. Available in 16", 18", 32" and 100" Lengths $675 - $7,050.





DY-0082



OPPOSITE PAGE: Cultured South Sea Pearl and Diamond Necklace in Sterling Silver and 18k Gold, 34" $6,900. Cultured South Sea Pearl and Gemstone Necklace in Sterling Silver and 18k Gold, 32", Blue Topaz, Prasiolite, Lavender Amethyst $3,900. THIS PAGE, Silver Ice® Crossover Collection: Sterling Silver, 14k White Gold and Pavé Diamonds. Two-Row Bracelet $1,450. Cuff $2,200. Linked Bracelet $1,350.



DY-0083





OPPOSITE PAGE, South Sea Pearl and Pavé Diamond Necklace in 18k. Gold, 34", $11,500. Albion® Collection Enhancer, Smoky Quartz and Pavé Diamonds in 18k. Gold $4,100, 18k. Gold Oval Link Necklace, 16" $3,950. THIS PAGE, Renaissance Collection Split Shank Ring in Cinnamon Quartz, Citrine and 18k. Gold $2,750, Nebloett Collection Rings, Lemon Citrine in Sterling Silver and 14k. Gold $740, Citrine in 18k. Gold $1,450, Amethyst in 18k. Gold $1,450.



DY-0084






OPPOSITE PAGE: Castle® Collection Pavé Diamond Link Ring in 18k Gold $2,200. Albion® Collections Pavé Diamond Split Shank Ring in Sterling Silver $1,200. Pavé Diamond Ring in Sterling Silver and 18k Gold $790. Elongated Pavé Diamond Ring in Sterling Silver and 18k Gold $2,650. THIS PAGE, Top Left - Silver Ice® Lyrica X Collection Double Pavé Diamond X Bracelet in Sterling Silver $2,650. Pavé Diamond "X" Necklace in Sterling Silver $2,200. Top Right - Silver Ice® Crossover Collection Sterling Silver and Pavé Diamond Rings. Narrow $625, Wide $1,350. Bottom - The Sage Ice™ Collection; Prasiolite and Diamonds in Sterling Silver, Cushion Deco Ring® $1,150. Albion® Split Shank Ring $950. The Lavender Ice® Collection; Lavender Amethyst and Diamonds in Sterling Silver, Elongated Deco Ring™ $1,750. Albion® Split Shank Ring $1,200.



DY-0085





"Savana" Tourmaline and Diamond Deco Rings" in 18k Gold $2,590, 18K Gold Eternity Band in "Savana"

DY-0086



OPPOSITE PAGE: David Yurman Signature Collection Bangles All Sterling Silver $300. All 18k Gold $1600 to and Turquoise in Sterling Silver and 18k Gold $725. Emerald and Diamond in 18k Gold $3700. THIS PAGE: Des Collections Sterling Silver. 18k Gold and Gemstone Necklaces. 46" Amethyst, Citrine, London Blue Topaz Can $1450. Peridot $2150.

DY-0087





THIS PAGE, Amethyst Split Shank Albion® Ring in Sterling Silver and 18k Gold $950, Blue Topaz and Diamond Albion® Ring in Sterling Silver $1,950, Lemon Citrine Cerise™ Ring in Sterling Silver and 18K Gold $3,250. OPPOSITE PAGE, Albion® Collection Enhancers in Sterling Silver: Champagne Citrine and Diamonds $2,090, Sterling Silver and 14k Gold Box Chain, 16" $170, Blue Topaz and Diamonds $2,300, Sterling Silver, and 14k Gold Wheat Chain, 16" $900, Lavender Amethyst and Diamonds $2,050, Sterling Silver Double Wheat Chain with Diamonds, 16" $980.

DY-0088







OPPOSITE PAGE. Madison Cable™ Timepiece in Sterling Silver and Stainless Steel. Mother-of-Pearl Dial, Diamond Bezel, Sterling Silver Chain Bracelet. Swiss Quartz "ETA" Movement $4,500. THIS PAGE. Top Left - The Thoroughbred Watch Collection®: Ladies Thoroughbred Watch in Stainless Steel and 18K Gold. Mother-of Pearl Dial. Diamond markers and Bezel. Swiss Quartz "ETA Movement $4,500. Top Right: Thoroughbred Watch Collection®. Sterling Silver and Stainless Steel. Mother-of-Pearl Dial. Diamond Markers and Bezel. Python Strap. Swiss Quartz "ETA Movement $3,950. Sterling Silver and Stainless Steel. Black Mother-of-Pearl Dial. Diamond Markers and Bezel. Python Strap. Swiss Quartz "ETA Movement $3,400. Bottom - Petite Madison Cable™ Timepiece Collection in 18K Gold. Pink Mother-of-Pearl Dial. Diamond Bezel. Egyptian High Tech Satin Strap. Swiss Quartz "ETA Movement $5,950. Full Pavé Diamond Dial. Diamond Bezel and Case. Black High Tech Satin Strap. Swiss Quartz "ETA Movement $14,000.



DY-0089



THIS PAGE: Belmont™ Chronograph. Stainless Steel 41mm Case. 37 Jewel Swiss Automatic Movement. Black Dial on Black Alligator Strap $3,250. Silver Dial on Brown Alligator Strap. $3,250. OPPOSITE PAGE: Belmont™ Watch. 41mm Stainless Steel Case. Black Corded Guilloche Dial. Alligator Strap. 21 Jewel Swiss Automatic "ETA Movement $2,100.

DY-0090







OPPOSITE PAGE Men's Collection Bracelets Sterling Silver Chain, 8.5" $240. Sterling Silver Madison Link, 8.5" $375. Sterling Silver and 18k Gold Wheat Chain, 8.75" $490. Sterling Silver ID, 8.75" $495. Titanium Box Chain with 18k Gold Accents, 8.75" $875. THIS PAGE, Top Left: Men's DY Logo™ Collection Bracelets Black Enamel, Sterling Silver and 18k Gold $400, Pavé Diamonds, Sterling Silver and 18k Gold $1,300. Top Right: Men's Collection Cufflinks Carved Prenite in Sterling Silver and 18k Gold $675, Lavender Onyx, and Pink Tourmaline in Sterling Silver $950, Carved Lavender Onyx in Sterling Silver and 18k Gold $675, Black Mother-of-Pearl and Diamonds in Sterling Silver $1,350. Bottom - Men's Collection Rings Black Onyx in Sterling Silver $450. Sculpted Cable in Sterling Silver $250. BACK COVER: Renaissance Collection Rings Pink Tourmaline, Garnet and Diamonds in 18k Gold $3,550, Green Tourmaline, Peridot and Diamonds in 18k Gold $2,950, London Blue Topaz and Blue Topaz in Sterling Silver and 18k Gold $950.

•ETA is a trademark of ETA S.A.
IMAGES MAY BE ENLARGED TO SHOW DETAIL.
All jewelry designs Copyright 2005. All rights reserved.
David Yurman, Cable, Albion, The Thoroughbred Watch Collection and Silver Ice are registered trademarks of Yurman Studios Inc. © D Yurman 2005 *All prices are suggested retail and are subject to change without notice.





DY-0091



DY-0092

# EXHIBIT 3

1 of 22 DOCUMENTS

The Dallas Morning News

April 19, 2000, Wednesday

# Fashion Week

**SOURCE:** Compiled by Katherine Petty, Linda Crosson

**SECTION:** FASHION!DALLAS; Pg. 3E; FASHION WEEK

**LENGTH:** 348 words

EVENTS

Wardrobe advice -- Saturday 12 to 4, Roberto's in the Galleria, featuring Tumi.

BCBG informal modeling -- Saturday 10 to 2, BCBG Max Azria in the Galleria.

Anti-aging seminar -- Monday 7 to 9 p.m., The Hotel Intercontinental in Addison, presented by spa owner and aesthetician Renee Rouleau and featuring guest speakers: Ms. Rouleau will demonstrate corrective skin peels, Dr. Scott Harris will give a presentation on cosmetic surgery, and Dr. Lois Vanderhoof, a nutritionist, will discuss foods and aging. For reservations, call 972-248-6131.

Bobbi Brown makeup consultations -- Tuesday 11 to 5, Neiman Marcus NorthPark, featuring national makeup artist Jillian Beran demonstrating products in the Bobbi Brown line, in Cosmetics. For an appointment, call 214-363-8311, ext. 2102.

TRUNK SHOWS

Antonini, Seidengang -- Wednesday 10 to 6, Saks Fifth Avenue in the Galleria, in Jewelry.

Donald J. Pliner -- Wednesday 10 to 6, Stanley Eisenman's Fine Shoes Hulen in Fort Worth.

Regalia -- Wednesday 10 to 6 by appointment, The Bridal Salon at Stanley Korshak in The Crescent, featuring veils. To reserve a time, call 214-871-3611.

Ferragamo -- Thursday through Saturday 10 to 6, Saks Fifth Avenue in the Galleria, in Ladies Shoes.

14-karat Azarite -- Thursday 10 to 6, Lester Melnick Fort Worth, featuring 14k and azarite jewelry. The show continues at the Preston-Royal store Friday and Saturday from 10 to 6.

David Yurman -- Saturday 10 to 6, Saks Fifth Avenue in the Galleria, featuring the Silver Ice and Quadrafoil collections, in Jewelry.

John Hardy, **David Yurman** -- Saturday 10 to 6, Neiman Marcus NorthPark, in Men's Furnishings.

Michael Simon -- Saturday noon to 4, Accente in the Galleria, featuring novelty knitwear.

Ognibene Zendman -- Tuesday 10 to 4, Neiman Marcus downtown, in Fine Apparel.

The deadline for listings is the Thursday prior to publication. Send information to FashionWeek, The Dallas Morning News, P.O. Box 655237, Dallas, TX 75265-5237, or fax it to 214-977-8321.

Compiled by Katherine Petty and Linda Crosson

**LOAD-DATE:** April 29, 2000

**LANGUAGE:** ENGLISH

DY 592

Copyright 2000 The Dallas Morning News

2 of 22 DOCUMENTS

Birmingham News (Alabama)

November 14, 1999 Sunday

# JUNIOR LEAGUE SETS ANNUAL ANTIQUES AND GARDEN SHOW

**BYLINE:** Susan Strickland

**SECTION:** LIFESTYLE; Pg. 6E Vol. 112 No. 211

**LENGTH:** 1715 words

What's more Southern than gardening and antiquing?

That rhetorical question posed by Laura Pitts sparked A Southern Celebration, the theme for the 18th annual Birmingham Antiques and Garden Show presented by Junior League of Birmingham.

In a setting with four different gardens, the antiques show will bring 70 dealers to Birmingham so that you may go antiquing all over the country without traveling farther than the Birmingham-Jefferson Convention Complex. The show runs Friday through Sunday.

Co-chairs Laura Williams, Suzanne Boozer and Laura Pitts will trace Southern traditions back in time, sometimes back to English roots, in garden terminology. Two English designers giving lectures will be Nina Campbell and Stephen Woodhams.

Not neglected is famed Southern hospitality and love of entertaining. A gala preview party Thursday night will be set in the distinctly Southern city of New Orleans. Preview party chairs Leigh Ann Phillips and Allison Bryant plan a jazzy night in New Orleans with authentic Louisiana cuisine.

The preview party will have a silent auction for rarely found items, including a 1962 E Type Jaguar and a complete Kentucky horse race package, with tours of leading horse farms.

A two-year lease on a 2000 Lexus 300 ES, two bronze sculptures by Frank Fleming, an antebellum playhouse, artwork by Dick Jemison, David Yurman silver ice necklace and a bench and footstool in a fabric designed by Nicole Miller especially for the 1999 Birmingham Antiques and Garden Show are featured in the auction. If you're the high bidder, Nall will draw a pencil portrait in person following the auction.

Preceding the preview party will be a Patrons Club reception and a Men's Committee reception. The Men's Committee chairs are Laurie Hereford, Nancy Faulkner and Lorraine Tutwiler. Interspersed among lectures and workshops are other social events - the sustainer luncheon on Thursday and jazz brunch on Sunday. You may lunch in the Red Diamond garden tea room during the show.

Other Junior League members on the committee are Ann Day Hunt, Gisel Cooper, Staci Thompson, Cathy Thomas, Lane DeWine, Cricket Justice, Laura Cope, Lynn Johnson, Teresa Pulliam, Beeland Voellinger, Amy Nunneley, Amy Tully, Kittie Buchanan, Sally Price, Robin Wetzel, Kay Teschner, Tracy White, Val Holman, Leigh Bromberg, Lisa Lewis, Mary Lucas, Jane Estes, Tracy Sundsted, Brooke Coleman, Francie Deaton, Amy McCain, Jeannie Edwards, Lindsey Gaston, Karen Luce, Kate Phillips, Deedee Moore, Bridgette Lavette, Rebecca Jones, Joy Boozer, Kitty Lovelady, Susan Edwards, Susie Abbott, Beth Glisson, Susan Guilsher, Missy Hale, Lisa Holt, Lil Petrusnek, Charlotte Preston, Meg Richards, Brooke Sanders, Teace Sanders, Drea Somerville, Susan Tucker, Sarah

JUNIOR LEAGUE SETS ANNUAL ANTIQUES AND GARDEN SHOW Birmingham News (Alabama) November 14, 1999 Sunday

Wilensky and Karen Hollyday. Sustainer advisors are Nina Crumbaugh, Kathy Emison, Suzanne Graham, Sarah Neal, Kim Rogers and Winn Shannon.

The antiques show has raised about $2 million to support the Junior League's community projects. This year, the Junior League has budgeted more than $350,000 to community programs. Its members will give 50,000 volunteer hours. One of 32 worthwhile programs is Fun for the Family, a partnership with the YWCA Family Violence Center. Children subjected to domestic violence often need help learning to play again. Through Fun for the Family, volunteers assist parents and children with activities, such as nature hunts, making music and bedtime stories.

Caroline Bolvig is president of the Junior League of Birmingham.

