UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ANDIN INTERNATIONAL, INC.

                Plaintiff,

         - against -

YURMAN STUDIO, INC.

                Defendant.

Civil Action No. 08 cv 1159 (HB)

------------------------------------------------------------ x

YURMAN STUDIO, INC.

                Defendant-
                Counterclaimant,

         - against -

ANDIN INTERNATIONAL, INC. and
VARDI GEM LUSTRE, LLC

                Counterclaim-
                Crossclaim Defendants.

------------------------------------------------------------ x

## DECLARATION OF SUE ANN NEWBERG

I, Sue Ann Newberg, pursuant to 28 U.S.C. § 1746, hereby declare the following under penalty of perjury:

1.     I am the Vice President of Merchandising at Yurman Studio, Inc. ("Yurman") and have served in this position since May 2006. I make this declaration in opposition to the motion of Andin International Inc. ("Andin") for summary judgment. I have personal knowledge of the facts set forth below.

2. I have been involved in the jewelry business for over thirty years. Prior to joining Yurman, I was Vice President of Merchandising for Jewelry at the well known retailer Saks Fifth Avenue ("Saks") for five and a half years. In my position at Saks, I was responsible for making purchasing decisions for both fine and fashion jewelry for all Saks stores, as well as reviewing all product presentations from jewelry designers and suppliers. As a result, I was exposed to not only jewelry designs created by every fine jeweler whose collections were sold at Saks, but also to numerous other jewelers who wanted Saks to sell their collections.

3. I am also familiar with the habits of jewelry consumers. In my position at Saks, I was also responsible for training Saks' sales employees working in the jewelry department on how to merchandise the jewelry items offered for sale at Saks. My job required me to be an expert with regard to the habits, attitudes, and characteristics of jewelry purchasers.

4. Since 1984, I have traveled internationally to attend preeminent jewelry trade shows including the Basel Watch & Jewelry Show in Switzerland and the Vincenza Fair in Italy. While attending these shows each year, I am exposed to original designs created by jewelers all over the world.

5. David Yurman products are extremely popular at Saks. Saks has sold Yurman products for over twenty years, and Saks' purchase and sales of Yurman products increased substantially each year that I worked at Saks. Yurman products are well known among the sales people and consumers, with whom I have dealt directly, for having very distinctive looks, different from other jewelry designs.

6. I am familiar with the twelve Yurman products that are the subject of Yurman's trade dress claim in this case, and the five items -- a copyrighted enhancer (D06384), a larger enhancer (D06390), a large earring (E06305), a small earring (E06597) and a ring (R07000) -- that most directly match up to the ensemble sold by Andin. I became familiar with these items while I was working at Saks because Saks offered them for sale in its jewelry department.

7. Saks' advertising campaigns and catalogs feature David Yurman products on a regular basis. I know that the small earring (E06597), identified in paragraph 6 above, as well as other items from Yurman's very popular Silver Ice Collection were featured in a 2001 Saks catalog. A copy of that catalog is attached as Exhibit 1. I am quite sure that the other items identified in paragraph 6 above, as well as other items from the Silver Ice Collection in general have been featured in other Saks catalogs and print advertisements.

8. Each of the items identified in paragraph 6 above share a unique combination of design features -- a cushion shaped focal point consisting of pave diamonds, surrounded or framed by a rim of gold, which in turn is surrounded or framed by cable, or twisted wire, in sterling silver. From my experience, this combination of features is one of the "looks" that David Yurman has become well known for.

9. In my experience, when I saw the Yurman items identified in paragraph 6, that was the first time I had seen this combination of a cushion shape with a pave diamond center, surrounded by gold, surrounded by cable.

10. Based on my experience at Saks dealing directly with sales people and consumers, the many Saks' jewelry customers familiar with the David Yurman brand

3

would immediately recognize this unique combination of design elements as a distinct David Yurman look and believe that jewelry items with that combination of features comes from David Yurman.

Declared under penalty of perjury, this 27 day of June, 2008.

