UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x

ANDIN INTERNATIONAL, INC., :
:
      Plaintiff, :
:
  -against- :  Civil Action No. 08 cv 1159 (HB)
:
YURMAN STUDIO, INC., :
:
      Defendant. :
------------------------------------------------- x
YURMAN STUDIO, INC., :  **NOTICE OF CHANGE OF LAW FIRM**
:  **AFFILIATION**
      Defendant- :
      Counterclaimant, :
:
  -against- :
:
ANDIN INTERNATIONAL, INC. and :
VARDI GEM LUSTRE, LLC :
:
      Counterclaim- :
      Crossclaim Defendants. :
------------------------------------------------- x

      PLEASE TAKE NOTICE that Oren J. Warshavsky, Esq., counsel of record for Plaintiff and Counterclaim-Crossclaim Defendant, Andin International, Inc., in the above captioned action, has become a member of Baker & Hostetler LLP. Please substitute Oren J. Warshavsky, Esq. of Baker & Hostetler LLP in place and stead of Oren J. Warshavsky, Esq. Troutman Sanders LLP as of the date hereof. The undersigned hereby requests that all pleadings and other filings regarding this matter be served upon the undersigned attorneys at the office address listed below and hereby requests electronic notification of all papers filed with the Court by notice upon the following email addresses: owarshavsky@bakerlaw.com.

Dated: New York, New York
July 9, 2008

BAKER & HOSTETLER LLP

By: _____
Oren J. Warshavsky
45 Rockefeller Plaza
New York, New York  10111
(212) 589-4200
*Incoming Counsel for Plaintiff and Counterclaim-Crossclaim Defendant Andin International, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July, 2008, a copy of the foregoing **NOTICE OF CHANGE OF LAW FIRM AFFILIATION FOR ATTORNEY OREN J. WARSHAVSKY, ESQ.** was filed electronically. Notice of this filing was sent to all parties by operation of the Court's Electronic Filing System.

_____
Theresa Blaber
Paralegal