UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

Anxlin International Inc
Plaintiff,

-v-

Yurman Studio, Inc.
Defendant.

-------------------------------------------------------------- x

ELECTRONICALLY FILED
DATE FILED: 8/20/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 cv 1159 (HB)(KNF)

For

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

X  Specific Non-Dispositive Motion/Dispute:*

     see detail below

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)
___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
       Purpose: _____
___ Habeas Corpus
___ Social Security
___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All such motions: _____

=====================================================

* Do not check if already referred for general pretrial.
   Dated _____

SO ORDERED: [signature]

United States District Judge

Reference is to resolve in its entirety dispute regarding request to exclude 2 declarations filed with summary judgment opposition and corresponding request to file a sur-reply declaration.