UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANDIN INTERNATIONAL, INC.,                :

        Plaintiff,                                      :

        -against-                                     :           ORDER
                                                                                                     08 Civ. 1159 (HB)(KNF)

YURMAN STUDIO, INC.,                          :

        Defendant.                                   :

------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephonic conference shall be held in the above-captioned action on August 25, 2008, at 10:30 a.m. The telephonic conference shall be initiated by counsel to the defendant to (212) 805-6710.

Dated: New York, New York                SO ORDERED:
       August 20, 2008

                                                                               Kevin Nathaniel Fox
                                                                               KEVIN NATHANIEL FOX
                                                                               UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/20/08