UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANDIN INTERNATIONAL, INC.,

           Plaintiff,

         -against-                  Civil Action No. 08 cv 1159 (HB)

YURMAN STUDIO, INC.,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YURMAN STUDIO, INC.,

           Defendant-
           Counterclaimant,

         -against-

ANDIN INTERNATIONAL, INC. and
VARDI GEM LUSTRE, LLC

           Counterclaim-
           Crossclaim Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff-Counterclaim Defendant, Andin International, Inc., in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: August 22, 2008

        Respectfully submitted,

/s/ Seanna R. Brown
Seanna R. Brown (SB-5203)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: 212.589.4200
Fax: 212.589.4201
sbrown@bakerlaw.com

## CERTIFICATE OF SERVICE

      I, Seanna R. Brown, hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system, which will send notification of such filing to:

TO:  Louis S. Ederer
      louis.ederer@aporter.com
      Marla Eisland Sprie
      marla.sprie@aporter.com
      **ARNOLD & PORTER**
      399 Park Avenue
      New York, NY 10022
      (212) 715-1000


Dated:  August 22, 2008
          New York, NY

                                                      /s/ Seanna R. Brown
                                                      Seanna R. Brown