```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
ANDIN INTERNATIONAL, INC.,                                   :
                                                             :
                        Plaintiff,                           :      ORDER
                                                             :
        -against-                                            :      08 Civ. 1159 (HB)(KNF)
                                                             :
YURMAN STUDIO, INC.,                                         :
                                                             :
                        Defendant.                           :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A telephonic conference was held with counsel to the respective parties on August 25, 2008, to address two matters referred to the Court by the assigned district judge: (1) the defendant's request to submit a surreply declaration in connection with an outstanding motion for summary judgment; and (2) the defendant's request for an opportunity to move to compel discovery from the plaintiff.

     Based upon the written submissions made by the parties, the arguments urged for and against the defendant's requests made during the conference, and for the reasons explained to the parties during the conference, the defendant's requests are denied.

Dated:  New York, New York          SO ORDERED:
        August 25, 2008

                                    _____
                                    KEVIN NATHANIEL FOX
                                    UNITED STATES MAGISTRATE JUDGE