Beaujolais Nouveau    Excitement reigns in the world of wine - and at the Alabama Kidney Foundation - as the French celebration that marks the release of the new Beaujolais wine for the year approaches. The Alabama Kidney Foundation's annual wine tasting will be Friday at the Donnelly House.

The wine tasting will feature the new beaujolais, along with other wines. Guests will also sample hors d'oeuvres from Kathy G and listen to jazz by Jothan Callins. A collector's football print will be raffled to celebrate the Auburn-Alabama game the next day.

Planning the event are Eloyd Gooden, Margaret Tresler, J.R. Tamarapalli, Robert Fields, Earl and DeLoris Donegan, David Warnock, Jessie Bean, Yolanda Chambers, Kim Crosby, Denise Folkerts, Mike Frederick, Timmi Griswold, Deborah Grimes, Margaret Hughes, Mike Hurst, Alice Kicker, Judy Loo, Barry Nabors, Gary Parisher, Stephanie Peters, Mary Pugh, Ann Rayburn, Alice Schulz, Lori Stamper, Alton Woodard, Gloria Woodard and Rod Woodford. Sponsor is WyethAyerst. The Alabama Kidney Foundation serves more than 7,000 kidney disease patients through advocacy, direct assistance and research. The foundation is active in public, patient and physician education on organ donation. Preview the plans    With architectural plans draping the tables, wheelbarrows holding the iced beverages, and hard hats and hammers scattered among platters of food, volunteers and donors to the Emmet O'Neal Library's building program were feted at Preview the Plans Party. Patsy Dreher, chair of the marketing committee, planned the evening along with Pat Forman, Linda Vann and Ginger Clark. Holman Head is chairman of the Mountain Brook Library Foundation and Ellen Friend Elsas is chairing the Building Committee.

Attending the preview the plans party were Libby O'Neal Shannon and Jack, Ann and Jim Hayes, Tom and Dale Carruthers, Mountain Brook City Council president Bill Grayson and Betty, Margaret Porter, Francis and Paula Crockard and Joe and Forsyth Donald.

Some others were Eve and Gary London, Bob Luckie, Donald and Shirley Salloway Kahn, Ruffner and Penny Page, Jim and Henrietta Emack, Wyatt and Susan Haskell and Wilmer and Elizabeth Poynor.

From the Community Foundation of Greater Birmingham were Mimi Tynes and Carey Hinds. Russ Hale and Joe Ellis from the architectural firm, HKW Associates, came. From Brasfield & Gorrie were John Darnall, Steve Haney and Andrew Edwards.

Also previewing the plans were Lee and Jimmy Gewin, Charlie Haines, David and Kitty White, Craft O'Neal, Cindy and Peyton Bibb, Bill Tynes, Mary Jane and Steve Graham, Debby McCullough, Arthur and Ashley Smith, Linda and Bobby Vann, Linda and Jim Powell and Malleye Behr.

Others included Leslie McLeod, Sandy Thomasson, Sue Anne Cole, Tracey Anderson, Library director Sue Murrell, Susan Nading, Julie Goyer and Robert Aland.

During the 14-month construction period, the library will be housed on the upper level of Brookwood Mall just outside McRae's. The library is selling commemorative T-shirts of the old library to raise funds for the construction. T-shirts are $20 each (with $10 taxdeductible).

Humanitarian Award    Honored with the 1999 Humanitarian Award from the Crohn's and Colitis Foundation of America were Brenda and Morris Hackney and Tommy Donald, who attended with Anna Donald. They were recognized at the Alabama Chapter's 10th annual Cornucopia Ball at Hoover Country Club.

Also recognized were the former Humanitarian Award recipients in attendance. The Cornucopia Ball has honored Sallie Creel, Helen Crow Mills, Frances Cypress and the late Conrad Cypress, Benjamin and Frances David, Charles O. Elson, Arthur Freeman Jr., Marshall Garrett, Mr. and Mrs. Ed Holcombe, Marie Ingalls, Raymond Tobias and Dewey White Jr.

JUNIOR LEAGUE SETS ANNUAL ANTIQUES AND GARDEN SHOW Birmingham News (Alabama) November 14, 1999 Sunday

The annual ball raises funds for support and education programs and for research. The Foundation is dedicated to improving the life for persons with Crohn's disease or ulcerative colitis, which are chronic digestive disorders.

Some attending the ball were Rachel and Richard Booth, Vicki and Anthony Ross, Mary and John Coleman, Chip and Karen Arn, Brian and Pam Devine, Jo and Carney Dobbs, Findley and Shep Townsend, Courtney Donald, Grier Donald, Kelli Eldredge, Ray and Mindy Estep, Frank and Karle Falkenburg, Janet Harris, Jerry and Ginger Held, Bill and Sarah Housh, Deboria Hunter, Bill Moran, Stuart and Marion Nixon, Eric and Stephanie Sanders, Rick, Leigh and Ashley Smith, Kathryn Rowan, Pat Talty, Tom Talty, Janet Harris, Michele Slay and Barbara Traylor.

Decorated with tulips     UAB President Ann Reynolds and husband Tom Kirschbaum held a reception at Woodward House to honor Shirley Salloway Kahn for her appointment as vice president for development and external relations.

The president's home was decorated with Shirley's favorite flowers, tulips, in beautiful silver vases. Pianist Denise George and flutist Janice Nichols played throughout the evening.

Sharing the evening with Shirley were her husband Donald Kahn, her parents, Margaret and M.H. Salloway, her brother Ronnie Salloway with Karen from Sylacauga.

Past UAB presidents Dick Hill and Janet and Scotty McCallum with Alice congratulated their longtime friend. Also celebrating the appointment were Judy and Hal Abroms, Najwa Bateh, Martha Warren Bidez, Sheila and Clarence Blair, Pauline Ireland Carroll, Katrina and Larry Chamblee, Patsy and Charles Collat, Sallie and John Creel, Cameron and Derrill Crowe, Stewart Dansby, Sara Lynn and Fox deFuniak, Ed Dixon, Nancy Dunlap and Johnny Johns, Bill Edmonds, Marilyn and John Elmore, Ruth and Marvin Engel, Joe Farley, Della Fancher, Sara and Wayne Finley, Eddie Friend, Renitta and Jay Goldman, Betty Goldstein, Billie Grace and Henry Goodrich and Mike Goodrich.

And more were Jim Gorrie, Miller Gorrie, Troy Haas, Bill Harbert, Wyatt Haskell, Kirsten and John Hicks, Mary Lou and Raymond Ideker, Marie Ingalls, Ken Jackson, Rose and Jimmy Lee, Karen and Keith Lloyd, Debbie Long, Jill and Robert Luckie, Ocllo and Wallace Malone, Susan Matlock and Mike Calvert, Sarah and Jay McDonald, Ann McMillan, Ricky Miskelley, Gene Newport, Carol and John Odess, Jim Pittman, Margaret and Kip Porter, Charles Robinson, Merle and Paul Salter, Elton Stephens, trustee Cleo Thomas Jr., Glenda and Tom Thompson, Rae and Steve Trimmier, Lee Tucker, Sherri and Pete Van Pelt, Pam and Ed Varner, Frances Verstandig, Cameron Vowell, Mike Warren Jr., and Alice and Tom Williams.

**LOAD-DATE:** January 26, 2007

**LANGUAGE:** ENGLISH

**DY 595**

**PUBLICATION-TYPE:** Newspaper

Copyright 1999 The Birmingham News
All Rights Reserved

3 of 22 DOCUMENTS

Pittsburgh Post-Gazette (Pennsylvania)

October 3, 1999, Sunday, 31REGION 17 EDITION

# STONES ARE ON A ROLL AS ONE OF FALL'S HOTTEST JEWE

**BYLINE:** LAMONT JONES, POST-GAZETTE FASHION WRITER

STONES ARE ON A ROLL AS ONE OF FALL'S HOTTEST JEWE Pittsburgh Post-Gazette (Pennsylvania) October 3, 1999, Sunday,

SECTION: ARTS & ENTERTAINMENT, Pg. G-11

LENGTH: 906 words

Stones are on a roll as one of fall's hottest jewelry trends. Turquoise, onyx, amber and other precious and semiprecious stones in a rainbow of colors are showing up in necklaces, earrings, bracelets and pendants.

But they're not the only stars of the season. Faceted crystal, cut glass, iridescent pearls and beads of all varieties are countering dreary autumn days with glitter, glimmer, shimmer and shine.

They're also a great complement to the colorful, dramatic clothes of the season, a welcomed about-face after years of understated, borderline-boring jewelry.

"For a while there was nothing," says Judy Bailey, owner of Soho Sewickley, 408 Beaver St., which carries an array of jewelry accessories. "Now you're seeing a lot of larger pieces as far as necklaces are concerned with stones, pearls. And one isn't enough if you're doing bracelets. You pile them up. It makes a statement."

Making one of the strongest statements right now are power beads, also called karma beads. They're bracelets of about 20 beads, bound by elastic. Some are plastic, some wooden, but they come in various colors that represent concepts such as peace, love and happiness. Worn three or more at a time, they range from $ 6 to more than $ 20 and can be found at Kaufmann's, Lazarus, Claire's boutiques and some specialty stores.

A spin-off is a millennium bracelet by Stella Pace. It's made of clear rock crystal and etched with symbols of wealth, long life and happiness. Each bracelet comes in a container that resembles a petri dish and is available locally at Cheryl W, 5817 Forbes Ave., Squirrel Hill for $ 45.

"The jewelry now is really fun," says owner Cheryl Weissberg.  "It's different than it was six months ago. Jewelry hadn't changed for quite a while, now it's definitely changing. It's getting colorful."

And dazzling stones are a huge part of the color cornucopia. Charlie Wharton, an owner of North Carolina-based Starfire Designs, recently presented a breathtaking array of stone jewelry at a trunk show at Ruth Young. The store, in Shadyside Village on South Aiken, is the city's exclusive vendor of Starfire jewelry, which adorns celebrities such as Betty White and Crystal Gayle.

The precious and semi-precious stones in his bracelets, necklaces, collars, pins and clip and pierced earrings were collected from across the globe, from purple Russian charite to striped Zimbabwe zebrastone. Then they are cut, polished and set in sterling silver, yellow gold or white gold. The stones are as exciting to talk about as they are to look at: green jade from the Orient, black onyx from Mexico, pink-red marbled rhodochrosite from Congo, golden pyrite from Peru, lime citrine from Brazil, mesmerizing turquoise from New Mexico, Arizona and China.

"My job is to create something new every season," says Wharton, who worked in retail fashion for Jockey International, Neiman Marcus and Macy's before starting Starfire a decade ago with his wife, Jean. "This is my therapy. When we first started out, my wife and I found that as we traveled to these stores, our niche was fashion. Women wanted beautiful color stones, well done and of high quality, with their clothing. That's where we shine the best."

Turquoise is making a huge comeback this season. Valued for millennia by Native Americans, the stone is considered a summer look. Designers expected it to surge last spring, but instead it has taken off for fall, looking great with winter stones and faceted garnets.

"Turquoise is something that has been around since 5000 B.C., and it has always had sort of a magical aura about it," says Lynn Ramsey, president of the New York-based Jewelry Information Center, a trade association. "It's been thought to bring good luck."

Silver, a complementary companion of turquoise, remains big this season. Pretty, hand-hammered custom silver jewelry by Robert Lee Morris is available at Contemporary Concepts in Turtle Creek and Allison Park, as well as chic silver-and-turquoise accessories by Arizona-born Navajo designer Ray Tracey. Judith Jack's sterling silver necklaces and pins enhanced by marcasite and black onyx hearken back to the Art Deco era (available at London Dock in Fox

STONES ARE ON A ROLL AS ONE OF FALL'S HOTTEST JEWE Pittsburgh Post-Gazette (Pennsylvania) October 3, 1999, Sunday,

Chapel, Lintons in Squirrel Hill and Klafters in New Castle). And one-of-a-kind necklaces and bracelets of precious stones set in sterling by Arizona-based Mummy's Bundle are at Soho Sewickley.

New York designer Kenneth Jay Lane, in a stroke of convenience genius, added jeweled straps to a line of small handbags. The straps detach and double as necklaces. Of particular note is the model that has Swarovski crystals and baroque pearls. Find them at Rodeo Collection Ltd. shops in the Westin William Penn and Pittsburgh Hilton & Towers hotels.

But gold is not passe. Jewelers are still setting stones and jewels in white or yellow gold. Orr's, 5857 Forbes Ave., Squirrel Hill, has notable rings, bracelets and necklaces with multicolored inlaid stones on 14-carat yellow gold by Asch Grosbardt. David Yurman's dazzling "silver ice" collection, featuring sterling silver and 18-carat yellow gold in necklaces and bracelets, is also popular, says Jennifer Bametzrieder at Orr's.

Many women will find that they can put on some of the flashy jewelry they had put away in recent years.

"It's now, kind of, dig in your jewel box and get that stuff that was good 10 years ago," says Sewickley's Bailey. "And add to it."

**LOAD-DATE:** December 10, 1999

**LANGUAGE:** ENGLISH

Copyright 1999 P.G. Publishing Co.

4 of 22 DOCUMENTS

Women's Wear Daily Jewelry Supplement

May 1999

# The Brand Behemoth

**SECTION:** Pg. 36; ISSN: 0149-5380

**LENGTH:** 1035 words

**HIGHLIGHT:** David Yurman, a jewelry designer, is opening 16,000 sq ft store in New York City, NY industry sources put sales at over $350 mil/yr

David Yurman, a jewelry designer, is opening a two-floor, 16,000 sq ft store in New York City, NY, its first retail store, in 8/99. CEO David Yurman says that sales grew over 200% in the past year, and industry sources put sales at over $350 mil/yr. Sales growth was prompted by increased advertising. Women's jewelry alone exceeded $8 mil in 1998. The jewelry, known for its cable design, is sold in 415 doors in the US, with 80% of sales going to collectors, mainly 35-55 yr olds, although the 16-35-yr-old market produced sales growth, and accounted for 25% of customers. In 1999, Yurman will extend its watch and jewelry lines. Full text discusses product lines.