*Sue Ann Newberg*
Sue Ann Newberg

Case 1:08-cv-01159-HB-KNF   Document 43   Filed 07/03/2008   Page 5 of 15

**EXHIBIT 1**



DY-0029







DY-0030







DY-0031





DY-0032





DY-0033





DY-0034




DY-0035



DY-0036

SAKS FIFTH AVENUE
611 Fifth Avenue
New York, NY 10022-2155

PRST STD
U.S. POSTAGE
PAID
SAKS FIFTH AVENUE



THE RENAISSANCE COLLECTION
STERLING SILVER AND 14K GOLD.
PERIDOT, PINK TOURMALINE
AND IOLITE BRACELET $3,975
CITRINE, RHODOLITE GARNET
AND GREEN TOURMALINE BRACELET $2,220
BUCKLE BRACELET $1,870
CITRINE AND PERIDOT RING $580

SELECTED STYLES ALSO
AVAILABLE AT SAKS.COM
ALABAMA
BIRMINGHAM (OPENS FALL 2001)
ARIZONA
PHOENIX* (602) 955-8000
CALIFORNIA
BEVERLY HILLS* (310) 275-4211
CARMEL-BY-THE-SEA (831) 624-6300
FASHION VALLEY* (619) 260-0033
LA JOLLA* (858) 551-5100
MISSION VIEJO* (949) 347-5100
PALM DESERT* (760) 837-2500
PASADENA (626) 396-7100
PALOS VERDES* (310) 265-0600
SANTA BARBARA* (805) 884-6997
SAN FRANCISCO* (415) 286-4300
SOUTH COAST PLAZA* (714) 540-3233
COLORADO
DENVER* (303) 393-6333
CONNECTICUT
GREENWICH* (203) 862-5300
STAMFORD* (203) 323-3100
FLORIDA
BAL HARBOUR* (305) 865-1100
BOCA RATON* (561) 393-9100
DADELAND* (305) 662-8655
FORT LAUDERDALE* (954) 563-7600
FORT MYERS* (941) 466-0080
NAPLES* (941) 592-5900
ORLANDO* (407) 812-4500
PALM BEACH* (561) 833-2551
PALM BEACH GARDENS* (561) 624-5300
SARASOTA* (941) 364-5300
TAMPA* (813) 371-5100
GEORGIA
ATLANTA* (404) 261-7234
ILLINOIS
CHICAGO* (312) 944-6500
HIGHLAND PARK* (847) 831-5100
OAKBROOK (630) 574-7600
OLD ORCHARD* (847) 676-3450
LOUISIANA
NEW ORLEANS* (504) 524-2200
MARYLAND
CHEVY CHASE* (301) 657-9000
MASSACHUSETTS
BOSTON* (617) 262-8500
MICHIGAN
FAIRLANE (313) 336-3070
TROY* (248) 643-9000
MINNESOTA
MINNEAPOLIS* (612) 333-7200

MISSOURI
KANSAS CITY (816) 931-6000
ST. LOUIS* (314) 567-9200
NEVADA
LAS VEGAS (702) 733-8300
NEW JERSEY
RIVERSIDE SQUARE (201) 646-1800
SHORT HILLS* (973) 376-7000
NEW YORK
NEW YORK* (212) 753-4000
GARDEN CITY (516) 248-2000
SOUTHAMPTON (631) 283-3500
WALT WHITMAN MALL* (631) 350-1100
WHITE PLAINS* (914) 948-6500
OHIO
BEACHWOOD* (216) 292-5500
COLUMBUS (OPENS FALL 2001)
CINCINNATI* (513) 421-6800
OKLAHOMA
TULSA (918) 744-0300
OREGON
PORTLAND* (503) 226-3200
PENNSYLVANIA
BALA CYNWYD* (610) 667-1550
PITTSBURGH* (412) 263-4800
SOUTH CAROLINA
CHARLESTON* (843) 853-8685
HILTON HEAD (843) 341-0098
TEXAS
AUSTIN* (512) 231-3700
DALLAS* (972) 458-7000
FORT WORTH (817) 520-3500
HOUSTON GALLERIA* (713) 627-0500
SAN ANTONIO* (210) 341-4111
VIRGINIA
TYSONS GALLERIA (703) 761-0700

FOR INFORMATION OR TO ORDER
CALL 1-800-347-9177
WEEKDAYS 9 TO 7, SATURDAY 9 TO 5,
SUNDAY NOON TO 6, EASTERN.

*YOUR SALES ASSOCIATE WILL
BE HAPPY TO LOCATE ANY ITEM
NOT AVAILABLE IN YOUR LOCAL STORE.
SHIPPING CHARGES MAY BE INCURRED.
• ALL ITEMS IMPORTED UNLESS NOTED.
• SOME JEWELRY ENLARGED TO
SHOW DETAIL.
• SALON Z PRICES MAY VARY
* INDICATES FIFTH AVENUE CLUB

ALL JEWELRY DESIGNS COPYRIGHT 2001 DAVID YURMAN, INC.
ALL RIGHTS RESERVED. DAVID YURMAN, DY, YURMAN, DY,
THE DY LOGO, THE THOROUGHBRED WATCH COLLECTION AND THE CABLE
COLLECTION ARE REGISTERED TRADEMARKS OF YURMAN DESIGN, INC.
© D. YURMAN 2001

DY-0037