He's already an industry powerhouse, but David Yurman is just getting warmed up.

NEW YORK -- "We're not Kleenex or Xerox yet, but we are a recognized designer brand. Even the non-user knows what we are," quipped David Yurman.

A sweeping statement, to say the least, but one many in the industry would say is classic Yurman -- possessing a swagger that accurately conveys his unwavering belief in his company's point of view and potential.

DY 597

The Brand Behemoth Women's Wear Daily Jewelry Supplement May 1999

While conceding that the 21-year-old jewelry firm might not be as ubiquitous as Kleenex yet, one senses that Yurman sees that day in the not-too-distant future. And based on the company's recent performance and its plans for this year, it's no wonder.

In the last year alone, Yurman, chief executive officer, said the firm's business grew "over 200 percent," a figure that few, would consider less than stellar. In addition to new product, advertising, he confessed, was a significant factor in the surge.

"We advertised heavily, and I have to say that I now believe in it," Yurman said. While he declined to provide a volume, industry sources estimate the firm's annual sales are in excess of $350 million.

Currently, **David Yurman** jewelry -- known for its cable design -- is sold in 415 U.S. doors, and he claims it is also one of the most productive brands in the business.

"Our sales per linear foot average $50,000 to $60,000 annually, and as high as $150,000 in some locations," Yurman said. "Women's jewelry alone registered retail sales in excess of $8 million last year."

Yurman noted that the gold segment, launched in 1982, now accounts for roughly 25 percent of the firm's volume.

"It's a success story that has been nothing short of astonishing," said Tim Braun, fine jewelry buyer at Neiman Marcus, referring to the gold collection that he buys for Neiman's main stores and the retailer's new Galleries units. "Since mid-1998, we have more than doubled our business in the gold line. The emphasis they have put on gold, both in marketing and restructuring the business, has been a major help. There is more organization now, and they have put more people in charge of operations and specific areas."

photo omitted

Though the bulk of Yurman's sales are still in his classic sterling-silver cable and colored stone looks, Braun said the brand's potential is almost unlimited.

"There is still room to grow with Yurman," Braun stated. "We really believe that David can grow with new categories of merchandise. The past five years have elevated his presence among consumers. That will grow even more. We see the possibility of sterling silver and gold evolving further into plain gold and even platinum and gold. The customer already bought into [the concept] in casual with sterling silver, and now that customer has grown."

While Braun declined to say how Yurman's performance ranks among Neiman's vendors, he did say, "We've seen very successful growth with several of our vendors, and David Yurman surely ranks near the top in that list."

About 80 percent of **David Yurman** sales are to collectors, aged 35 to 55, who own five or more pieces, Yurman said. Recently, however, he said the company has noted a bump in sales to 16-to-35 year-olds. That segment now accounts for about 25 percent of the customer base, he said.

On tap for this year are product line extensions in both jewelry and watches, and the opening of the company's first retail store, at 729 Madison Avenue here, slated for this fall.

Yurman's popular "Silver Ice" collection, in sterling-silver cable and pave diamonds, is being expanded with "Blue Ice," featuring milky, blue chalcedony and diamonds, and "White Ice," in pearls and diamonds. Neiman Marcus has the exclusive rights to "Blue Ice" until August, when it will be rolled out nationwide.

The design of both lines illustrates how the company has streamlined its focus, from different colored stones per piece to a cleaner look with a single dominant color or stone. Consumers will now get the mix from piling on multiple pieces, creating built-in demand for additional purchases -- every retailer's dream.

At the recent Basel Fair, Yurman launched its first full-fledged watch line. The company first offered a women's watch in a cable cuff style, in 1995.

Rather than a single item, the new line, called Thoroughbred, is for men and women and comes in about 23 styles and two sizes. The Swiss-made watches in stainless steel and sterling silver have leather or alligator straps or a cable link bracelet.

Retail prices range from $1,800 to $2,900. And the projection for the watch segment is bullish.

# DY 598

The Brand Behemoth Women's Wear Daily Jewelry Supplement May 1999

"Within 18 months, we expect easily to have retail watch sales of $15 million to $20 million," said Yurman. "This is a bid for the brand. We really believe [watches] can deliver significant volume and have the ability to stand on their own."

photo omitted

The first David Yurman store will occupy a 16,000-square-foot, two-floor space at the corner of Madison Avenue and East 64th Street. It's slated to open in August. Roughly half of the space is basement and the remaining square footage is divided between a street level space for jewelry and a mezzanine that may be used as a gallery or additional merchandise. Yurman, who has produced belts and a few leather goods over the years, said he is considering whether to try it again. The gallery level could be a testing ground.

-- Wendy HessenCopyright 1999 Fairchild Publications, a division of Capital Cities Media, Inc.885

LOAD-DATE: January 14, 2005

LANGUAGE: ENGLISH

RDS-ACC-NO: 1997068

TYPE: Journal; Fulltext; Abstract

JOURNAL-CODE: WWDJEWES

Copyright 1999 Gale Group, Inc.
Business and Industry

5 of 22 DOCUMENTS

St. Louis Post-Dispatch (Missouri)

April 24, 1999, Saturday, FIVE STAR LIFT EDITION

# GIFT IDEAS FOR A SHOWER AND FOR MOTHER'S DAY

BYLINE: Barbara B. Buchholz; Post-Dispatch Special Correspondent

SECTION: LIFESTYLE, Pg. 3

LENGTH: 494 words

Q: I'm invited to a bridal shower luncheon in late spring. What suggestions do you have for the gift, and what should I wear?

A: First, regarding your outfit. You're always fine with a pretty summery dress, of which there are many in pastel colors this season, as well as in white when it gets closer to summer. Pair the dress with fancy sandals, mules or low heels, plus a hat if you like.

If you feel more comfortable in pants, select a dressier pair, and add a jacket and lightweight sweater shell underneath. Remember, all eyes will be on the bride-to-be.

For the gift, you can never go wrong with a basic cookbook, such as the first volume of "The Silver Palate Cookbook" (Workman Publishing) or even the classic "Mastering the Art of French Cooking," by Julia Child (Random House).

DY 599

GIFT IDEAS FOR A SHOWER AND FOR MOTHER'S DAY St. Louis Post-Dispatch (Missouri) April 24, 1999, Saturday, FIVE STAR LIFT EDITION

Or consider a subscription to some magazines for the home and hearth, a big clock for their kitchen wall, pretty soaps and monogrammed hand towels (ask about colors of one of their bathrooms), bottles of wine, or a gift certificate to a favorite restaurant.

Q: I want to give my mother-in-law something pretty to wear for Mother's Day but have no idea of her size.

A: A scarf always makes a safe gift. A beautiful Hermes scarf is timeless and combines colors so that your mother-in-law can use it with numerous outfits, says Karen Doll of Neiman Marcus.

Another idea is a piece of designer jewelry such as a bracelet or earrings by Stephen Dweck, who works with semi-precious stones, such as citrines, topaz and garnets and sets them in antique sterling or 18-karat gold. The items look undated and eye-catching. Also, consider David Yurman's jewelry, Doll says. He has introduced "silver ice," which mixes diamonds and sterling.

For a less expensive gift, consider David Linley's wooden designs, such as a doorstop and picture frame; the latter can be given with a picture of your family. Linley is the son of Princess Margaret.

If none of the above will please, there are always cosmetics, such as a nice powder, toiletries, bubble baths or nail polishes.

Many older women, however, find the best gift to be a beautiful card, a visit and the offer to run some errands.

Q: What's the current shape of wool pants for women?

A: Harlow pants have become popular at the more expensive level, says Tina Hodak, creative merchandising manager at Famous-Barr. This style has a flat front (no pleat), side zipper and full cut.

But don't think that's what you must wear, Hodak adds. Most pants are available in a variety of shapes, and you should buy what looks best for your figure. Many of the better sportswear designers show three styles of pants to go with a jacket for a suited look.

If you want to be really trendy for spring, try capri pants, which fall below the knee but not at the ankle. Capri pants are cut narrow, sometimes with a side button. Some manufacturers make their capris more akin to a pair of cut-off, cuffed, roomy khakis.

**LOAD-DATE:** April 24, 1999

**LANGUAGE:** English

**TYPE:** Fashion Q&A Column

Copyright 1999 St. Louis Post-Dispatch, Inc.

6 of 22 DOCUMENTS

Salt Lake Tribune (Utah)

April 4, 1999, Sunday

# BRACELETS TO DIE FOR & FASIONABLE

**BYLINE:** JOANN JACOBSEN-WELLS THE SALT LAKE TRIBUNE

**SECTION:** Sunday/Attitude; Pg. J8

**LENGTH:** 421 words

DY 600

BRACELETS TO DIE FOR & FASIONABLE Salt Lake Tribune (Utah) April 4, 1999, Sunday

Friends tease Kristin Kooyman that if she fell into deep water, she would sink.

And her mother Susan Kooyman could not save her.

The weight of the precious metals on the womens' arms would anchor them.

On dry land, however, their collections of designer bracelets have anchored their place in fashion.

"It's too hard to take them off and put them back on, so I shower with them. I sleep with them," said Susan Kooyman, whose addiction to silver was inherited from sister-in-law, Lisa Howa, who was armed in heavy metal before it was fashionable.

"But today the rule in fashion is how much metal can you lift," quipped Brian Criddle, a sales person at O.C. Tanner in downtown Salt Lake City. "We have a lot of sophisticated buyers who like the beefier look."

Kristin's weight in silver has increased steadily since Mom gave her her first silver bracelet designed by John Hardy and hand made in Bali. Three years -- and several special occasions later -- seven bold sterling silver John Hardy bracelets, plus a watch, are stacked three to four inches up her right arm.

Each link is unique.

"I took a photograph of the bracelets she already has so I don't buy another one with a duplicate weave," said Susan Kooyman, who too is near elbow deep in signature Hardy bracelets, David Yurman, New York City, and other artists. Some, including one Kristin designed, are two-toned.

"Many vendors are offering different styles in silver and gold and mixtures of the two so several metals can be worn together," Criddle said.

One such vendor is Chico's -- a national chain that set up shop in Crossroads Plaza, downtown Salt Lake City. A Chico specialty is affordable nickel-plated bracelets, cuffs, toggles and bangles -- in rope, nailhead, flower, and two-tone designs.

Some are engraved -- such words of wisdom as soul, inspire, spirit, trust, faith, dream, hope, peace, love, eternity and imagine.

"Our jewelry is designed in-house to complement Chico's clothing," said store manager Linda Peterson. "We receive new jewelry daily, and some of our customers stop every day to add to their collection."

Jane Burns of Virginia is a collector.

While attending a Salt Lake trade show, she sought out Chico's to add to her collection of 15 or so bracelets she wears on each arm.

The reason?

"I am pro self-adornment," Burns admitted. "It is addictive, but harmless."

Except to your wallet -- from David Yurman's $ 10,000 Silver Ice bracelets to the reasonable, $ 20, at Chico's.

**LOAD-DATE:** April 04, 1999

**LANGUAGE:** ENGLISH

**GRAPHIC:** Kristin, left, and Susan Kooyman make fashion statements with designer bracelets. Danny La/The Salt Lake Tribune

Photos by Leah Hogsten/The Salt Lake Tribune

AT TOP: Nickel-plated bracelets at Chico's in Salt Lake City start at about $20.

ABOVE: Malika Mokadem of Chico's models Indian cuffs.

DY 601

BRACELETS TO DIE FOR & FASIONABLE Salt Lake Tribune (Utah) April 4, 1999, Sunday

Copyright 1999 The Salt Lake Tribune

7 of 22 DOCUMENTS

Rocky Mountain News (Denver, CO)

December 24, 1998, Thursday,

# SOME LATE IDEAS FOR THE PANICKY

**BYLINE:** Suzanne S. Brown; Rocky Mountain News Fashion Editor

**SECTION:** MILE HIGHSTYLE; Ed. F; Pg. 3S

**LENGTH:** 417 words

Present tense: If you're reading this section, you've either finished your shopping or you're panicked and in need of ideas for high-fashion gifts. We're presuming the latter, so we called on the fashion directors at Neiman Marcus, Nordstrom and Saks Fifth Avenue for suggestions.

Nancy Husted of Neiman Marcus recommends these items:

For your four-legged friend: A quilted black dog leash from Chanel, $ 235.

For her:

* Any Chanel accessory, such as a scarf, sunglasses, wallet or handbag, $ 75 to $ 1,900.

* Prada accessories, including backpacks, $ 450 to $ 540, and leather bags, $ 700 to $ 1,200.

* David Yurman Silver Ice jewelry with pave diamonds, $ 495 to $ 7,000.

For him:

* Daniel Hanson gray cashmere robe, $ 1,500.

* Ermenigildo Zegna cotton pajamas, $ 240.

* Lora Piana cashmere scarf in various colors, $ 290.

* Borsalino black fedora, $ 212.

* Exotic skin leather belts, $ 295 to $ 315.

Here are the stylish picks of Darah Simper, Nordstrom fashion coordinator:

For him: Corneliania cashmere coat with placked front, black or chocolate brown, $ 895.

For her:

* Nordstrom brand cashmere wrap, black, ivory or brown, $ 298, in Women's Accessories.

* Yellow Box gray flannel platform flats with strap, $ 19.95 in Brass Plum shoe department.

* Cotton drawstring cargo pants by Mossimo, $ 54, Brass Plum.

* Dark denim straight leg jeans by Diesel Industry, $ 98, Savvy Department.

Janie Harrington, Saks Fifth Avenue fashion director, suggests:

For her:

DY 602

SOME LATE IDEAS FOR THE PANICKY Rocky Mountain News (Denver, CO) December 24, 1998, Thursday,

* Adrienne Landau's Mongolian lamb collar that attaches to a coat, sweater or suit lapels. It's 3 feet long, comes in black, silver gray or lavender and is $ 125.

* Heart-shaped, leopard pattern sachet pillow for bed or sofa, $ 30.

* A faux fur-trimmed umbrella, $ 125, by La Maison de la Fausse Fourrure.

For him:

* Brioni cashmere sport coat, $ 3,000.

* A gold and paisley patterned velvet vest by Marc Baxis, $ 145.

* Suspenders from the Saks Fifth Avenue collection, $ 75, or from Trafalgar, $ 140.

Keep on giving: If you receive gifts you don't need, there's an organization that can use them. Southglenn Mall once again is sponsoring the Late Christmas (TLC) and will be accepting gifts, gently used clothing and household items (no perishable food) from Saturday through Dec. 31. All items will be donated to the Salvation Army's Lambuth Transitional Center, which hosts families in need for up to six months. For more information, call (303) 795-0856.

**LOAD-DATE:** December 25, 1998

**LANGUAGE:** ENGLISH

**NOTES:** COLUMN

Copyright 1998 Denver Publishing Company

8 of 22 DOCUMENTS

The Dallas Morning News

November 18, 1998, Wednesday

# Fashion Week

**BYLINE:** Compiled by Linda Crosson

**SECTION:** FASHION!DALLAS; Pg. 2E; FASHION WEEK

**LENGTH:** 812 words

GUEST APPEARANCES

Author Annette Tapert - Wednesday 1 to 2 p.m., Neiman Marcus NorthPark, signing her new book, The Power of Glamour, in The Galleries.

Jewelry designer dian malouf - Thursday 10 to 6, Translations in Preston Center East, featuring a new collection with claret jaspers and golden citrines.

Jewelry designer Tiana - Thursday noon to 5, Bachendorf's Galleria, featuring the Dallas artist's pieces in 22k gold and platinum with diamonds and other stones. Also Friday noon to 5 at the new Bachendorf's Plaza at Preston Center store.

Jewelry designers Michele Quan and Robin Renzi - Friday and Saturday 10 to 6, Stanley Korshak in The Crescent, featuring their Me and Ro jewelry, in Accessories.

FASHION EVENTS

DY 603

Fashion Week The Dallas Morning News November 18, 1998, Wednesday

Mehndi demonstration - Wednesday 1 to 3 p.m., Whole Foods Market, 7205 Skillman Ave., featuring Sandhya Sreema decorating hands with henna. Cost is $ 10 for each side of the hand.

Cato store opening - Wednesday at Mockingbird Lane and Abrams Road, featuring girls' sizes 7 to 16 and women's junior, misses and plus sizes.

Aveda Lifestyle Workshop - Friday 6:30 p.m., Aveda Environmental Lifestyle Store in the Galleria, featuring Aveda cosmetic artist Khristopher O'Connor demonstrating fall and holiday makeup looks for both young and mature faces. Cost is $ 25; for more information or to register, call (972) 991-9490.

Benefit fashion show - Friday beginning at 7 p.m., at The Gold Bar. "Some Where Over the Rainbow" fashion show at 9:30, featuring designs by Antonio Wingfield, Andrea Terry, and Amy Ganison with L'etoile Children's Apparel. Including entertainment and a silent auction. Cover charge, $ 10, benefiting Booker T. Sparks School of Performing Arts.

Fashion show - Saturday 2 p.m., Macy's in the Galleria, featuring the I.N.C./International Concepts holiday collection. For reservations, call (972) 851-5095.

Fashion design exhibit - Monday 7 to 9 p.m., at the University of North Texas Union Gallery, 400 Avenue A in Denton. An opening reception for "Florence Malakar: Screen-printed Fabrics and Garments," a show of modern design based on ancient style, such as garments from Indian, Korean and Chinese cultures, and textile prints with religious, political and patriotic subjects. The exhibit continues thhrough Dec. 11. For more information, call the Union Art Center at (940) 565-3829.Sewing Guild meeting - Monday 7:30 to 9:30 p.m., at Bell's Bernina, 103 N. Sixth St., Garland, sponsored by the Garland neighborhood group of the American Sewing Guild and featuring a presentation on "Hand Picked Zipper Application" by Barbara Hasley. For more information, call (972) 405-8432.

TRUNK SHOWS

Harlan - Thursday through Saturday 9:30 to 5, Delann's, 6828 Snider Plaza, featuring colorful, coordinated sportswear for spring '99 designed by Andrew Morgan for Harlan.

Violet & Favourbrook, Sanders & Sanders - Thursday 10 to 6, Tootsies in the Plaza at Preston Center, featuring romantic, embroidered linen and velvet, and pashmina separates.

Luciano Barbera - Thursday and Friday 10 to 6, Stanley Korshak in The Crescent, featuring spring '99 couture.

Ulla Maija - Thursday and Friday 10 to 6, The Bridal Salon at Stanley Korshak in The Crescent.

St. John - Thursday and Friday 10 to 4, Neiman Marcus NorthPark, featuring spring 1999 and cruise collections, with informal modeling from noon to 3, in the Couture Salon.

Crystal - Thursday through Saturday 10 to 6, Lester Melnick Preston Royal, featuring hand-woven novelty jackets for resort and spring.

Jeffery Roberts - Friday 11 to 6, Yerxa Jewelry in Preston Center, featuring "floating diamond" necklaces.

**David Yurman** - Friday 10 to 4, Neiman Marcus NorthPark, featuring the Silver Ice collection, in Designer Jewelry. Also on Saturday 10 to 3 at Neiman's Prestonwood.

Bally of Switzerland - Friday 1 to 7 p.m., Nordstrom in the Galleria, in Men's Shoes.

Oscar Heyman - Friday and Saturday 10 to 4, Neiman Marcus NorthPark, in Precious Jewels.

Blair Delmonico - Saturday 11 to 4, Nordstrom in the Galleria, featuring evening jewelry, in Fashion Jewelry.

Perlina - Saturday 11 to 4, Nordstrom in the Galleria, in Handbags.

Imperial, Alwand Vahan - Saturday 11 to 6, Yerxa Jewelry in Preston Center, featuring fashion pearls and French classic apparel.

Tadashi - Saturday 1 to 4, Nordstrom in the Galleria, in Gallery.

Kenneth Cole - Saturday 3 to 5, Nordstrom in the Galleria, in The Rail.

COMING UP

DY 604

UNT Fashion Design Alumni Career Day - Dec. 2, at the University of North Texas. The department invites alumni to participate in the event and in a fashion show. For more information, call Adele Marshall at (940) 369-7239 or (214) 943-6331.

CONTINUING

Lalique jewelry exhibit - Dallas Museum of Art, Ross Avenue and Harwood Street, featuring the Art Nouveau ornaments of Rene Lalique, through Jan. 10.

**LOAD-DATE:** November 19, 1998

**LANGUAGE:** ENGLISH

Copyright 1998 The Dallas Morning News

9 of 22 DOCUMENTS

The Dallas Morning News

September 26, 1998, Saturday

# Lunch will be a historic occasion

**BYLINE:** Alan Peppard

**SECTION:** TODAY; Pg. 1C; ALAN PEPPARD

**LENGTH:** 680 words

Apparently, big-time award winners just can't say no to organizers of the Planned Parenthood of Dallas and Northeast Texas awards luncheon. Back in '96, Academy Award winner Tommy Lee Jones spoke at the gathering. Last January, Pulitzer Prize-winning author Frank McCourt (Angela's Ashes) was the featured guest. Now comes word that 1999 luncheon chairwoman Deborah Gunter has landed Pulitzer Prize winner Doris Kearns Goodwin to give the keynote address at the January event.

If you've watched any PBS documentary, whether on baseball or LBJ, chances are you've seen Ms. Goodwin giving the historical perspective. The Harvard Ph.D. won her Pulitzer for the book No Ordinary Time, Franklin and Eleanor Roosevelt: The Home Front During World War II.

Also at the luncheon, longtime Planned Parenthood supporter Margaret Hunt Hill will receive the organization's Gertrude Shelburne Humanitarian of the Year Award.

Back to Bush league

Former President George Bush is not a man to forget a commitment, especially to Houston's M.D. Anderson Cancer Center. With his schedule, it may take him a few years to fulfill it. But if he said he'd be there, you can take it to the bank.

Three years ago, Mr. Bush was supposed to appear with his wife at Dallas' annual Conversation With a Living Legend luncheon benefit for M.D. Anderson. When Israeli Prime Minister Yitzhak Rabin was assassinated, however, he had to let Barbara Bush come to Dallas solo while he flew to the Middle East for the funeral.

Fort Worth social mover Kit Moncrief phones to say that Mr. Bush has committed to be the guest of honor at the 1999 Conversation With a Living Legend luncheon next fall. The Houston-based former chief executive will make a nice bookend to the luncheon's series of Gulf War principals.

DY 605

Lunch will be a historic occasion The Dallas Morning News September 26, 1998, Saturday

On Tuesday, Colin Powell, former chairman of the Joint Chiefs of Staff, will be the feature attraction at the '98 Living Legend luncheon (which Ms. Moncrief is chairing). Two years ago, Gen. Norman Schwarzkopf was the living legend and two years before that it was former British Prime Minister Margaret Thatcher.

Playboy search in Dallas

As the end of Moral Decay Month in America nears, it should be noted that Playboy magazine is halfway through its cross-country trek to uncover (literally) the Playmate of the Millennium. On Monday, the Playboy researchers hit Dallas, where they will set up camp at the Westin Galleria and start interviewing Playmate wannabes.

In its unabashed capitalistic way, the magazine is offering the key incentive to help your morals decay: lots of money. Instead of the customary $ 25,000 Playmate of the Month modeling fee, the January 2000 playmate will get a whopping $ 200,000. Scratch like that can buy a lot of tanning sessions.

If you don't get picked as the one, don't despair. They're also searching for Playmate of the Month models. "Dallas is our 25th city," says Playboy's special projects publicist, Karen Ring Borgstrom. "So far, we've seen about 8,000 women. We expect to see 14,000 by the time we're done."

Want to go for the $ 200,000 brass ring? Make an appointment by calling the Playboy folks Monday, Tuesday or Wednesday (not a day before, not a day after) at the Westin Galleria at (972) 934-9494 and ask for the Playboy suite.

Ticket to ride

Neiman Marcus has assembled a dream trip to New York worth $ 65,000 to be given away at next month's Susan G. Komen Breast Cancer Foundation's National Awards Luncheon.

Komen is selling $ 200 chance tickets for the package, which includes a day of beauty with superstar hairdresser Frederic Fekkai (former client, Hillary Rodham Clinton), an evening gown from Michael Casey, custom-made shoes from Manolo Blahnik, dinner at Matthews, bracelet and earrings from David Yurman's Silver Ice collection, intimate apparel from La Perla, a year's worth of hosiery (365 pairs) from Donna Karan, a suit from Carolina Herrera, an alligator Gucci handbag, his and hers Louis Vuitton duffel bags, a week at the Canyon Ranch Spa and on and on. Not bad loot for a $ 200 investment.

**LOAD-DATE:** September 27, 1998

**LANGUAGE:** ENGLISH

Copyright 1998 The Dallas Morning News

10 of 22 DOCUMENTS

Town & Country

March 1, 1998

# Spring forward: from acquamarines to briolettes, the latest - and greatest - of the season's jewelry.

**BYLINE:** Okun, Stacey

**SECTION:** Pg. p82(2) Vol. V152 No. N5214 ISSN: 0040-9952

**LENGTH:** 977 words

**ABSTRACT**

DY 606

Spring forward: from acquamarines to briolettes, the latest - and greatest - of the season's jewelry. Town & Country
March 1, 1998

Spring 1998 brings out new pieces of jewelry shown in a variety of jewelry stores across the nation. Gioia is displaying new diamond and sapphire jewelry in its store on Park Ave, New York City, NY. Jewelrydesigner Martin Katz is well known among Hollywood celebrities.

From aquamarines to briolettes, the latest--and greatest--of the season's jewelry.

Great Gioia
Gioia, the Italian word for both joy and jewel, is a fitting name for a new jewel box on Park Avenue. The store's big draw is a collection of one-of-a-kind diamond-and-sapphire pieces created in Paris exclusively for Gioia. "We are trying to return to the art jewelry of the 1920s--not in terms of style, but in terms of individuality and spirit," says Pafaela Amini, the store's owner. Gioia will also feature the work of designer Pasquale Bruni. 485 Park Avenue, NYC; (212) 223-3146.

White Hot
For years, the Savitt sisters of M+J Savitt--designers Janis and Michelle, with Wynne taking care of the business--have been creating simple, pretty jewelry, with pearls and colored stones, that women love to buy for themselves. Now, Janis has branched out on her own with a stunning collection of white-gold, platinum and diamond jewelry sold exclusively at Bergdorf Goodman. "I love this collection because these pieces are luxurious yet delicate and simple to wear," she says. Dainty diamond hoops, bangles and single-stone

DY 607

Spring forward: from acquamarines to briolettes, the latest - and greatest - of the season's jewelry. Town & Country
March 1, 1998

necklaces are eminently
wearable (and
surprisingly affordable);
other unique
pieces include a
long diamond necklace
with a horizontal
bar of diamonds hanging
from it ($2,000; right)
and a diamond star necklace.
Prices from $550 to $9,000.
    Marine World
"Jewelry just comes
alive when an aquamarine
is a part of it,"
says designer Chan
Lim, one of many
Jewelers who have been
attracted to the vivid
sky-blue stone this
season. (The gem also
can be found in the
various colors of the
ocean, from pale green
to almost transparent
with just a touch of
blue.) "There is such
personality in the color
and the organic shape
of the stone," says
Luu. "It's magical."
(Also see "Blue
Lagoon.")
    Epic Jewelry
"We have always been
drawn to the images
of ancient Greece and Rome"
says Carol Seiden
of the design
team Seiden-Gang.
"They have a sense of
mystery and classic beauty
that appeal to us." For
the past twelve years,
Seiden and her partner
and best friend Carolyn
Gang have created
stunning jewelry of
18-karat "green" gold
that tells, earring by
earring, bits and pieces
of classical myths.
Now, in collaboration with
jeweler Yves Karnioner,
they've created the
Odyssey Collection,

DY 608

Spring forward: from acquamarines to briolettes, the latest - and greatest - of the season's jewelry. Town & Country
March 1, 1998

earrings, rings, brooches
and bracelets that feature
mythological figures
sculpted into the
gold and accented with
diamonds. The collection's
signature brooch
($4,060; see previous
page) features a god
granting wishes on the
wings of an eagle.
"Using ancient images
in modern jewelry," says
Gang, "has allowed us
to link current style
with the enduring legacy
of the past." Available
at Neiman Marcus
and Saks Fifth Avenue.
     Long Running Katz
Martin Katz
has become quite a
celebrity in Hollywood
--and he's never even
been on-screen. His
jewelry has, though, thanks
to Hollywood's leading
ladies, including Nicole
Kidman
and Sandra Bullock,
who have borrowed his
beautiful baubles to
wear on such occasions
as Oscar night.
Katz's private showroom
features antique jewelry
(his favorite
eras: Art De
and Edwardian)
as well as his
own line of contemporary
platinum-and-gemstone
jewelry. Although most people
know him through the
celebrities who borrow
his gems (since lending
jewelry to Sharon Stone
for the premiere of
Sliver in 1993, he has
outfitted dozens
of film stars), it is
his loyal (and not
so famous) chentele
that keeps
his passion alive.
"I'm thankful for

DY 609

Page 19
Spring forward: from acquamarines to briolettes, the latest - and greatest - of the season's jewelry. Town & Country
March 1, 1998

the celebrity
factor, but I really
enjoy meeting the
client--any client--and
finding the piece of
jewelry that is right
for her," says Katz.
Stay tuned to the
Oscars (March
23)--you can be
sure there will
be some repeat
Katz performances.
(310) 276-7200.
     Drop Outs
Briolettes--faceted,
teardrop-shaped gemstones
that dangle subtly
from a piece of
jewelry--have suddenly
become a popular
accent on earrings
and necklaces. "They
may look modern
right now," says
jewelry designer Mallary
Marks, who loves to
add briolettes to
designs such as her
"Boa" necklace, pictured
at center ($8,580;
at Barneys New York
and Ultimo), "but
they are commonly
found in antique and
ethnic jewelry. In fact,
the emphasis on
ethnic/Indian jewelry in
recent seasons has
focused more attention
on creating new
jewelry with briolettes."
Since briolettes are not
set into metal, they float
freely on jewelry,
giving the
pieces an organic
feel. "I love them,"
adds Marks, "because
they make anything
look new and different."
     The Clasp Concept
"This is a new way of
looking at jewelry," says
designer Teresa Katz
of Studio Karu, an

DY 610

Spring forward: from acquamarines to briolettes, the latest - and greatest - of the season's jewelry. Town & Country
March 1, 1998

innovative new jewelry
collection featuring
eye-catching clasps
made from high-quality
stones (citrines,
aquamarines, peridots,
amethysts and golden pearls,
just to name a few) that
can be worn alone as
brooches--or latched
onto corresponding
necklaces, bracelets and
even belts. Says Katz:
"The clasp concept
is a way of changing a
piece of jewelry as your
lifestyle changes." Prices
from $650 to $8,600;
at Saks Fifth Avenue.
  RELATED ARTICLE: Cable Ready
David Yurman collectors,
take note. There's a new
addition to his trademark
Cable Collection: Silver Ice,
eighteen pieces (including
bracelets, necklaces, earrings,
pendants, rings ad watches)
made in sterling silver with
diamonds set in 18-karat
gold. "This is day-to-night
jewelry," says Yurman, who
created the line for his wife
Sybil, who wanted something
she'd be comfortable
wearing "both in a swimming
pool or at a black-tie affair."
Prices from $700 to $7,000.
Silver Ice will be sold exclusively
at Neiman Marcus.

**LOAD-DATE:** March 13, 2008

**LANGUAGE:** ENGLISH

**ACC-NO:** 20366921

**GRAPHIC:** photograph
illustration

DY 611

**PUBLICATION-TYPE:** Magazine

**JOURNAL-CODE:** 1541 ASAP

Copyright 1998 Gale Group, Inc.
All Rights Reserved

Page 21

Spring forward: from acquamarines to briolettes, the latest - and greatest - of the season's jewelry. Town & Country
March 1, 1998

ASAP

Copyright 1998 © Hearst Communications, Inc. All Rights Reserved

11 of 22 DOCUMENTS

The Atlanta Journal and Constitution

December 31, 1997, Wednesday, ALL EDITIONS

# Confident, but not spending;
# Retailers see little joy in sales numbers

**BYLINE:** Mickey H. Gramig; STAFF WRITER

**SECTION:** BUSINESS; Pg. 01C

DY 612

**LENGTH:** 585 words

The ghost of Christmas past stole the show this holiday season, leaving retailers with lackluster sales results for the third year in a row.

"It was a great Christmas for shoppers, and a so-so Christmas for retailers. Instead of ho-ho-ho, it was ho-hum," said William Ford, chief economist for TeleCheck Services, which reported a 2.2 percent nationwide increase in retail sales during the monthlong spending spree that kicked off with the three-day Thanksgiving weekend.

Atlanta's 3.4 percent sales increase was one of the country's best, and Georgia, which posted a 2.9 percent increase, also outperformed the national average, according to TeleCheck figures.

Weak sales figures have been trickling in throughout the holiday blitz, which, for many retailers, accounts for up to one-third of annual sales and half of annual profits. In the final days before Christmas, many analysts and retailers began backing off earlier predictions for a bang-up holiday, with sales increases of up to 9 percent.

Most retail companies will report December sales results Jan. 8, and U.S. Department of Commerce figures, considered the final word, will be released in a couple of weeks.

Judging from the findings of TeleCheck and other major industry trackers, however, retailers will remember the season as the third bah-humbug holiday in as many years.

Ford, former president of the Federal Reserve Bank of Atlanta, said the industry shouldn't walk away with heavy losses because wholesale buying prices are lower than a year ago, allowing deep discounts on the sales floor without a huge impact on profit margins. In addition, a flat inflation rate in the retail sector means that the gains, though small, won't need a major adjustment to account for inflation, he said.

"All of the gain was real," Ford said.

TeleCheck's survey compared the dollar volume of checks written at more than 27,000 stores, the same base of stores used in last year's survey. Checks account for 37 percent of retail spending, according to TeleCheck, a subsidiary of First Data Corp.

The International Council of Shopping Centers reported a 2.3 percent sales gain, using its database of 49 malls across the United States. The survey measured sales at more than 2,500 stores, though it doesn't include department stores and other mall anchors.

Some of the biggest winners are thought to be upscale retailers, discounters and nontraditional holiday gift sellers, such as travel agents and spas.

Page 22

Confident, but not spending;Retailers see little joy in sales numbers The Atlanta Journal and Constitution December 31, 1997, Wednesday,

"It's that whole sort of move away from acquisition toward experiencing things," said Phil Kowalczyk of Atlanta-based Kurt Salmon Associates, a retail consulting firm.

Spa Sydell, with four locations in Atlanta, saw a 50 percent spike in December business compared with last year, said Richard Harris, president of the 15-year-old Atlanta-based company.

Neiman Marcus also had sales that were above expectations, said spokeswoman Amy Doelling.

"The luxury items have been our biggest sellers," she said, pointing out that the David Yurman Silver Ice jewelry collection, with prices ranging from a $ 900 bracelet to a $ 7,000 watch, was quite a hit at the company's Lenox Square store.

Visa may end up with the best results. The credit company saw a 16 percent increase in holiday transactions, with customers ringing up nearly $ 36 billion in retail sales during the period.

MORE FOR WEB USERS
TeleCheck Services: http://www.telecheck.com
International Council of Shopping Centers: http://www.icsc.org

**LOAD-DATE:** January 1, 1998

DY 613

**LANGUAGE:** ENGLISH

Copyright 1997 The Atlanta Constitution

12 of 22 DOCUMENTS

The Houston Chronicle

December 27, 1997, Saturday 3 STAR EDITION

# Memories of gifts that sold at Xmas fast;
# Cold Mountain was hot, as were Ernie, Chaos

**SOURCE:** Staff

**BYLINE:** GREG HASSELL

**SECTION:** BUSINESS; Pg. 1

**LENGTH:** 745 words

Academy Sports and Outdoors,While Houston retailers are trying to figure out what went right and what went wrong with Christmas 1997, they're thanking their lucky stars for those best sellers that really made cash registers ring.

From Sing & Snore Ernie to the hit book Cold Mountain, there was something for every type of store - and shopper - to cheer about.

What follows is a list of some of the most wanted gifts from stores around town.

Academy Sports and Outdoors, Houston-based chain of sporting goods stores.

Beginner golf sets, especially the Delta Jr. All American Set for $ 79, including bag.

Magellan Global Positioning System, hand-held navigator used for hunting and fishing, $ 249.

Memories of gifts that sold at Xmas fast;Cold Mountain was hot, as were Ernie, Chaos The Houston Chronicle
December 27, 1997, Saturday

Brass Eagle Semi-Automatic Paintball Gun, $ 94.99

Child's Play a toy store at 12506 Memorial Drive.

Nilo Table and Board, a playtable often used for toy train sets. Table costs $ 199.99 and board is $ 80 extra.

Fantasy Fish for $ 24.99. A glass bowl with toy fish that "swim" under the power of magnets.

Chaos, a Rube Goldberg contraption that players construct and use to guide balls through a maze of obstacles. $ 129.99

Beanie Babies, the craze lives on. $ 6.

Foley's, Houston's home-grown department store chain.

Anything emblazoned with Winnie the Pooh, especially a fleece throw priced at $ 12.99 with a $ 50 purchase. A quick sell-out.

Sound Spa Deluxe by Homedics, $ 49.99. An electronic device that makes a variety of relaxing sounds, such as an ocean wave, mountain stream or spring rain.

Aroma Sphere, also by Homedics, $ 39.99. An aromatherapy diffuser able to fill a room with the scents of lavender, sage, lemon grass and other spices.

Fossil multi-function watches that display time, day, date and phase of the moon. $ 85 to $ 115.

Neiman Marcus, legendary Texas retailer with two upscale stores in Houston.

Jewelry by **David Yurman,** especially his Silver Ice Collection. Made with 18 carat gold, silver and diamonds, prices range from $ 650 to $ 3,000

River Oaks Book Store, one of the few independent booksellers left in Houston.

Cold Mountain by Charles Frazier was a runaway favorite among fiction titles. Based on family stories passed down by the author's great-great-grandfather, Cold Mountain is the tale of a wounded soldier who walks home from the ravages of the Civil War. $ 24.

Citizen Soldiers by Stephen E. Ambrose. This history of World War II captured the non-fiction readers. A grunt's-eye view of the European campaign to Germany's surrender in 1945. $ 27.50.

The Texas Cowboys, a coffee-table book featuring the stories and images of more than 150 range riders. Writer Tom B. Saunders and photographer David Stoecklein spent four years tracking cowboys as they worked on ranches from dawn to dusk. $ 60.

Saks Fifth Avenue, luxury retailer with opulent new location in The Galleria and a store at Town & Country Mall.

Cashmere sweaters, predominantly with Saks label. Prices range from $ 150 to $ 600.

Sharper Image, unique gift store that resembles a playground for adults.

Lunker Bass, an electronic fishing game that allows player to simulate the feel of casting, hooking and netting fish. Player must use a normal casting motion and the reel shakes when a fish "bites." $ 30.

Emiglio, a little robot that carries a serving tray. Powered with a remote control, Emiglio also can pass along his owner's spoken comments. $ 149.

Corby Digital Pants Press from England. Device lets owner insert pants and walk away. $ 329.95.

Spec's Liquors, downtown warehouse is a cornucopia of good spirits.

Crown Royal gift pack with 750 milliliters of Canadian whiskey and two glasses. $ 17.74.

Red and white wines bottled to celebrate the 200th Anniversary of vintner Louis Latour. $ 9.99 per bottle.

Half-pound of Godiva Chocolates in Christmas wrap. $ 20.

Beer gift box packaging 20 imported and micro-brew beers, $ 29.95.

Target, general merchandise discounter.

DY 614

Memories of gifts that sold at Xmas fast;Cold Mountain was hot, as were Ernie, Chaos The Houston Chronicle
December 27, 1997, Saturday

The hottest toy of 1997, Sing & Snore Ernie, was a best seller at Target, too. At 29.99, stocks were depleted early, and numerous shoppers called daily to see if new shipments had arrived.

Sony Playstation, a video-game station that offers players 360-degree movement and 3-D perspective. $ 149.99.

George Foreman Grill. Nothing motivates Target shoppers to go out and grill some meat quite like an endorsement from Houston's own prizefighter. The electric table-top grill sells for $ 59.99.

LOAD-DATE: December 28, 1997

LANGUAGE: ENGLISH

Copyright 1997 The Houston Chronicle Publishing Company


13 of 22 DOCUMENTS


The Star-Ledger (Newark, New Jersey)

December 21, 1997 Sunday
FINAL EDITION

# We're making our list

BYLINE: Jenifer D. Braun, STAR-LEDGER STAFF

SECTION: ACCENT/STYLE; Pg. 3

LENGTH: 287 words


Dear Santa: I've been so very good this year, you just wouldn't believe it. I've been sweet and polite to everyone - including squeegie guys, the state trooper who gave me a ticket and my mother. I've mentored and volunteered. I've kept my room clean. I haven't eat a piece of chocolate since July. Can't you see your way clear to tucking one of these into my stocking?

Christmas presence

One of today's most imitated jewelry designers, David Yurman, has taken his mixed-media pieces to new heights of luxury with his Silver Ice collection, made of silver, 18 karat gold and diamonds. Prices for pieces in the collection range from $600 to $6,000. At Neiman Marcus stores. (Like I told you, Santa, I was really good this year.)

Bouquet de Parfums Fiori are tiny, smoked-glass flowers; in the corolla of each flower is a frosted-glass spray perfume (which is detachable). Nine different- colored Fiori contain the perfume of nine different flowers. Each flower is $25; available at select Nordstrom stores or by calling (800) 365-3958.

Used to be, you wanted a radical haircut, you just had to do it and hope for the best. Now, the "Cosmopolitan Virtual Makeover CD-ROM" lets you try haircuts and colors, shaped eyebrows and lots of Cover Girl makeup, in cyberspace. The software works with a digital picture of you - or you can play around with sample heads provided; $40, at software stores.

A sheer silk scarf covered in patterns made from intricate hand beading, in red, black or ivory; $68, at Bloomingdale's, Short Hills.

The Faberge Parfum Imperial collection. As luxe as perfume gets, the crystal egg holds a two-ounce flacon of perfume; $3,000. Pedestal bottles (not shown) start at $750. At Neiman Marcus stores.

DY 615

We're making our list The Star-Ledger (Newark, New Jersey) December 21, 1997 Sunday

LOAD-DATE: April 18, 2007

LANGUAGE: ENGLISH

PUBLICATION-TYPE: Newspaper

JOURNAL-CODE: nsl

Copyright 1997 Newark Morning Ledger Co.
All Rights Reserved

14 of 22 DOCUMENTS

The Washington Times

December 19, 1997, Friday, Final Edition

# Sparing no expense;
# N.Y. shoppers spend big at tony boutiques

BYLINE: Anne Marriott; THE WASHINGTON TIMES

SECTION: Part B; BUSINESS; Pg. B11

LENGTH: 794 words

DATELINE: NEW YORK

NEW YORK - Spending a day browsing, much less buying, at the stores along Fifth Avenue is nothing more than a pipe dream for most Christmas shoppers.

But with the economy booming and the stock market healthy this holiday season, the rich are sparing no expense in the exclusive stores that line the legendary shopping avenue.

Customers are snatching up everything from $185 sterling silver cuff links to $30,000 alligator suitcases at the upscale Asprey boutique this Christmas season, said Victoria Knight, a spokeswoman for the New York store.

Other favorites include $750 silver martini goblets, $250 crystal vases and $90 dice and card sets.

"Most of our customers are well-to-do people," Miss Knight said of the people hovered over the jewelry cases on the first floor of the shop. "They usually are not your average people walking down Fifth Avenue."

Sterling candlesticks, trays for tea services and antique serving sets are among the more popular choices for customers at the Fortunoff store.

"Men will buy coffee and tea services for their wives for anywhere from $10,000 to $25,000," said manager Michelle Amiel. "There are lots of people from all across the country stopping by."

All of this free-spending among the wealthier class comes during a holiday season when industry surveys say the average consumer will spend anywhere from $500 to $1,000 total on gifts for family and friends for Christmas and Hanukkah.

Some New Yorkers pulled out their checkbooks; others unrolled bundles of cash. Most shoppers, however, slid their gold and platinum cards out of their wallets to pay for anything from $30 boxer shorts to $500 candlesticks.

Sparing no expense;N.Y. shoppers spend big at tony boutiques The Washington Times December 19, 1997, Friday, Final Edition

People waited in long lines outside the legendary FAO Schwartz store on Fifth Avenue.

"It's been a great day, but it's been very busy," said Dianne Rochette, a grandmother who traveled from Connecticut to spend a day shopping with her grandson Stephen.

Although clearly taken by one of FAO Schwartz's stuffed lions, Stephen said he was really more interested in all of the new computer games that came out this year.

One customer didn't hesitate in the stuffed-toy department, cheerfully producing his gold MasterCard to pay the $250 tab for a Steiff teddy bear.

A little farther down the street, couples bundled in mufflers and down jackets window-shopped at the Cartier store, while the wealthier shoppers avoided the cold and cruised up and down the strip in black limousines.

People pored over the prewrapped gifts tables at the packed Saks Fifth Avenue store just up the street. Trying to navigate through the dense crowds of time-pressed customers was tougher than getting across the 14th Street Bridge.

"We won't spend a dime," said Danielle Cairo, 18, who rummaged through the stack of Ralph Lauren Polo sweaters in the men's department of the Saks Fifth Avenue store. "Dad gives us money for Mom, and Mom gives us money for Dad."

Women with their white-blond hair swept up into buns pushed through the racks of holiday dresses, which were specially priced at about $500 apiece.

Despite all of the high-priced boutiques along Fifth Avenue, there are still some places where consumers with lower holiday budgets can shop.

Everyone from people who live down the street to tourists in town from California have stopped by the Niketown store since Thanksgiving to pick up a stocking stuffer or just to take a look at some of the sports memorabilia.

"It's been crazy this month," said Terry Smith, a sales associate at the Niketown store. "People are spending anywhere from $6 to the thousands."

Shoppers were more interested in having their pictures taken with a life-size Shaquille O'Neal on the first floor of the Warner Brothers store than they were in picking up Bugs Bunny boxer shorts.

But upstairs gift hunters plucked everything from oversized coffee mugs to Tweety Bird sweat shirts off the shelves. One woman from the Bronx said she had no names to check off her list - she came to Manhattan to shop for herself.

"I'm just looking around because it's fun," she said.

****CHART

EXTRAVAGANT GIFTS BACK IN VOGUE

Expensive presents make their first comeback since the 1980s:

Store>>>>>>>>>Hot-selling>gift>>>>>>>>>>>>>>>Cost

Asprey>>>>>>>>>alligator>suitcase>>>>>>>>>>>>>>>$30,000

,>>>>>>>>>>>>>>>sterling>silver>cufflinks>>>>>>>$185

Cartier>>>>>>>>Tank>Francaise>watch>>>>>>>>>>>>$2,300-$66,500

Coach>>>>>>>>>>shearling>men's>coat>>>>>>>>>>>>>$1,800

,>>>>>>>>>>>>>>>Cabin>Bag>>>>>>>>>>>>>>>>>>>>>>>$618

FAO>Schwartz>>>Steiff>teddy>bear>>>>>>>>>>>>>>>$250

Fortunoff>>>>>>silver>tea>set>>>>>>>>>>>>>>>>>>$25,000

Neiman>Marcus>>Daniel>Hanson>cashmere>robe>>>>>$1,088

,>>>>>>>>>>>>>>>David>Yurman>Silver>Ice>ring>>>>$750+

DY 617

Sparing no expense;N.Y. shoppers spend big at tony boutiques The Washington Times December 19, 1997, Friday, Final Edition

LOAD-DATE: December 19, 1997

LANGUAGE: ENGLISH

GRAPHIC: Photo, Shoppers crowd into New York's Rockefeller Plaza last weekend. City merchants say high-priced items are selling well., By AP; Chart, EXTRAVAGANT GIFTS BACK IN VOGUE, By The Washington Times

Copyright 1997 The Washington Times LLC
All Rights Reserved

15 of 22 DOCUMENTS

News & Record (Greensboro, NC)

December 14, 1997, Sunday, ALL EDITIONS

DY 618

# BIG HOLIDAY SPENDERS OUT IN FORCE

**BYLINE:** BY RACHEL BECK; Staff Writer

**SECTION:** BUSINESS, Pg. E4

**LENGTH:** 509 words

**DATELINE:** NEW YORK

Thanks to the booming economy and stock market, upscale stores thrive. --------------------

Carol Schwartz has a holiday gift list fit for a king.

"My daughter wants a Gucci bag, my husband wants a fancy humidor for cigars," said Schwartz, while strolling along Fifth Avenue. "I'm asking Santa for a Judith Leiber bag."

And what does she plan to spend on these gifts? "Around $ 6,000, maybe even more," she said with a smirk.

With this year's booming economy and climbing stock market, big spenders are out in force this holiday season. Not since the 1980s, when shoppers fawned over fancy cars and pricey jewelry, has high-end merchandise been in such demand.

That's pleasing upscale retailers that attract only the most affluent shoppers.

"There is a gold rush fever in this country," said Alan Millstein, editor and publisher of the Fashion Network Report. "There's a lust for luxury products that borders on the obscene."

Cartier can't stock enough of its Tank Francaise watches, which begin at $ 2,300 and go as high as $ 66,500. Neiman Marcus is selling lots of Daniel Hanson cashmere robes for $ 1,088 and David Yurman Silver Ice rings beginning at $ 750.

Anything with a Gucci, Prada or Chanel label is flying off shelves, especially handbags and other accessories.

"In the early 1990s, you hid your wealth," Millstein said. "Now, everyone wants their friends and neighbors to know that they've hit the jackpot."

Tony retailers began their comeback last year after a mostly quiet decade. The stock market collapse in 1987 and the recession that followed prompted shoppers to watch their spending.

Page 28

BIG HOLIDAY SPENDERS OUT IN FORCE News & Record (Greensboro, NC) December 14, 1997, Sunday,

Retailers report many shoppers are even more extravagant this year. They've been buoyed by the surging stock market, where the Dow Jones industrial average, despite several big setbacks, has risen more than 20 percent this year.

"There's been an absolute pickup in our most premier products," said Lew Frankfort, chairman and chief executive of Coach, the leather goods manufacturer.

Among the most popular Coach gifts is its Cabin Bag for $ 618 and the shearling men's coat for $ 1,800, which Frankfort says they "can't keep in stock."

At the Aaron Faber Gallery on Fifth Avenue in midtown Manhattan, platinum, diamonds and fine watches are among the top sellers this Christmas. One customer paid nearly $ 160,000 for the Petek Phillipe Reference 5004, a perpetual mechanical calendar.

Owner Edward Faber said his customers buy both gifts for others and for themselves, and most are looking for top quality, willing to spend more if they feel it will last.

"Many feel that they've made money in the market and this is their reward," he said.

During a trip to Garden State Plaza mall in Paramus, N.J., Teresa Smith spent most of her day shopping at Neiman Marcus and Nordstrom department stores.

"This year, I'm going over the top a bit," Smith said. "But it's been a very good year and that means we can afford some of the finer things in life."

**LOAD-DATE:** December 23, 1997

**LANGUAGE:** ENGLISH

Copyright 1997 News & Record (Greensboro, NC)

16 of 22 DOCUMENTS

The Commercial Appeal (Memphis, TN)

December 12, 1997, FRIDAY, FINAL EDITION

# RETAIL - UPSCALE SHOPS HIT A GOLD VEIN AS ECONOMY SPURS BIG SPENDERS

**BYLINE:** Dewanna Lofton The Commercial Appeal; The Associated Press contributed to this report.

**SECTION:** BUSINESS, Pg. B5

**LENGTH:** 849 words

With this year's strong economy and climbing stock market, big spenders are out in force this holiday season.

That's pleasing upscale retailers who attract the more affluent shoppers.

"The upscale lines are really driving our business," said Bill Levy, president of Oak Hall, located in The Regalia shopping center on Poplar Avenue.

"Our sales were up 15 percent in November. And we are expecting December to be as good. People want personalized service, quality merchandise and are willing to pay a little more for merchandise that lasts longer."

DY 619

Page 29

RETAIL - UPSCALE SHOPS HIT A GOLD VEIN AS ECONOMY SPURS BIG SPENDERS The Commercial Appeal (Memphis, TN) December 12, 1997, FRIDAY,

Not since the 1980s, when shoppers fawned over fancy cars and pricey jewelry, has high-end merchandise been in such demand.

"The economy is good and people are in the holiday spirit," said Elizabeth Galfsky, owner of Elizabeth Edwards, a women's boutique that specializes in St. John knits. A short skirt alone goes for about $ 230. Add a matching top for $ 360.

"We're selling a lot of these to husbands to give to their wives for Christmas," Galfsky said. "We're having a fabulous Christmas."

Some of the most popular and pricey Christmas gifts at Oak Hall this year are the Hermes of Paris ties and scarves that range from $ 120 to $ 185, cashmere coats that go for between $ 1,000 and $ 1,700, and $ 125 alligator skin belts.

"We've also been selling 150 to 200 pair of Ballin microfiber ($ 125) slacks a month and we'll probably sell more than that during Christmas," Levy said.

Around the country, retailers such as Cartier in New York can't stock enough Tank Francaise watches, which begin at $ 2,300 and go as high as $ 66,500. Neiman Marcus is selling lots of Daniel Hanson cashmere robes for $ 1,088 and David Yurman Silver Ice rings beginning at $ 750.

"There is a gold rush fever in this country," said Alan Millstein, editor and publisher of the Fashion Network Report. "There's a lust for luxury products that borders on the obscene."

Carol Schwartz of New York has a holiday gift list fit for a king. "My daughter wants a Gucci bag, my husband wants a fancy humidor for cigars," said Schwartz, while strolling along Fifth Avenue. "I'm asking Santa for a Judith Leiber bag."

And what does she plan to spend on these gifts? "Around $ 6,000, maybe even more," she said with a smirk.

Anything with a Gucci, Prada or Chanel label is flying off shelves, especially handbags and other accessories.

"In the early 1990s, you hid your wealth," Millstein said. "Now, everyone wants their friends and neighbors to know that they've hit the jackpot."

Tony retailers began their comeback last year after a mostly quiet decade. The stock market collapse in 1987 and the recession that followed prompted shoppers to watch their spending.

Retailers report many shoppers are even more extravagant this year. They've been buoyed by the surging stock market, where the Dow Jones industrial average, despite several big setbacks, has risen more than 20 percent this year.

"There's been an absolute pickup in our most premier products," said Lew Frankfort, chairman and chief executive of Coach, the leather goods manufacturer.

At the Aaron Faber Gallery on Fifth Avenue in midtown Manhattan, platinum, diamonds and fine watches are among the top sellers this Christmas. One customer paid nearly $ 160,000 for the Petek Phillipe Reference 5004, a perpetual mechanical calendar.

Owner Edward Faber said his customers buy gifts for others and for themselves; and most are looking for top quality, that is, they are willing to spend more if they feel it will last.

"Many feel that they've made money in the market and this is their reward, " he said.

However, there are still those who can afford to be extravagant, but choose not to.

"I will probably buy less this year because we don't need anything," said Bonnie Given, a regular customer at Oak Hall. "The things we buy will probably be frivolous services, such as a massage, manicure, facial. The needs just aren't there and you run out of ideas."

Her son, a student at the University of Memphis, has only one thing on his Christmas list - a new Toyota 4Runner ($ 25,000 to $ 35,000). Whether Santa is feeling that generous has yet to be determined, Given said.

Besides the quality of merchandise, shopping environment and a knowledgeable sales staff draw affluent customers to upscale shops such as Only Kids, also located inside The Regalia. The store carries toys, books, clothing and other upper-end gifts and accessories for infants and children.

DY 620

Page 30

RETAIL - UPSCALE SHOPS HIT A GOLD VEIN AS ECONOMY SPURS BIG SPENDERS The Commercial Appeal (Memphis, TN) December 12, 1997, FRIDAY,

"I come here because I'm more concerned about getting the most quality and most creative," said Ruth Francis of Memphis, while shopping for presents for her grandchildren. "To spend less, I guess I could go to a barn (Toys R Us or Target), and walk up and down 17 rows and never be able to find a salesperson to help you find the perfect gift for an 8-year-old girl.

"But at places like this you have knowledgeable sales people who can make intelligent suggestions."

Call Dewanna Lofton at 529-2702 or send E-mail to lofton@gomemphis.com

**LOAD-DATE:** December 13, 1997

**LANGUAGE:** ENGLISH

**GRAPHIC:** photo ;

By Mike Maple;

Catherine Talbot helps Marvin Thomason, 76, select a scarf Thursday at Oak Hall in The Regalia on Poplar Avenue. Thomason, who has patronized Oak Hall since 1949, was shopping at the Hermes of Paris boutique.

Copyright 1997 The Commercial Appeal

17 of 22 DOCUMENTS

The Ottawa Citizen

December 11, 1997, Thursday, FINAL EDITION

## Festive U.S. shoppers sparing no expense: Big spenders haven't been out in such force since '80s

**BYLINE:** RACHEL BECK; THE ASSOCIATED PRESS

**SECTION:** BUSINESS; Pg. D7

**DATELINE:** NEW YORK

DY 621

Carol Schwartz has a holiday gift list fit for a king.

"My daughter wants a Gucci bag, my husband wants a fancy humidor for cigars," said Mrs. Schwartz, while strolling along Fifth Avenue, New York's ritzy shopping thoroughfare.

"I'm asking Santa for a Judith Leiber bag."

And what does she plan to spend on these gifts? "Around $ 6,000, maybe even more," she said with a smirk.

With this year's booming U.S. economy and climbing stock market, big spenders are out in force this holiday season. Not since the 1980s, when shoppers fawned over fancy cars and pricey jewelry, has high-end merchandise been in such demand.

That's pleasing upscale U.S. retailers that attract only the most affluent shoppers.

"There is a gold-rush fever in this country," said Alan Millstein, editor and publisher of the Fashion Network Report. "There's a lust for luxury products that borders on the obscene."

Festive U.S. shoppers sparing no expense: Big spenders haven't been out in such force since '80s The Ottawa Citizen
December 11, 1997, Thursday, FINAL EDITION

Cartier can't stock enough of its Tank Francaise watches, which begin at $ 2,300 and go as high as $ 66,500. Neiman Marcus is selling lots of Daniel Hanson cashmere robes for $ 1,088 and David Yurman Silver Ice rings beginning at $ 750.

Anything with a Gucci, Prada or Chanel label is flying off shelves, especially handbags and other accessories.

"In the early 1990s, you hid your wealth," Mr. Millstein said. "Now, everyone wants their friends and neighbours to know that they've hit the jackpot."

Upscale retailers began their comeback last year after a mostly quiet decade. The stock market collapse in 1987 and the recession that followed prompted shoppers to watch their spending.

U.S. retailers report many shoppers are even more extravagant this year. They've been buoyed by the surging stock market, where the Dow Jones industrial average, despite several big setbacks, has gained more than 20 per cent in value this year.

"There's been an absolute pickup in our most premier products," said Lew Frankfort, chairman and chief executive of Coach, the leather goods manufacturer.

Among the most popular Coach gifts is its Cabin Bag for $ 618 and the shearling men's coat for $ 1,800, which Mr. Frankfort says they "can't keep in stock."

At the Aaron Faber Gallery on Fifth Avenue in midtown Manhattan, platinum, diamonds and fine watches are among the top sellers this Christmas. One customer paid nearly $ 160,000 for the Petek Phillipe Reference 5004, a perpetual mechanical calendar.

Owner Edward Faber said his customers buy both gifts for others and for themselves, and most are looking for top quality, willing to spend more if they feel it will last.

"Many feel that they've made money in the market and this is their reward," he said.

During a trip to Garden State Plaza mall in Paramus, New Jersey, Teresa Smith spent most of her day shopping at Neiman Marcus and Nordstrom department stores.

"This year, I'm going over the top a bit," Ms. Smith said. "But it has been a very good year and that means we can afford some of the finer things in life."

LOAD-DATE: December 12, 1997

LENGTH: 501 words

DY 622

LANGUAGE: ENGLISH

Copyright 1997 CanWest Interactive, a division of
CanWest Global Communications Corp.
All Rights Reserved

18 of 22 DOCUMENTS

December 11, 1997, Thursday, PM cycle

# Thanks to the booming economy and stock market, upscale stores thrive

BYLINE: By RACHEL BECK, AP Business Writer

SECTION: Business News

LENGTH: 481 words

Thanks to the booming economy and stock market, upscale stores thrive December 11, 1997, Thursday, PM cycle

DATELINE: NEW YORK

Carol Schwartz has a holiday gift list fit for a king.

"My daughter wants a Gucci bag, my husband wants a fancy humidor for cigars," said Schwartz, while strolling along Fifth Avenue. "I'm asking Santa for a Judith Leiber bag."

And what does she plan to spend on these gifts? "Around $ 6,000, maybe even more," she said with a smirk.

With this year's booming economy and climbing stock market, big spenders are out in force this holiday season. Not since the 1980s, when shoppers fawned over fancy cars and pricey jewelry, has high-end merchandise been in such demand.

That's pleasing upscale retailers that attract only the most affluent shoppers.

"There is a gold rush fever in this country," said Alan Millstein, editor and publisher of the Fashion Network Report. "There's a lust for luxury products that borders on the obscene."

Cartier can't stock enough of its Tank Francaise watches, which begin at $ 2,300 and go as high as $ 66,500. Neiman Marcus is selling lots of Daniel Hanson cashmere robes for $ 1,088 and David Yurman Silver Ice rings beginning at $ 750.

Anything with a Gucci, Prada or Chanel label is flying off shelves, especially handbags and other accessories.

"In the early 1990s, you hid your wealth," Millstein said. "Now, everyone wants their friends and neighbors to know that they've hit the jackpot."

Tony retailers began their comeback last year after a mostly quiet decade. The stock market collapse in 1987 and the recession that followed prompted shoppers to watch their spending.

Retailers report many shoppers are even more extravagant this year. They've been buoyed by the surging stock market, where the Dow Jones industrial average, despite several big setbacks, has risen more than 20 percent this year.

"There's been an absolute pickup in our most premier products," said Lew Frankfort, chairman and chief executive of Coach, the leather goods manufacturer.

Among the most popular Coach gifts is its Cabin Bag for $ 618 and the shearling men's coat for $ 1,800, which Frankfort says they "can't keep in stock."

At the Aaron Faber Gallery on Fifth Avenue in midtown Manhattan, platinum, diamonds and fine watches are among the top sellers this Christmas. One customer paid nearly $ 160,000 for the Petek Phillipe Reference 5004, a perpetual mechanical calendar.

Owner Edward Faber said his customers buy both gifts for others and for themselves, and most are looking for top quality, willing to spend more if they feel it will last.

"Many feel that they've made money in the market and this is their reward," he said.

During a trip to Garden State Plaza mall in Paramus, N.J., Teresa Smith spent most of her day shopping at Neiman Marcus and Nordstrom department stores.

"This year, I'm going over the top a bit," Smith said. "But it's been a very good year and that means we can afford some of the finer things in life."

LOAD-DATE: December 11, 1997

LANGUAGE: ENGLISH

DY 623

Copyright 1997 Associated Press
All Rights Reserved
Associated Press

19 of 22 DOCUMENTS

Associated Press Online

December 10, 1997; Wednesday 18:45 Eastern Time

# Upscale Stores Do Well This Season

**BYLINE:** RACHEL BECK

**SECTION:** Financial pages

**LENGTH:** 524 words

**DATELINE:** NEW YORK

Carol Schwartz has a holiday gift list fit for a king.

"My daughter wants a Gucci bag, my husband wants a fancy humidor for cigars," said Schwartz, while strolling along Fifth Avenue. "I'm asking Santa for a Judith Leiber bag."

And what does she plan to spend on these gifts? "Around $6,000, maybe even more," she said with a smirk.

With this year's booming economy and climbing stock market, big spenders are out in force this holiday season. Not since the 1980s, when shoppers fawned over fancy cars and pricey jewelry, has high-end merchandise been in such demand.

That's pleasing upscale retailers that attract only the most affluent shoppers.

"There is a gold rush fever in this country," said Alan Millstein, editor and publisher of the Fashion Network Report. "There's a lust for luxury products that borders on the obscene."

Cartier can't stock enough of its Tank Francaise watches, which begin at $2,300 and go as high as $66,500. Neiman Marcus is selling lots of Daniel Hanson cashmere robes for $1,088 and David Yurman Silver Ice rings beginning at $750.

Anything with a Gucci, Prada or Chanel label is flying off shelves, especially handbags and other accessories.

"In the early 1990s, you hid your wealth," Millstein said. "Now, everyone wants their friends and neighbors to know that they've hit the jackpot."

Tiny retailers began their comeback last year after a mostly quiet decade. The stock market collapse in 1987 and the recession that followed prompted shoppers to watch their spending.

Retailers report many shoppers are even more extravagant this year. They've been buoyed by the surging stock market, where the Dow Jones industrial average, despite several big setbacks, has risen more than 20 percent this year.

"There's been an absolute pickup in our most premier products," said Lew Frankfort, chairman and chief executive of Coach, the leather goods manufacturer.

Among the most popular Coach gifts is its Cabin Bag for $618 and the shearling men's coat for $1,800, which Frankfort says they "can't keep in stock."

At the Aaron Faber Gallery on Fifth Avenue in midtown Manhattan, platinum, diamonds and fine watches are among the top sellers this Christmas. One customer paid nearly $160,000 for the Petek Phillipe Reference 5004, a perpetual mechanical calendar.

Owner Edward Faber said his customers buy both gifts for others and for themselves, and most are looking for top quality, willing to spend more if they feel it will last.

DY 624

"Many feel that they've made money in the market and this is their reward," he said.

During a trip to Garden State Plaza mall in Paramus, N.J., Teresa Smith spent most of her day shopping at Neiman Marcus and Nordstrom department stores.

"This year, I'm going over the top a bit," Smith said. "But it's been a very good year and that means we can afford some of the finer things in life."

(PROFILE

(CO:Gucci Group NV; TS:GUC;)

(CO:Neiman Marcus Group; TS:NMG; IG:RTS;)

(CO:Nordstrom Inc; TS:NOBE; IG:RTS;)

(CAT:Business;)

(CAT:Consumer;)

)

**DY 625**

**LOAD-DATE:** December 10, 1997

**LANGUAGE:** ENGLISH

Copyright 1997 Associated Press
All Rights Reserved

20 of 22 DOCUMENTS

December 10, 1997, Wednesday, AM cycle

# Thanks to the booming economy and stock market, upscale stores thrive

**BYLINE:** By RACHEL BECK, AP Business Writer

**SECTION:** Business News

**LENGTH:** 481 words

**DATELINE:** NEW YORK

Carol Schwartz has a holiday gift list fit for a king.

"My daughter wants a Gucci bag, my husband wants a fancy humidor for cigars," said Schwartz, while strolling along Fifth Avenue. "I'm asking Santa for a Judith Leiber bag."

And what does she plan to spend on these gifts? "Around $ 6,000, maybe even more," she said with a smirk.

With this year's booming economy and climbing stock market, big spenders are out in force this holiday season. Not since the 1980s, when shoppers fawned over fancy cars and pricey jewelry, has high-end merchandise been in such demand.

That's pleasing upscale retailers that attract only the most affluent shoppers.

"There is a gold rush fever in this country," said Alan Millstein, editor and publisher of the Fashion Network Report. "There's a lust for luxury products that borders on the obscene."

Thanks to the booming economy and stock market, upscale stores thrive December 10, 1997, Wednesday, AM cycle

Cartier can't stock enough of its Tank Francaise watches, which begin at $ 2,300 and go as high as $ 66,500. Neiman Marcus is selling lots of Daniel Hanson cashmere robes for $ 1,088 and David Yurman Silver Ice rings beginning at $ 750.

Anything with a Gucci, Prada or Chanel label is flying off shelves, especially handbags and other accessories.

"In the early 1990s, you hid your wealth," Millstein said. "Now, everyone wants their friends and neighbors to know that they've hit the jackpot."

Tony retailers began their comeback last year after a mostly quiet decade. The stock market collapse in 1987 and the recession that followed prompted shoppers to watch their spending.

Retailers report many shoppers are even more extravagant this year. They've been buoyed by the surging stock market, where the Dow Jones industrial average, despite several big setbacks, has risen more than 20 percent this year.

"There's been an absolute pickup in our most premier products," said Lew Frankfort, chairman and chief executive of Coach, the leather goods manufacturer.

Among the most popular Coach gifts is its Cabin Bag for $ 618 and the shearling men's coat for $ 1,800, which Frankfort says they "can't keep in stock."

At the Aaron Faber Gallery on Fifth Avenue in midtown Manhattan, platinum, diamonds and fine watches are among the top sellers this Christmas. One customer paid nearly $ 160,000 for the Petek Phillipe Reference 5004, a perpetual mechanical calendar.

Owner Edward Faber said his customers buy both gifts for others and for themselves, and most are looking for top quality, willing to spend more if they feel it will last.

"Many feel that they've made money in the market and this is their reward," he said.

During a trip to Garden State Plaza mall in Paramus, N.J., Teresa Smith spent most of her day shopping at Neiman Marcus and Nordstrom department stores.

"This year, I'm going over the top a bit," Smith said. "But it's been a very good year and that means we can afford some of the finer things in life."

**LOAD-DATE:** December 10, 1997

**LANGUAGE:** ENGLISH

Copyright 1997 Associated Press
All Rights Reserved
Associated Press

21 of 22 DOCUMENTS

Copley News Service

December 08, 1997, Monday 10:10 Eastern Time

DY 626

# IN FASHION
## Jewels of the season

**BYLINE:** Sharon Mosley

**SECTION:** Standing, general features

IN FASHION  Jewels of the season  Copley News Service December 08, 1997, Monday

LENGTH: 1072 words

There's a cold front headed our way, and it's glistening with diamonds, pearls, silvery-white metals and anything else that drips with the cool intensity of a luminous glow. The ice age has come to the world of fine jewelry.

"There's just something in the air," says California jewelry designer Wendy Brigode, whose pearl necklace worn by Rene Russo in the movie "Tin Cup" continues to blow out of stores like a blizzard.

"That is the Hula Hoop of necklaces," admits Brigode, who often works with movie stars, and is constantly coming up with modern designs that make a statement. "It was like winning the lottery." Brigode's winning ticket featured cultured baroque pearls spaced between twisted silk cord. The silver clasp version retails for $495; the 14-karat gold for $520.

Even though "everybody has knocked it off," according to Brigode, it's still a best seller at Bergdorf Goodman, Saks Fifth Avenue and Barneys, just to name a few of the retailers who carry Brigode's collection. Brigode, who was the largest buyer of pearls in the United States last year, is fascinated with "all kinds of pearls." She loves to mix diamonds with "everything," but the jewelry designer, who has a "bridge" collection and a fine jewelry line, also predicts another ice storm headed this way.

"I'm feeling crystal these days in every formation," she says, "and I think that will translate into fine jewelry, too."

Indeed, jewelry designer David Yurman also has an icy feeling these days. His new "Silver Ice" collection at Neiman Marcus features 25 pieces of sterling and diamonds in his signature cable styles.

"It's white on white," says Yurman, who feels combining sterling, rather than white gold with diamonds is "revolutionary for the jewelry world." Yurman is inspired by fashion trends every day, he says. "I think we were the first company 12 to 15 years ago to bridge the gap between fashion and fine jewelry."

Brigode agrees that fine jewelry can fit into a more casual lifestyle and still complement fashion trends at all levels.

"I think you can take inspiration from the lower end and raise it to a higher level and still make it exclusive," she says. "Fashion designers have been doing that for years."

This year, to go along with the trend in sheer, feminine fabrics, are romantic jewelry designs such as lariats, bib necklaces and multistrand necklaces in chain, mesh or beads. Pendant necklaces are also popular.

"The neck is where it's at," says Brigode. "You only need to wear simple earrings such as hoops to go with it. The necklace stands alone."

The overall trend in jewelry is feminine, according to Lynn Ramsey, president of the Jewelry Information Center, the New York-based trade association representing the fine jewelry industry.

"This is not a return to the 1980s," she says. "It's more a mood of quiet luxury."

As women shop for jewelry, they are choosing pieces that reflect their own personality, says Ramsey. "They want good pieces that are striking, but not flashy, and they want refinement even when pieces become larger. Like fashion, fine jewelry is embracing this new femininity that can be exotic or refined, modern or classic."

Here are some of Ramsey's fine jewelry picks for the season:

A diamond solitaire pendant, especially Erica Courtney's platinum "Hubcap" diamond solitaire pendant. The bezel around the diamond looks like a hubcap, according to Ramsey, who says that's no surprise for this Los Angeles designer whose client list includes Geena Davis, Tori Spelling, Demi Moore, Michelle Pfeiffer and even Elizabeth Taylor.

A "Tin Cup" necklace of spaced cultured pearls on a silk cord, or the "Sister Tin Cup" with colored gems like amethyst and citrine added to the pearls by Wendy Brigode.

Anything in white metals, especially with diamond pave: Chris Correia's platinum and diamond stackable rings are classic pieces to collect and wear individually or together; David Yurman's new silver and diamond collection; M&J Savitt's tiny diamond and 18-karat white gold cross or Star of David pendant, seen on all the top models.

IN FASHION  Jewels of the season  Copley News Service December 08, 1997, Monday

Classic brooches (and calling them brooches rather than pins is so much more elegant, says Ramsey), especially es-tate-looking classics like platinum and diamond bow brooches. Check out your local estate sales. Tiffany has also intro-duced some beautiful new brooches.

Colorful charms or pendants to dangle singly or in multiples from chains or wires. The most fun are Storywheels from Color Craft; each gem-set "wheel" marks a milestone in your life.

Katie Couric has several, according to Ramsey.

Pearl jewelry, especially South Sea pearls: Whether you're into white pearls from Australia or the black ones from Tahiti, South Sea pearls are hot. These large, highly iridescent and rare pearls come at a price, but worth every penny, adds Ramsey. Both Tiffany and Mikimoto have a large selection.

"If you can't afford a choker, South Sea pearl-drop earrings are to die (or dive) for," says Ramsey.

Hoops, in white gold, yellow gold or diamond pave. Hinged, reversible earrings, often called Huggies, add flexibil-ity to your wardrobe. Almost every designer offers hoops. Drop or dangling earrings are hot and festive for the holidays.

A flexible bracelet, especially from Stefan Hafner. His "diamonds in motion" set on a flexible wire are favorites of stars like Courtney Love, Sandra Bullock and Marlo Thomas. Wear it alone or stack with your other favorite bracelets.

Large colored stone rings, such as Lagos' sterling-silver and 18-Karat gold "Caviar" collection, with popular gems such as green quartz, smoky quartz, white topaz, amethyst, blue topaz or citrine.

A watch with a colored dial. There's lots to choose from: the new Yves St. Laurent bangle watch is available in mother of pearl, midnight blue, black and green; Audemars Piguet "Royal Oaks" collection offers bright red, violet, yel-low, apple green and turquoise; Rolex has gemstone dials made of lapis lazuli, blue jadeite and rose jasper on its Oyster Ladies models. Other brands offering bright colors this season are Omega, Raymond Well, TAG Heuer and Hermes. And the iciest timepiece around a diamond white gold watch from Cartier or Harry Winston.

Sharon Mosley is a former fashion editor of the Arkansas

Gazette in Little Rock and executive director of the Fashion

**LOAD-DATE:** December 09, 1997

**LANGUAGE:** ENGLISH

Copyright 1997 Copley News Service

22 of 22 DOCUMENTS

The Patriot Ledger (Quincy, MA)

September 15, 1997 Monday ROP Edition

DY 628

# Separates ;
# Hose hazards ;
# Tips for keeping pantyhose out of your wastebasket

**BYLINE:** Vevlyn L. Wright, The Patriot Ledger

**SOURCE:** The Patriot Ledger

**SECTION:** FEATURES; Pg. 17

Page 38
Separates ; Hose hazards ; Tips for keeping pantyhose out of your wastebasket The Patriot Ledger (Quincy, MA)
September 15, 1997 Monday

LENGTH: 1046 words

The fact that we can send a woman to the moon but can't make a pair of run-free pantyhose for her is but one of life's many sad realities.

Alas, hose don't last forever (not even run-resistant ones), but with proper care they will last longer, according to Mila Radulovic, a spokeswoman for the New York-based National Association of Hosiery Manufacturers.

Durability, Radulovic said, is the watchword in the hosiery industry. "Read the package," she said. "Pantyhose with a percentage of spandex in the weave are a lot stronger than 100 percent nylon. And spandex blended with microfiber adds to the softness factor while maintaining durability."

Buying the right size also extends the life of hosiery. Spandex and other technological advancements that help hose retain their shape have made it possible for women to buy hose in their proper size, negating the need to buy a pair that are too small.

"Once upon a time they didn't keep their shape," said Radulovic, who also operates a hosiery website on the Internet. "Women were buying them too small because they (the proper size) would bend (and bag) at the knee. Now you should buy the size that fits; go larger if you're unsure."

If you've been throwing your hose in the sock drawer without any protection, you've also hastened their demise. "Don't throw them in the drawer, and don't wash them in the machine," Radulovic said. Instead hand wash hose with mild soap, hang them to dry, and store them in their package or a lingerie bag.

Be careful when putting them on, too. Don't wear jewelry, and cut rough fingernails or toenails that will cause snags in the hose. Don't stretch them when you take them out of the package. Gather one leg of hose at a time; slip them over your foot; pull them slowly up each leg and then to your waist. If they sag, start at the ankle and carefully ease them up to make up the difference.

Women who adhere to this system can expect a pair of sheer hose to last up to eight wearings. More durable styles can last much longer, Radulovic said.

"I personally have had them last one whole season (from June to September)," she said. "It also depends on your lifestyle. I have some that have lasted much longer than I anticipated" like the glittering sheers she bought six years ago.

Not surprisingly, cost does affect quality. Generally, Radulovic claims, a $ 15 pair of hose will last longer and feel better than a $ 3 or $ 8 pair.

"Just like buying a car or fine china, you will get better quality if you pay more for it," Radulovic said. "There are

brands that are more expensive. Marketing aside, you're paying for more technology and a better blend of fibers. Price has an impact on that."

Still, "you can get good play" out of a pair of inexpensive hosiery if you care for them properly," she said.

From sheer to opaque, hosiery have been catapulted from mere accessory to wardrobe essential for fall thanks to those micro-mini and mini skirts that are as hot as they are short.

"With all the new looks for fall, someone who doesn't want to go overboard with a fashion outfit can experiment with patterned or textured hose," Radulovic said. "They can represent the wild fall style without going the whole way."

Here's a sample of what's in stores. For texture, Oroblu's has fishnet hose ($ 15) that can be worn over opaque tights. Ralph Lauren has a houndstooth check tight ($ 20). Hue has sheer ribbed tights ($ 17). DKNY has a checkered pattern tight ($ 12) it calls optic rib. Spaced-dyed (very similar to a tie-dyed look) tights ($ 17) from Hot Sox come in a range of hues, as do Hanes' opaque stripe ($ 6.95 and up) and Chevron openwork ($ 6.95 and up) styles.

Hanes Silk Reflections tights ($ 6.96 and up) and other opaque brands come in traditional fall colors. At Hanes, they have enticing names like coffee bean, raisin and bordeaux. Some sheers -- Hanes ($ 7.95), Calvin Klein ($ 20-$ 35) and other pantyhose -- are reinforced with extra Lycra for added comfort, fit and durability.

--

DY 629

Separates ; Hose hazards ; Tips for keeping pantyhose out of your wastebasket The Patriot Ledger (Quincy, MA)
September 15, 1997 Monday

The textured look extends to socks, too. Hanes has herringbone trouser socks ($ 4.40). From Anne Klein are menswear-inspired black and white windowpane trouser socks ($ 7.50). L'eggswear offers sheer ribbed trouser socks ($ 2.79). DKNY is off to the races with the Saratoga collection, a series of socks ($ 8.50) with argyle and racing themes in black and white combos. They would go well with jeans and chinos, as would DKNY's striped collection ($ 8) in ivory and black combos.

---

SAKS CALENDAR -- Informal modeling of Searle coat collection, from 1 to 4 p.m. Wednesday; personal appearance by Diane Von Furstenberg and her daughter, Alexander, and informal modeling of Furstenberg wrap dresses, from 1 to 3 p.m. Thursday; informal modeling of Cinzia Rocca coats, from 1 to 4 p.m. Saturday; men's designer Alan Flusser for made-to-measure day, all day Saturday; makeup artist Trish McEvoy, Sept. 23 (call 262-8500, ext. 366 for an appointment); Emmanuel Spa Day from 1 to 7 p.m. Sept. 26 (call 262-8500, ext. 336 for appointment); informal modeling, from 1 to 4 p.m. Sept. 27, of several collections, including Moschino Jeans, DKNY, Versace jeans, D&G and Vivienne Tam.

---

AT NEIMAN MARCUS -- St. John fall trunk show, today and tomorrow; DKNY trunk show, Wednesday; David Yurman Silver Ice collection (jewelry) trunk show, Sept. 24; informal modeling of Calvin Klein collection, Sept. 25 and 26. All events are 10 to 6 p.m. For more information, call 536-3660, ext. 2507.

---

ODDS 'N INS -- Boston Designer Denise Hajjar will show her fall collection at a benefit fashion show at 7:30 p.m. tomorrow at the Park Plaza Hotel in Boston. For tickets, at $ 50, call Maureen Peterson at (617) 361-8603. Proceeds will benefit The Paul R. McLaughlin Youth Center . . . The bridal registry at Shreve, Crump & Low of Chestnut Hill will host a bridal fair from 6 to 8:30 p.m. Sept. 25 at the Chestnut Hill Store. Brides-to-be will be introduced to Shreve's services and view the Vera Wang Bridal Collection from Yolando. For reservations, call (617) 965-2700 . . . Akris fall-holiday collection will be shown from noon to 1:30 p.m. Sept. 30 at Aujourd'hui Restaurant in Boston's Four Seasons Hotel. For reservations, call (617) 351-2071. Free valet parking.

**LOAD-DATE:** September 19, 1997

**LANGUAGE:** ENGLISH

**GRAPHIC:** Photo,This pinstripe suit, above, in charcoal is paired with opaque suiting stripe hose from Hanes ($ 7.95) in Banker's Grey. Below, DKNY offers optic rib tights in risotto beige ($ 12).

Copyright 1997 The Patriot Ledger

DY 630